**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STUDENTS FOR JUSTICE IN PALESTINE AT PITT,** <br><br> ***Plaintiff,*** <br> **v.** <br><br> **UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities,** <br> ***Defendants.*** | ) | **CIVIL ACTION NO. 2:25-cv-00524** |

**MOTION FOR ADMISSION *PRO HAC VICE* OF KIRSTEN M. HANLON**

Kirsten M. Hanlon, undersigned counsel for Plaintiff Students for Justice in Palestine at Pitt, hereby moves that Kirsten M. Hanlon be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Students for Justice in Palestine at Pitt in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Kirsten M. Hanlon filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: April 15, 2025

Respectfully Submitted,

Kirsten Hanlon

Kirsten M. Hanlon

PA Bar No. 336365
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
F: 267-573-3054
khanlon@aclupa.org

*Counsel for Plaintiff*