**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STUDENTS FOR JUSTICE IN PALESTINE AT PITT,** <br><br> ***Plaintiff,*** <br> **v.** <br><br> **UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities,** <br><br> ***Defendants*.** | **CIVIL ACTION NO. 2:25-cv-00524** |

**AFFIDAVIT OF KIRSTEN M. HANLON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Kirsten M. Hanlon, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Students for Justice in Palestine at Pitt in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Kirsten M. Hanlon, being duly sworn, do hereby depose and say as follows:

1. I am a Legal Fellow at the American Civil Liberties Union of Pennsylvania.
2. My business address is P.O. Box 60173, Philadelphia, PA 19102.
3. I am a member in good standing of the bar of the Supreme Court of Pennsylvania, and the United States District Court for the Eastern District of Pennsylvania.
4. My bar identification number in Pennsylvania is 336365.

5. A current certificate of good standing from the United States District Court for the Eastern District of Pennsylvania is attached to this Affidavit as Exhibit A.
6. The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court: NONE.
7. I attest that I am a registered user of the ECF in the United States District Court for the Western District of Pennsylvania.
8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.
9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that is any of the foregoing statements made by me are false, I am subject to punishment.

Dated: April 15, 2025

Respectfully Submitted,

Kirsten Hanlon

Kirsten M. Hanlon
PA Bar No. 336365
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
F: 267-573-3054
khanlon@aclupa.org

*Counsel for Plaintiff*