IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT, | ) ) ) ) |  |
| *Plaintiff*, | ) ) |  |
| v. | ) ) |  |
| UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities, | ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 2:25-cv-00524 |
| *Defendants*. | ) ) |  |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter my appearance on behalf of Plaintiff Students for Justice in Palestine at Pitt, in the above captioned matter.

Dated: April 15, 2025                                    Respectfully Submitted,

                                                                        */s/ Jules Lobel*
                                                                        Jules Lobel, Esq.
                                                                        NY Bar No. 1262732
                                                                        P.O. Box 81918
                                                                        Pittsburgh, PA 15217
                                                                        Juleslobel173@gmail.com

                                                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing Notice of Appearance were filed electronically and served on Defendants' counsel via email as follows:

Alexander R. Bilus
SAUL EWING LLP
P: (215) 972-7177
F: (215) 972-7725
alexander.bilus@saul.com

Joshua W.B. Richards
SAUL EWING LLP
P: (215) 972-7737
F: (215) 972-7725
joshua.richards@saul.com

Dated: April 15, 2025

*/s/ Jules Lobel*
Jules Lobel