IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) |
| UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities, | )  CIVIL ACTION NO. 2:25-cv-00524<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants*. | )  Judge J. Nicholas Ranjan<br>) |

## PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Students for Justice in Palestine at Pitt, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public.

Dated: April 17, 2025     Respectfully Submitted,

By:   */s/ Witold J. Walczak*
      Witold J. Walczak
      PA Bar No. 62976
      ACLU OF PENNSYLVANIA
      P.O. Box 23058
      Pittsburgh, PA 15222

1

P: 412-387-7062
F: 267-573-3054
vwalczak@aclupa.org

Solomon Furious Worlds
PA Bar No. 333677
Kirsten M. Hanlon*
PA Bar No. 336365
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
F: 267-573-3054
sfworlds@aclupa.org
khanlon@aclupa.org

Jules Lobel, Esq.
NY Bar No. 1262732
P.O. Box 81918
P: 412-334-1379
Pittsburgh, PA 15217
juleslobel73@gmail.com

*Pro hac vice application pending*

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT, | )<br>)<br>) |
| *Plaintiff*, | ) |
| v. | ) |
| UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants*. | ) |

CIVIL ACTION NO. 2:25-cv-00524

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing Plaintiff's Disclosure Statement was filed electronically and served on Defendants' counsel via email as follows:

Alexander R. Bilus
SAUL EWING LLP
P: (215) 972-7177
F: (215) 972-7725
alexander.bilus@saul.com

Joshua W.B. Richards
SAUL EWING LLP
P: (215) 972-7737
F: (215) 972-7725
joshua.richards@saul.com

Dated: April 17, 2025　　　　　　　　　　　　　*/s/Witold Walczak*
　　　　　　　　　　　　　　　　　　　　　　　Witold Walczak