IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STUDENTS FOR JUSTICE IN                 )
PALESTINE AT PITT,                      )
                                        )   2:25-cv-524
            Plaintiff,                  )
                                        )
      v.                                )
                                        )
UNIVERSITY OF PITTSBURGH; *et al.*,     )
                                        )
            Defendants.                 )

| **Hearing Type:** | In-Person Status Conference |
| **Date:** | 4/30/2025 |
| **Before:** | Judge J. Nicholas Ranjan |

| Counsel for Plaintiff | Jules Lobel and Witold Walczak |
|---|---|
| Counsel for Defendant | Joshua Richards and Alexander Bilus |
| Court Reporter | V. Trettel |
| Law Clerk | HS |
| Start Time | 10:05 a.m. |
| End Time | 10:30 a.m. |

**SUMMARY OF PROCEEDINGS:**

In-Person Status Conference held to discuss the current status of the case.

Background, discovery, mediation, and preliminary injunction briefing and scheduling discussed.

The Court adopts the parties' schedule, as laid out in their status report at ECF 18, with some modifications. The Preliminary Injunction Hearing is set for 6/17/2025 at 9:00 a.m. in Courtroom 6C. Corresponding order to follow.