IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT )<br>)<br>)<br>)<br>Plaintiff(s) )<br>v. )<br>UNIVERSITY OF PITTSBURGH et al )<br>)<br>)<br>)<br>Defendant(s) ) | Civil Action No. 2:25-cv-00524 |

## REPORT OF NEUTRAL

A  mediation   session was held in the above captioned matter on  May 21, 2025  .

The case (please check one):
    _____ has resolved
    _____ has resolved in part (see below)
    __x__ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: 5-24-2025          /s/ Lisa Pupo Lenihan
                                              Signature of Neutral

Rev. 09/11