IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STUDENTS FOR JUSTICE IN PALESTINE AT PITT,** | |
| *Plaintiff*, | |
| v. | CIVIL ACTION NO. 2:25-CV-00524 |
| **UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual** capacities**,** | Judge J. Nicholas Ranjan |
| *Defendants.* | |

### [PROPOSED] ORDER

Having read and considered Plaintiff Students for Justice in Palestine at Pitt's Motion for Protective Order, Defendants' response thereto, and for good cause shown, it is on this _____ day of _____, 2025, **ORDERED** that:

SJP-Pitt's Motion for Protective Order is **GRANTED** under Rule 26(c) of the Federal Rules of Civil Procedure and this Court's inherent authority.

It is hereby directed that the Defendants are prohibited from:

a. Using discovery to inquire into SJP-Pitt's internal communications; correspondence with allied students, student groups, and faculty who are not affiliated with SJP-Pitt, and allied individuals and groups outside the University; organizational work plans, meeting agendas, strategy and operational documents, notes, or any other documents or communications that would reveal members' or supporters' identities, and

b. Accessing Jules Lobel's University emails related to the present lawsuit as the vast majority of the communications and documents involve privileged attorney-client communications or protected work product and these privileges have not been waived.

DATED this _____ day of _____, 2025.

BY THE COURT:

_____