IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| UNIVERSITY OF PITTSBURGH, JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities, | ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 2:25-cv-00524-NR<br>Judge J. Nicholas Ranjan |
| *Defendants*. | ) ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL PURSUANT FED. R. CIV. P. 5.2(d)**

Pursuant to Federal Rule of Civil Procedure 5.2(d), Defendants University of Pittsburgh ("Pitt" or "the University"), Joan Gabel, Marlin Nabors, Karin Asher, DaVaughn Vincent-Bryan, Matthew Landy, and Jamey Mentzer hereby move to for leave to file documents, intended to be filed in support of their Opposition to Plaintiff's Motion for Protective Order, under seal, and in support therefore state as follows:

1. Plaintiff initiated this action by filing a Verified Complaint redacting the signatories.

2. Plaintiff has cited alleged harassment concerns with respect to its members' identities.

3. On April 15, 2025, this Court granted Plaintiff's Motion for Leave to File Documents Under Seal and ordered that "Plaintiff can, until and unless the Court orders

1

otherwise in the future, redact Plaintiff SJP-Pitt's members' names, emails, and other identifying information from exhibits filed with the Complaint." ECF No. 11.

4. Federal Rule of Civil Procedure 5.2(d) permits the Court to enter an order that a filing, or parts of a filing, be made under seal. Fed.R.Civ.P. 5.2(d).

5. Pursuant to Local Rule of Civil Procedure 5.2(H), a party seeking to file any document under seal must obtain prior leave of Court by filing a motion for leave to file under seal. LCvR 5.2 (H).

6. In response to Plaintiff's Motion for Protective Order, Pitt intends to file an Opposition supported by documents that includes identifying information about Plaintiff's members.

7. Pitt does not anticipate being able to file redacted versions of these documents.

8. Accordingly, Pitt seeks an Order permitting it to file, under seal, those supporting documents to its Opposition to Plaintiff's Motion for Protective Order.

WHEREFORE, Defendants University of Pittsburgh ("Pitt" or "the University"), Joan Gabel, Marlin Nabors, Karin Asher, DaVaughn Vincent-Bryan, Matthew Landy, and Jamey Mentzer and enter an Order allowing, until and unless the Court orders otherwise in the future, Defendants to file under seal versions of all documents that include identifying information of Plaintiff's members, and wherever possible, publicly file redacted copies of the same.

55677662.1

Dated: June 4, 2025	SAUL EWING LLP


By: /s/ *Alexander R. Bilus*

Joshua W. B. Richards
1500 Market Street
Centre Square West, 38th Floor
Philadelphia, PA 19102
Phone: 215-972-7737
Joshua.Richards@saul.com

Alexander R. Bilus
1500 Market Street
Centre Square West, 38th Floor
Philadelphia, PA 19102
Phone: 215-972-7177
Alexander.Bilus@saul.com

Peter C. Nanov
*Pro Hac Vice Admission forthcoming*
1919 Pennsylvania Avenue, N.W.
Suite 550
Washington, D.C. 20006-3434
Peter.Nanov@saul.com

*Counsel for Defendant University of Pittsburgh*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Motion for Leave to File Documents Under Seal Pursuant to Fed. R. Civ. P. 5.2(d) was served via electronic mail on the following counsel of record:

Kirsten Marie Hanlon, Esquire
ACLUF of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
khanlon@aclupa.org

Witold J. Walczak, Esquire
ACLF of PA
313 Atwood Street
Pittsburgh, PA 15213
vwalczak@aclupa.org

Jules Lobel, Esquire
6938 Rosewood Street
Pittsburgh, PA 15208
jll4@pitt.edu

Solomon Furious Worlds, Esquire
ACLU of PA
Legal
P.O. Box 60173
Philadelphia, PA 19102
sfworlds@aclupa.org

*Attorneys for Plaintiff*

Dated: June 4, 2025                    /s/ *Peter C. Nanov*
                                       Peter C. Nanov