## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **STUDENTS FOR JUSTICE IN PALESTINE AT PITT,** | ) ) ) | |
| *Plaintiff,* | ) ) | |
| **v.** | ) ) | |
| **UNIVERSITY OF PITTSBURGH, JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities,** | ) ) ) ) ) ) ) ) | **CIVIL ACTION NO. 2:25-cv-00524-NR** **Judge J. Nicholas Ranjan** |
| *Defendants.* | ) ) | |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Leave to File Documents Under Seal Pursuant to Fed. R. Civ. P. 5.2(d), and for good cause shown, it is, on this __ day of _____, 2025,

ORDERED that Defendants' Motion for Leave to File Documents Under Seal Pursuant to Fed. R. Civ. P. 5.2(d) is GRANTED; and

ORDERED that Defendants may file, under seal, documents include identifying information about Plaintiff's members, and, wherever possible, publicly file redacted copies of the same.

_____
J. NICHOLAS RANJAN
UNITED STATES DISTRICT COURT JUDGE

55677662.1