IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT, | ) ) |
| Plaintiff, | ) )  2:25-cv-524 ) |
| v. | ) ) |
| UNIVERSITY OF PITTSBURGH; *et al.*, | ) ) |
| Defendants. | ) ) |

## **ORDER**

The Court has before it several discovery disputes by the parties. Given the expedited nature of the proceedings, the Court issues this order resolving these issues, without detailed explanation. The Court reserves the right to issue a more fulsome explanation of its decision at a later date.

1. On the issue of the associational privilege, the Court grants in part and denies in part Plaintiff's motion for a protective order. The Court finds the following documents on Plaintiff's privilege log to be highly relevant to the pending motion (at least as described on the log), and orders that they be produced: (1) P 12; (2) P 19; (3) P 20-23; (4) P 27; (5) P 28; (6) P 29; (7) P 38-42; (8) P 78; (9) P 651; (10) P 652; (11) P 665; (12) P 666. To minimize any chilling effect to Plaintiff's members, Plaintiff may produce these documents under an "outside counsel only" designation; may redact the names of any individuals listed on the document who are not officers in the organization; and may designate any portions of deposition transcripts referring to any individuals associated with these documents as "outside counsel only."

2. On the issue of attorney-client privilege and work-product protection as to the Lobel emails, the Court grants Plaintiff's motion for a protective order. The segregated emails shall not be reviewed by Defendants and shall be considered presumptively privileged.

3.      On the issue raised by Defendants of Plaintiff's failure to preserve documents and any potential adverse inferences the Court should draw, the Court will reserve ruling on this issue.  The parties are free to make a record of this issue through the depositions and in the course of preliminary-injunction briefing and at the hearing.

4.      This order is provisional, and entered to resolve the pending disputes as expeditiously as possible given the pending preliminary-injunction motion.  With advance notice to the parties, the Court reserves the right to modify this order, including if this case proceeds past the preliminary-injunction stage, or as additional information comes to light.

DATED this 9th day of June, 2025.

                                            BY THE COURT:

                                            /s/ J. Nicholas Ranjan
                                            United States District Judge