IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT, <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities, <br><br> *Defendants.* | CIVIL ACTION NO. 2:25-CV-00524 <br><br> Judge J. Nicholas Ranjan |

**Parties' Status Report and Joint Proposed Discovery and Briefing Schedule**

Plaintiff Students for Justice in Palestine at Pitt and Defendants University of Pittsburgh ("Pitt" or the "University"), Joan Gabel, Marlin Nabors, Karin Asher, DaVaughn Vincent-Bryan, Matthew Landy, and Jamey Mentzer, by and through their counsel, file this joint status report to apprise the Court of important factual developments and to propose a new discovery and briefing schedule.

**Student Conduct Proceedings**

On May 23, 2025, SJP-Pitt appeared before the University's Conduct Hearing Board for Level II conduct proceedings for charges related to the December 9, 2024 study-in, the February 4, 2025 open letter, and SJP-Pitt's alleged failure to comply with the terms of its March 2025 interim suspension, as detailed in SJP-Pitt's complaint.

On June 18, 2025, the University issued an outcome letter as to findings, decisions, and associated sanctions, which is attached as Exhibit A. The University found SJP-Pitt responsible

1

for violations as to the December 2024 study-in, the February 2025 open letter, and the March 2025 suspension non-compliance issue. As to the violations for the open letter, the University imposed a six-month suspension of registration with modification, with the suspension beginning when the University placed SJP-Pitt on interim suspension on March 18, 2025, and to end on September 18, 2025. SJP-Pitt will be permitted to reserve space and meet as an executive board to plan events which may occur once the suspension lifts, subject to completion of mandatory educational conversations with University staff and compliance with applicable rules and policies.

The Parties met and conferred on June 19, 2025, as to the impact of the decision letter on SJP-Pitt's pending motion for preliminary injunction (ECF No. 3). The Parties believe that the only issue from the original motion for preliminary injunction that must still be resolved in a preliminary injunction posture concerns the February 4 open letter and associated suspension. For that reason, the Parties believe that a narrowing of both the scope of discovery and the motion for preliminary injunction is appropriate. The Parties therefore jointly propose that the Court set the following schedule:

- **New Motion for Preliminary Injunction:** SJP-Pitt will file a new motion for preliminary injunction, to reflect the narrowed scope and remaining issues, on or before Friday, June 27, 2025.
- **SJP-Pitt's Depositions:** SJP-Pitt will take up to two depositions between June 30 and July 3, 2025. Those depositions will be limited in scope to the February 4 open letter, including its effect on the February 4 hearing and decision-making process, and resulting suspension. One of those fact witness depositions will be limited to half a day and both depositions may be taken remotely.
- **SJP-Pitt's Brief in Support of Motion for PI:** SJP-Pitt will file its brief in support of its new motion for preliminary injunction on or before Friday, July 11, 2025.
- **University's Depositions:** The University will take up to two depositions between July 14 and July 18, 2025. Those depositions will be limited in scope to the February 4 open letter, including its effect on the February 4 hearing and decision-making

process, and resulting suspension. One of those fact witness depositions will be limited to half a day per witness and both depositions may be taken remotely.
- **Joint Statement of Undisputed Facts**: The Parties will file a joint statement of undisputed facts on or before Friday, July 25, 2025.
- **University's Response to PI Motion:** The University shall file its opposition to the PI motion on or before Monday, July 28, 2025.
- **SJP-Pitt's Reply Brief:** SJP-Pitt reserves the right to file a reply on or before Friday, August 1, 2025.

Given the narrower scope of issues before the Court, at this time the Parties do not anticipate that an evidentiary hearing will be necessary. Plaintiff respectfully requests any oral argument on the motion, if desired by the Court, be scheduled before the start of "Welcome Week" at the University, which begins Monday, August 18, 2025.

WHEREFORE, the Parties respectfully request that the Court enter a scheduling order substantially similar to the foregoing proposed schedule.

Dated: June 26, 2025                                                Filed with Consent from All Parties,

By:    */s/ Witold J. Walczak*
Witold J. Walczak
PA Bar No. 62976
Ali Szemanski
PA Bar No. 327769
ACLU OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
P: 412-681-7864
F: 267-573-3054
vwalczak@aclupa.org
aszemanski@aclupa.org

Solomon Furious Worlds
PA Bar No. 333677
Kirsten M. Hanlon*
PA Bar No. 336365
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513

3

F: 267-573-3054
sfworlds@aclupa.org
khanlon@aclupa.org

Jules Lobel, Esq.
NY Bar No. 1262732
P.O. Box 81918
Pittsburgh, PA 15217
P: 412-334-1379
juleslobel73@gmail.com

*\* Pro hac vice*

*Counsel for Plaintiff*

4