# EXHIBIT A



June 18, 2025

Students for Justice in Palestine (███████████████)
Sent electronically to ███████████ and ███████████

**PERSONAL AND CONFIDENTIAL**

Dear Students for Justice in Palestine (SJP),

I have reviewed the findings of the Conduct Hearing Board that presided at your Level II hearing on May 30, 2025. With respect to the charged violations of the Student Code of Conduct, the Level II Conduct Hearing Board rendered the following decisions, and for any responsible violation, I have indicated the associated sanctions.

**Regarding Code of Conduct charges related to activity on December 9, 2024:**

Not Responsible:

- Violates or assists in the Violation of any policy, procedure or guideline of the University including, but not limited to the following: k. Any other policy, procedure, or guideline of the University whether or not listed in the Code.

Responsible:

- Fails without just cause to comply with the lawful direction of a University official, or other lawful authority having just cause and acting in the performance of their duties and authority.
    - Sanction: Reprimand — A warning to a Registered Student Organization that its behavior violated the Student Code of Conduct.

**Regarding Code of Conduct charges related to activity on February 4, 2025:**

Not Responsible:

- Falsifies information or records submitted to a University official or office.

Responsible:

- Intimidates, coerces, influences, or attempts to do the same against a person who is participating or has participated in any University process or proceeding.
- Disrupts or interferes with the conduct process.

Sanction:

- Suspension of Registration (Six months)— cessation of organizational operations with modification (see Sanction Details below).

**Regarding Code of Conduct charges related to activities on or about March 19, 2025:**

Responsible:

- Fails without just cause to comply with the lawful direction of a university official, or other lawful authority having just cause and acting in the performance of their duties and authority.
    - Reprimand — A warning to a Registered Student Organization that its behavior violated the Student Code of Conduct.
    - Educational Conversations — SJP leadership is required to meet with the Associate Director of Student Organizations & Advising to discuss expectations as a leader of a registered student organization.

**Sanction Details:**

The six-month suspension provides time for reflection, and time to engage in required educational conversations with University staff. However, I have considered that SJP was placed on interim suspension on March 18, 2025, and will allow the period of time SJP was interim suspended to count toward the six-month suspension; therefore, the suspension will end on September 18, 2025, for a total of six months, providing SJP has complied with all applicable policies and rules and completed all requirements, including the mandatory educational conversations with university staff.

Further, I recognizing that waiting until September 18, 2025 to plan and reserve space for programs and events in accordance with University policies and procedures may limit your ability to engage as a Registered Student Organization throughout the fall semester after your suspension ends. As such, even when your suspension remains in place, you will be permitted to reserve space and engage as an executive board (only) in planning events once you have completed the educational conversation with University staff. However, please note that while suspended, you may not hold public meetings, gather as a Registered Student Organization, advertise the events planned or engage the Pitt Community as a Registered Student Organization, to do so would be a violation of your suspension.

University staff stand ready to engage in educational conversations and continue to support your efforts as a Registered Student Organization.

You have the right to appeal this decision to the University Review Board ("URB"). If you decide to appeal, you must submit a petition for appeal within ten (10) business days from the date of this letter or June 30, 2025. If you decide to appeal, you also may submit a separate request to the URB for the postponement of sanctions pending appeal. Information regarding these processes can be found in Chapter 5 of the Code at conduct.pitt.edu. To begin this process, please contact the URB Moderator at URBModerator@pitt.edu.

If you require additional information or assistance, please contact the Office of Student Conduct at 412.648.7910 or StudentConduct@pitt.edu

Sincerely,

Carla Panzella
Vice Provost for Student Affairs

CC: ▇▇▇▇▇▇▇ President
    ▇▇▇▇▇▇▇ President