IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT,<br><br>                      *Plaintiff*,<br><br>    v.<br><br>UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities,<br><br>                      *Defendants*. | CIVIL ACTION NO. 2:25-CV-00524<br><br>Judge J. Nicholas Ranjan |

## MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiff Students for Justice in Palestine at Pitt, by and through counsel, files this Motion for Leave to File Excess Pages. Following the joint proposed briefing schedule submitted by the parties on June 26, 2025, this Court ordered Plaintiff to file it's Brief in Support of Plaintiff's Revised Motion for Preliminary Injunction by July 11, 2025. ECF No. 43. Under this Court's Practices and Procedures (rev. 4/23/25), briefs may not exceed 20 pages unless otherwise ordered by the Court. Plaintiff seeks a modest 5-page increase of this page limit for the brief and Defendants' response. Defendants consent to the proposed page-limit increases.

Plaintiff submits that the issues presented in the parties' preliminary injunction briefs are substantial, requiring significant review of the facts at issue and the developments that have taken place since Plaintiff filed its initial preliminary injunction motion. Plaintiff has heeded this Court's stated brief-writing preferences and endeavored to be efficient and succinct in addressing all factual and legal issues. Plaintiff respectfully submits that a 5-page increase in the page limit

1

for briefs and responses would permit a more fulsome presentation of the facts, relevant legal authorities, and the parties' analyses thereof, with the goal of aiding this Court in the most efficient resolution of the issues.

    Plaintiff therefore respectfully requests that the Court grant this Motion and issue an Order permitting the parties to file a brief or response, respectively, of up to 25 pages. Plaintiff's brief in support of its revised motion for preliminary injunction is attached hereto as Exhibit A. A Proposed Order is also submitted for this Court's consideration.

Dated: July 11, 2025                Respectfully Submitted,

                              By:    */s/ Witold J. Walczak*
                                       Witold J. Walczak
                                       PA Bar No. 62976
                                       Ali Szemanski
                                       PA Bar No. 327769
                                       ACLU OF PENNSYLVANIA
                                       P.O. Box 23058
                                       Pittsburgh, PA 15222
                                       P: 412-681-7864
                                       F: 267-573-3054
                                       vwalczak@aclupa.org
                                       aszemanski@aclupa.org

                                       Solomon Furious Worlds
                                       PA Bar No. 333677
                                       Kirsten M. Hanlon*
                                       PA Bar No. 336365
                                       ACLU OF PENNSYLVANIA
                                       P.O. Box 60173
                                       Philadelphia, PA 19102
                                       P: 215-592-1513
                                       F: 267-573-3054
                                       sfworlds@aclupa.org
                                       khanlon@aclupa.org

                                       Jules Lobel, Esq.
                                       NY Bar No. 1262732

P.O. Box 81918
Pittsburgh, PA 15217
P: 412-334-1379
juleslobel73@gmail.com

*\* Pro hac vice*

*Counsel for Plaintiff*