IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities,<br><br>*Defendants*. | CIVIL ACTION NO. 2:25-CV-00524<br><br>Judge J. Nicholas Ranjan |

**[PROPOSED] ORDER**

AND NOW, on this _____ day of _____, 2025, upon consideration of Plaintiff Students for Justice in Palestine at Pitt's Motion for Leave to File Excess Pages, it is hereby ORDERED that the Motion is GRANTED. Both parties may file a brief and response of up to 25 pages, due July 11, 2025, and July 28, 2025, respectively.

DATED this _____ day of _____, 2025.

BY THE COURT:

_____

1