# EXHIBITS TABLE OF CONTENTS

**Exhibit 1**,
Asher Message, UPITT_0001163

**Exhibit 2**,
Panzella Email, UPITT_0001170-72

**Exhibit 3**,
Shabbat Relocation Emails, UPITT_0000954-64

**Exhibit 4**,
First Hearing Draft Findings

**Exhibit 5**,
Second Hearing Findings, UPITT_0014049-53

**Exhibit 6**,
Nabors Deposition Transcript Excerpts

**Exhibit 7**,
Tuscano Deposition Transcript Excerpts

**Exhibit 8**
Open Letter, UPITT_0000527-33

**Exhibit 9**,
Landy Supervision Notes, UPITT_0001853-56

**Exhibit 10**,
Scott Email, UPITT_0013854

**Exhibit 11**,
Nabor Call Notes, UPITT_0002439-40

**Exhibit 12**,
Nabors/Hearing Officers Email Chain, UPITT_0014034-35

**Exhibit 13**,
SJP-Pitt Outreach, UPITT_0001113

**Exhibit 14**,
New Charges, UPITT_0002149-50

**Exhibit 15**,
Student Criticism, UPITT_0001783-84

**Exhibit 16**,
Student Criticism, UPITT_0001518

**Exhibit 17**,
SGB Criticism, UPITT_0002354-56

**Exhibit 18**,
Second Hearing Outcome

**Exhibit 19**,
SJP-Pitt Declaration

**Exhibit 20**,
Shabbat Event Controversy, UPITT_0002197-201

**Exhibit 21**,
Study-In and Shabbat Event Controversy, UPITT_0001393-405

**Exhibit 22**,
Shabbat Event Internal Controversy, UPITT_0002224-29

**Exhibit 23**,
March 18 Letter to SJP-Pitt, UPITT_0002866-67