# Exhibit 1

Message

**From**:    Karin Asher [karin.asher@pitt.edu]
**Sent**:    9/24/2024 8:25:27 PM
**To**:      Carla Panzella (She/Her) [carla.panzella@pitt.edu]

I ask because prior to April, SJP probably held 10-15 protests/rallies that were peaceful in that space and were not asked to leave

UPITT_0001163