# Exhibit 2

Message
___

| | |
|---|---|
| **From**: | Fisher, Janine S [janinefisher@pitt.edu] |
| **Sent**: | 9/24/2024 2:45:41 PM |
| **To**: | Karin Asher [karin.asher@pitt.edu]; Carla Panzella (She/Her) [carla.panzella@pitt.edu] |
| **Subject**: | Re: DRAFT: Important Information Regarding Your Event Tomorrow |

These edits and versions are good from my end.

Janine Fisher
Director of Marketing and Communications
Division of Student Affairs
University of Pittsburgh
Jsf10@pitt.edu

___

**From:** Karin Asher <karin.asher@pitt.edu>
**Sent:** Tuesday, September 24, 2024 2:41:39 PM
**To:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>; Fisher, Janine S <janinefisher@pitt.edu>
**Subject:** Re: DRAFT: Important Information Regarding Your Event Tomorrow

Their location just says "Cathedral of Learning".  Two edited drafts below, one for SJP and one for the individual student.

1.      Dear [SJP Leaders],

I hope this message finds you well. As leaders of Students for Justice in Palestine at Pitt (SJP), I am reaching out regarding the upcoming event that was shared on Instagram by your organization, Urgent Protest: Hands Off Gaza and Lebanon, scheduled for tomorrow, September 25 at 5:30 pm, at the Cathedral of Learning.  To my knowledge, there is not a reservation for any University space for this event.   Also, for your awareness, the lawn space directly in front of the Cathedral of Learning is non-reservable space.  Reservations for reservable sections of the Cathedral lawn may be made by student organizations contacting the William Pitt Union reservations office.

While you may not be the event organizers, as a registered student organization, it is your obligation to uphold University policies and guideliens when you engage with events.  I want to draw your attention to several relevant guidelines and policies, listed below. In addition to the Universities policies relating to demonstrations and/or protests on campus, students engaged in such activities on campus must follow the [Student Code of Conduct](). If individuals attend this event held in a non-reservable space, they may be asked to leave.

- [On Campus Demonstration and Protest Guidelines]()
- [Event Planning Guidelines for Student Organizations]()
- Please visit [FreeSpeech.pitt.edu]() for more information

Part of my work in the Office of the Dean of Students is to ensure that registered student organizations have access to the necessary resources as you plan and execute your events and programs, as well as the guidelines to do so
within University policies. I encourage you to review these resources thoroughly. If you have any questions, please reach out to me directly, and I am happy to set up a time to talk prior to your event.  It's important to me that we support your and other student organizations' ability to host their events and meet their goals within University guidelines and policies.


2.      Dear (individual student planner),

I hope this message finds you well.  I am reaching out regarding the upcoming event that is being advertised on Instagram and lists you as an organizer, Urgent Protest: Hands Off Gaza and Lebanon, scheduled for tomorrow, September 25 at 5:30 pm, at the Cathedral of Learning.  To my knowledge, there is not a reservation for any University space for this event made by a registered student organization or department.   Also, for your awareness, the lawn space directly in front of the

Cathedral of Learning is non-reservable space. Reservations for reservable sections of the Cathedral lawn may be made by student organizations contacting the William Pitt Union reservations office.

I want to draw your attention to several relevant guidelines and policies, listed below. In addition to the Universities policies relating to demonstrations and/or protests on campus, students engaged in such activities on campus must follow the [Student Code of Conduct](). If individuals attend this event held in a non-reservable space, they may be asked to leave.

- [On Campus Demonstration and Protest Guidelines]()
- [Event Planning Guidelines for Student Organizations]()
- Please visit [FreeSpeech.pitt.edu]() for more information

Part of my work in the Office of the Dean of Students is to ensure students have access to resources needed to plan events within University guidelines and policies. I encourage you to review these resources thoroughly. If you have any questions, please reach out to me directly, and I am happy to set up a time to talk prior to your event.


**Karin Asher, Ed.D.** (she/her/hers)
Assistant Dean of Student Engagement and Professional Development
Division of Student Affairs
karin.asher@pitt.edu

---

**From:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>
**Date:** Tuesday, September 24, 2024 at 1:51 PM
**To:** Karin Asher <karin.asher@pitt.edu>, Fisher, Janine S <janinefisher@pitt.edu>
**Subject:** Re: DRAFT: Important Information Regarding Your Event Tomorrow

If their post says it will be on the lawn, can we add that they cannot be on the lawn that is none reservable? We are also sending to the individual student, correct?

---

**From:** Karin Asher <karin.asher@pitt.edu>
**Date:** Tuesday, September 24, 2024 at 10:55 AM
**To:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>, Fisher, Janine S <janinefisher@pitt.edu>, Karin Asher <karin.asher@pitt.edu>
**Subject:** DRAFT: Important Information Regarding Your Event Tomorrow

Dear [SJP Leaders],

I hope this message finds you well. As leaders of Students for Justice in Palestine at Pitt (SJP), I am reaching out regarding the upcoming event advertised by your organization, Urgent Protest: Hands Off Gaza and Lebanon, scheduled for tomorrow, September 25 at 5:30 pm at the Cathedral of Learning. To my knowledge, there is not a reservation for any University space for this event. Also, please keep in mind that  I want to draw your attention to several relevant guidelines and policies:

- [On Campus Demonstration and Protest Guidelines]()
- [Event Planning Guidelines for Student Organizations]()

Part of my work in the Office of the Dean of Students is to ensure that registered student organizations have access to the necessary resources as you plan and execute your events and programs, as well as the guidelines to do so within University policies. I encourage you to review these resources thoroughly. If you have any questions, please reach out to me directly, and I am happy to set up a time to talk prior to your event. It's important to me that we support your and other student organizations' ability to host their events and meet their goals within University guidelines and policies.

Best,
Karin Asher

**Karin Asher, Ed.D.** (she/her/hers)
Assistant Dean of Student Engagement and Professional Development
Division of Student Affairs
karin.asher@pitt.edu

UPITT_0001172