# Exhibit 3

Message

From: ▮
Sent: 1/15/2025 4:35:58 PM
To: Westley, William [WKW7@pitt.edu]
Subject: Re: Global Hub Space Request

I'm well, thank you! Allyson sent me the above message which seems to indicate that the event has been moved to WPU, but that is not possible given that the event is a Shabbat that will involve outside food. I will let her know of this!

Best,

▮

From: Westley, William <WKW7@pitt.edu>
Sent: Wednesday, January 15, 2025 15:45
To: ▮
Subject: RE: Global Hub Space Request

Hi ▮

How are you? Unfortunately, that is not allowed because we don't have documentation of outside food that is not approved with the certifications that need approval by Campus Dining. Is the reservation moving over the union from the Global Hub?

Best wishes,



**Will Westley**
Assistant Director, Night Operations
Division of Student Affairs | University of Pittsburgh
M-5 William Pitt Union | 3959 Fifth Avenue, Pittsburgh, PA 15260
WKW7@pitt.edu | Phone number 412-648-7812

Sign up to go through your Student Org Event Here!

From: ▮
Sent: Wednesday, January 15, 2025 2:54 PM
To: Westley, William <WKW7@pitt.edu>
Subject: Fw: Global Hub Space Request

Hi Will,

Will we be able to have homemade food/a potluck in a student union? My understanding was that these are typically not allowed. We also have outside catering that we did not submit any forms for since we were planning to host this event in the Global Hub.

Best,



---

**From:** Delnore, Allyson Jaye <adelnore@pitt.edu>
**Sent:** Wednesday, January 15, 2025 08:50
**To:** ███████████████████ Elliott, Adrien <adrien.elliott@pitt.edu>; Pitt Global Hub <globalhub@pitt.edu>
**Cc:** Bamyeh, Mohammed A <mab205@pitt.edu>; Kogan, Emily <EMK179@pitt.edu>; McSweeney, Molly Cristine <MCM206@pitt.edu>
**Subject:** Re: Global Hub Space Request

Dear ███

Good morning. And good news.

We have been able to transfer the reservation for this event to the Assembly Room in the William Pitt Union. Given potential size of the event, that will be a more appropriate venue. Please let your collaborators know and take the necessary steps to get the word out to potential attendees.

I assume that this resolves the problem, so we likely don't need to meet anymore. But if you do want to touch base, let me and Adrien know.

Best wishes for your event,
Allyson

**Allyson J. Delnore, Ph.D. (She/her/hers)**
*Interim Executive Director of UCIS*

University Center for International Studies (UCIS)
University of Pittsburgh
Phone/Teams: 412-624-5404
4406 Posvar Hall, Pittsburgh PA, 15260
Web: www.ucis.pitt.edu   Email: adelnore@pitt.edu

🔊 Hear my name

---

**From:** ███████████████████
**Sent:** Tuesday, January 14, 2025 7:24 PM
**To:** Elliott, Adrien <adrien.elliott@pitt.edu>; Delnore, Allyson Jaye <adelnore@pitt.edu>; Pitt Global Hub <globalhub@pitt.edu>
**Cc:** Bamyeh, Mohammed A <mab205@pitt.edu>; Kogan, Emily <EMK179@pitt.edu>; McSweeney, Molly Cristine <MCM206@pitt.edu>
**Subject:** Re: Global Hub Space Request

Hi Adrien,

Could you check Allyson's availability after 3 pm on Thursday, or any time this Friday outside of the window between 1 and 2 pm? We have already secured hundreds of dollars in funding for this event, and meeting next week would not be ideal given that it is scheduled for the 24th.

Best,

**From:** Elliott, Adrien <adrien.elliott@pitt.edu>
**Sent:** Tuesday, January 14, 2025 14:10
**To:** Delnore, Allyson Jaye <adelnore@pitt.edu>; Pitt Global Hub <globalhub@pitt.edu>
**Cc:** Bamyeh, Mohammed A <mab205@pitt.edu>; Kogan, Emily <EMK179@pitt.edu>; McSweeney, Molly Cristine <MCM206@pitt.edu>
**Subject:** Re: Global Hub Space Request

Hi there again

Allyson's schedule fills up quickly so it can be difficult to accommodate last minute requests, so this week is pretty full, but she has a window next Tuesday 1/21 from 3-3:45 or Wednesday 1/22 she has flexibility late morning or an opening at 4:00 pm.

Would any of those openings also work for you?

Thanks again!

--
**Adrien Elliott** (she/her/hers)
*Executive Assistant, Director's Office*
University Center for International Studies (UCIS)/PittGlobal
University of Pittsburgh
4400 Posvar Hall

 Hear my name



**From:**
**Date:** Tuesday, January 14, 2025 at 2:06 PM
**To:** Elliott, Adrien <adrien.elliott@pitt.edu>, Delnore, Allyson Jaye <adelnore@pitt.edu>, Pitt Global Hub <globalhub@pitt.edu>
**Cc:** Bamyeh, Mohammed A <mab205@pitt.edu>, Kogan, Emily <EMK179@pitt.edu>, McSweeney, Molly

Cristine <MCM206@pitt.edu>
**Subject:** Re: Global Hub Space Request

Hi Adrien,

Thanks for your message. Does Allyson have any availability today after 4 or Thursday after 3?

Best,

---

**From:** Elliott, Adrien <adrien.elliott@pitt.edu>
**Sent:** Monday, January 13, 2025 17:14
**To:** Delnore, Allyson Jaye <adelnore@pitt.edu>; ███████████ Pitt Global Hub <globalhub@pitt.edu>
**Cc:** Bamyeh, Mohammed A <mab205@pitt.edu>; Kogan, Emily <EMK179@pitt.edu>; McSweeney, Molly Cristine <MCM206@pitt.edu>
**Subject:** Re: Global Hub Space Request

Greetings everyone,

I am happy to find a mutually convenient time for everyone to meet. I would like to please start with all days and times that are typically available for you and I'll check Allyson's schedule to see what might work best.

Thank you and I look forward to hearing from you soon.

All the best,
--
**Adrien Elliott** (she/her/hers)
*Executive Assistant, Director's Office*
University Center for International Studies (UCIS)/PittGlobal
University of Pittsburgh
4400 Posvar Hall

 Hear my name



---

**From:** Delnore, Allyson Jaye <adelnore@pitt.edu>
**Date:** Monday, January 13, 2025 at 5:03 PM
**To:** ███████████ Pitt Global Hub <globalhub@pitt.edu>
**Cc:** Bamyeh, Mohammed A <mab205@pitt.edu>, Kogan, Emily <EMK179@pitt.edu>, McSweeney, Molly Cristine <MCM206@pitt.edu>, Elliott, Adrien <adrien.elliott@pitt.edu>
**Subject:** Re: Global Hub Space Request

Dear 

Yes, I think there was a misunderstanding and I take full responsibility for that. I see how what I wrote promoted you to think that I had reversed my initial position, but that was never my intention. I also fully remembered having written that anything cast as Non- or Anti- anything would likely not be in the spirit of the Hub, so if that is the essence of the event, you should find another space that can be controlled and closed off and is not so open to the public. But that is most definitely not in our correspondence. I was not as clear as I really thought I had been. I had assumed that the paragraph you quoted below would be understood within the context of my earlier email, which was part of the same thread, and of the guidelines for the use of the space, which are posted online and have to be read in order to request a reservation in the first place. But I should have been clearer.

As I wrote when this first came up in November, the ethos behind the hub is inclusive and welcoming. The title "Anti-Zionist Shabbat" was not in that spirit, so I asked you to rethink it.
I thought that was clear, though evidently not and that is my fault. When you proposed "non-Zionist" instead, I was urging you to move more to "Student-organized Shabbat" and to be welcoming more broadly. Again, anything that is non- or anti- is not in the spirit of the public nature of the hub. What I had meant was that your sponsorship of the event might lead to a natural self-selection of participants, so I imagined that your announcing the event would frame it. But I see how that was not clear in what I wrote. And having now seen the way that the event is promoted, I realize that this is not really possible and I was being naive.

As it says on the Global Hub website (Reservations | Global Hub | University of Pittsburgh), "all requested events and programs must be open to the public." The space is open to the full building - there is no way to close it off - thus people cannot choose whether or not to enter an event. So, the caveat on social media: "Is this event open to non-Jewish allies and staff/faculty/community members? All who are respectful of the space's intentions are welcome" is insufficient. One cannot restrict the space to people who share a viewpoint. People pass through from the front door to the elevator. Anyone may easily be unwillingly entering a space they are not respectful of, through no fault of their own. They did not actively choose to be there.

The Global Hub reserves the right to reject or require amendments to any reservation - at any time. Given the unsuitability of the Hub for the spirit of the event that you are clearly committed to, I encourage you to explore other options and announce a change in venue when you have one.

I would be happy to discuss this with you and your colleagues, but cannot do that at 6, as I need to leave by 5:30 due to a prior family commitment. I am copying my colleague, Adrien Elliott, on this message to help coordinate a meeting. She has access to my calendar and can help us find a time that will work.

Sincerely,

Allyson Delnore

**Allyson J. Delnore, Ph.D. (She/her/hers)**
*Interim Executive Director of UCIS*

University Center for International Studies (UCIS)
University of Pittsburgh
Phone/Teams: 412-624-5404
4406 Posvar Hall, Pittsburgh PA, 15260
Web: www.ucis.pitt.edu  Email: adelnore@pitt.edu



---

**From:** [redacted]
**Sent:** Monday, January 13, 2025 3:01 PM
**To:** Delnore, Allyson Jaye <adelnore@pitt.edu>; Pitt Global Hub <globalhub@pitt.edu>
**Cc:** Bamyeh, Mohammed A <mab205@pitt.edu>; Kogan, Emily <EMK179@pitt.edu>; McSweeney, Molly Cristine

<MCM206@pitt.edu>
Subject: Re: Global Hub Space Request

Good afternoon Allyson.

I was surprised to receive your message, as my understanding was that SJP and Jewish Students' Bund were free to pick a framing for the event (based on the language of your email from 2 January):

*"But to keep the focus on your groups' message, any public-facing announcement of the event from UCIS (for instance the post on the Global Hub calendar online) will just give "Student-organized Shabbat" as the title. (The fact that the event organizers are SJP and Jewish Students' Bund will make clear the non-Zionist bent.) Promotion of the event will be largely done through your organizations' social media or other channels;* **you are free to frame the event as you wish."**

I am not aware of an explicit ask that the event "be reframed and that the language of anti-zionism not be used," but I and representatives from JSB are happy to meet with you to discuss the particulars of the Shabbat's promotion.

I will be at the Global Hub at 6 pm today for another event I have organised there. Should this time not work with your schedule, please let me know of some alternatives later this week.

Best,



From: Delnore, Allyson Jaye <adelnore@pitt.edu>
Sent: Monday, January 13, 2025 12:53
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Pitt Global Hub <globalhub@pitt.edu>
Cc: Bamyeh, Mohammed A <mab205@pitt.edu>; Kogan, Emily <EMK179@pitt.edu>; McSweeney, Molly Cristine <MCM206@pitt.edu>
Subject: Re: Global Hub Space Request

Dear ▮▮▮

Good morning.

I was just made aware of social media posts advertising the event that we discussed as an "Anti-Zionist Shabbat", which I had explicitly asked you to reframe and not use, as it is against the ethos of the Global Hub, which is an open and public space, and therefore has to be open to any and all members of our community. In the social media posts that I can see, it is open to people who agree with anti-zionism. (The welcoming of anyone who is respectful of the space's intentions is not distinguishing between the Global Hub as a space and the space you are creating as an event.) That is not what I thought we had discussed.

I realize that there may have been some confusion in our exchange. I asked that the event be reframed and that the language of anti-zionism not be used if you were to use the space for a student-organized Shabbat. I thought that was clear - that the openness of the space was the primary consideration - I did not mean for you to revert back to the Anti-Zionist title in your social media posts.

Can we meet and discuss how to move forward, as I am afraid that the Global Hub may not be a space that is appropriate for your event.

Allyson Delnore


**Allyson J. Delnore, Ph.D. (She/her/hers)**
*Interim Executive Director of UCIS*

University Center for International Studies (UCIS)
University of Pittsburgh
Phone/Teams: 412-624-5404
4406 Posvar Hall, Pittsburgh PA, 15260
Web: www.ucis.pitt.edu  Email: adelnore@pitt.edu

 Hear my name

---

**From:** Delnore, Allyson Jaye <adelnore@pitt.edu>
**Sent:** Thursday, January 2, 2025 11:55 AM
**To:** ███████████████████████ Pitt Global Hub <globalhub@pitt.edu>
**Cc:** Bamyeh, Mohammed A <mab205@pitt.edu>; Kogan, Emily <EMK179@pitt.edu>; McSweeney, Molly Cristine <MCM206@pitt.edu>
**Subject:** Re: Global Hub Space Request

Dear ████

Thank you for writing and for continuing to think with us through this planning process.
As you may be aware, there has been increased scrutiny of UCIS-related units and the events that we are sponsoring/hosting in various on-line groups and campus watch-dog groups. My goal is to not distract from your event by making it about UCIS and what PittGlobal is doing, and keep it about your goals and interests.

That said, you are seeking approval for a space following university policy, so the space can be used by your group (as long as Molly confirms it is free) for the purposes you outline below.

But to keep the focus on your groups' message, any public-facing announcement of the event from UCIS (for instance the post on the Global Hub calendar online) will just give "Student-organized Shabbat" as the title. (The fact that the event organizers are SJP and Jewish Students' Bund will make clear the non-Zionist bent.) Promotion of the event will be largely done through your organizations' social media or other channels; you are free to frame the event as you wish. But I did want to give you that heads up, so you are not surprised if you see a more generic title on anything generated by the Hub.

Molly, can you please confirm that the day/time is still available for SJP and JSB's Shabbat event on the 31st?

Best,
Allyson

**Allyson J. Delnore, Ph.D. (She/her/hers)**
*Interim Executive Director of UCIS*

University Center for International Studies (UCIS)
University of Pittsburgh
Phone/Teams: 412-624-5404
4406 Posvar Hall, Pittsburgh PA, 15260
Web: www.ucis.pitt.edu  Email: adelnore@pitt.edu

 Hear my name

**From:** [redacted]
**Sent:** Sunday, December 22, 2024 1:16 AM
**To:** Pitt Global Hub <globalhub@pitt.edu>; Delnore, Allyson Jaye <adelnore@pitt.edu>
**Cc:** Bamyeh, Mohammed A <mab205@pitt.edu>; Kogan, Emily <EMK179@pitt.edu>; McSweeney, Molly Cristine <MCM206@pitt.edu>
**Subject:** Re: Global Hub Space Request

Hi all,

Sorry for the extended delay in responding! Please let me know if the following language matches the ethos of the Global Hub more closely.

Title: **Non-Zionist Shabbat**

Description: *As we honor the enduring resilience of the Palestinian people, join SJP and Jewish Students' Bund for a potluck and an evening of reflection, prayer, and conversation. This is a space to build community with other non-zionist and anti-zionist Jews, and we welcome all community members regardless of their religious affiliation.*

I spoke with the president and VP of Kya Baat Hai regarding the overlap in timing. They indicated that they would be done using the round table at 5 pm (the 5:30 end reflects the 30-minute clean-up time, which they don't typically require) and that they would be participating in the Shabbat as well.

If it makes things easier in the booking system, would it be possible to reserve the other spaces indicated in the request starting at the originally requested time and add the round table when it becomes available?

Best,
[redacted]

**From:** Pitt Global Hub <globalhub@pitt.edu>
**Sent:** Wednesday, November 13, 2024 10:06
**To:** Delnore, Allyson Jaye <adelnore@pitt.edu>; [redacted]
**Cc:** Pitt Global Hub <globalhub@pitt.edu>; Bamyeh, Mohammed A <mab205@pitt.edu>; Kogan, Emily <EMK179@pitt.edu>; McSweeney, Molly Cristine <MCM206@pitt.edu>
**Subject:** RE: Global Hub Space Request

Good morning Allyson and [redacted]

Kya Baat Hai has reserved the Conversation Table every Friday from 3:30-5:30 pm for the academic year, so that is also the case on January 24.

All the best,
Molly

**Molly McSweeney**
*Assistant Director for Student and Community Engagement*
**University Center for International Studies | Global Hub**
**University of Pittsburgh**
**4400 Wesley W. Posvar Hall**
**Pittsburgh, PA 15260**
Email: mcm206@pitt.edu | globalhub@pitt.edu
https://www.globalhub.pitt.edu/
Phone/Microsoft Teams: (+1) 412-383-2733
Pronouns: she/her/hers *(What's this?)*

*If you are submitting a reservation request or hosting an event in the Pitt Global Hub, please be sure to check out the FAQ page on the Pitt Global Hub website. Thank you!*

*Are you an undergraduate student looking to demonstrate your cross-cultural exposure and awareness to potential employers? Learn more here:*
*https://www.globalhub.pitt.edu/about/global-distinction*

*Fall 2024 Global Distinction Drop-In Hours: Weekly on Tuesdays, 12-1 pm | Global Hub (1st floor, Posvar Hall)*

**Pitt GlobalHub**

---

**From:** Delnore, Allyson Jaye <adelnore@pitt.edu>
**Sent:** Wednesday, November 13, 2024 8:43 AM
**To:** ▮
**Cc:** Pitt Global Hub <globalhub@pitt.edu>; Bamyeh, Mohammed A <mab205@pitt.edu>; Kogan, Emily <EMK179@pitt.edu>; McSweeney, Molly Cristine <MCM206@pitt.edu>
**Subject:** RE: Global Hub Space Request

Dear ▮
Thanks for replying so quickly. I appreciate your being open to my request.
I will ask my colleague, Molly McSweeney, to weigh in about Hub availability times.
In the meantime, we'll look forward to what you come up with after consulting with your colleagues from the Bund.
Best,
Allyson


**Allyson J. Delnore, Ph.D. (She/her/hers)**
*Interim Executive Director of UCIS*

University Center for International Studies (UCIS)
University of Pittsburgh
Phone/Teams: 412-624-5404
4406 Posvar Hall, Pittsburgh PA, 15260
Web: www.ucis.pitt.edu  Email: adelnore@pitt.edu

 Hear my name

**From:** ▮
**Sent:** Tuesday, November 12, 2024 10:31 PM
**To:** Delnore, Allyson Jaye <adelnore@pitt.edu>

**Cc:** Pitt Global Hub <globalhub@pitt.edu>; Bamyeh, Mohammed A <mab205@pitt.edu>; Kogan, Emily <EMK179@pitt.edu>; McSweeney, Molly Cristine <MCM206@pitt.edu>
**Subject:** Re: Global Hub Space Request

Hi Allyson,

Thank you so much for reaching out regarding our proposed event! We will gladly reframe the booking's title and description to be more explicit about the event's focus on building community and fostering solidarity with the Palestinian people. I will speak with members of the Bund and get back to you with further details later this week! From there, we can schedule a time to discuss in person as necessary.

The microphone won't be needed, so we are happy to remove that from the reservation. I also emailed Molly yesterday about rescheduling the event to January 24th owing to some conflicts with Bund members' schedules. Can you let me know if there will be another group utilising the space on that date as well?

Best,

---

**From:** Delnore, Allyson Jaye <adelnore@pitt.edu>
**Sent:** Tuesday, November 12, 2024 19:14
**To:** 
**Cc:** Pitt Global Hub <globalhub@pitt.edu>; Bamyeh, Mohammed A <mab205@pitt.edu>
**Subject:** Global Hub Space Request

Dear           (cc: Prof. Bamyeh)

Good evening. Thank you for submitting a request for use of the Global Hub space for your event on January 31st. My colleague passed along your request to me and I am writing in the hopes of entering into a dialogue with you about the event you are proposing.

The Global Hub is first and foremost a student-centered space, and so we welcome student initiatives and proposals for how best to use the space. In addition, the space is open to the building (in its design) and to the world (in its conception). The ethos behind the hub is inclusive and welcoming. We encourage discussion and debate in the spirit of building community across difference. In that spirit, I am writing to ask if your groups would be willing to reframe the title and description of the event to emphasize solidarity and community building around support for Palestine (or some other formulation that is more meaningful for you).

I would be happy to meet with you and anyone else from SJP and/or Jewish Student's Bund to discuss your proposal and my reservations. Please let me know if you would like to set up a time to speak about this directly. Otherwise, happy to continue the conversation over email, as well.

Best,
Allyson Delnore

P.S. I should also make you aware of a small scheduling conflict that my colleague signaled to me: another student group has already reserved the Conversation table for an event that will end at 5:30, so will overlap with the time you requested and any time you need for set up. Would it be possible to adjust the timing of your event to start a bit later? Though, the one problem with later is that access to the handheld microphone may be limited unless we can identify a student worker

who would be able to staff the event at that time. (Access to the kitchenette is not dependent upon staffing.) Should these small issues not discourage you from wanting to hold your event in the Global Hub, let's find a time to discuss options.

**Allyson J. Delnore, Ph.D. (She/her/hers)**
*Interim Executive Director of UCIS*

University Center for International Studies (UCIS)
University of Pittsburgh
Phone/Teams: 412-624-5404
4406 Posvar Hall, Pittsburgh PA, 15260
Web: www.ucis.pitt.edu  Email: adelnore@pitt.edu



UPITT_0000964