# Exhibit 8

## Message

| | |
|---|---|
| **From:** | SJP at Pitt [sjppgh@gmail.com] |
| **Sent:** | 2/4/2025 9:52:16 PM |
| **To:** | Joan Gabel [JTAG@pitt.edu]; Dean of Students [deanofstudents@pitt.edu]; Carla Panzella (She/Her) [carla.panzella@pitt.edu]; Karin Asher [karin.asher@pitt.edu]; DaVaughn Vincent-Bryan [davaughn.vincentbryan@pitt.edu]; Day, David Stephen [DSD55@pitt.edu]; Davis, Zachary Wayne [zachdavis@pitt.edu]; Tuscano, Jennifer L [jtuscano@athletics.pitt.edu]; Scott, Carlton J [cascott@pitt.edu] |
| **CC:** | Diversity [diversity@pitt.edu]; Darr, Jay [jay.darr@pitt.edu]; Pickett, Clyde Wilson [CWP19@pitt.edu]; Craven, Lorraine A. [lorraine.craven@pitt.edu]; Karen B Sykes [Karen.Sykes@pitt.edu]; Landy, Matthew E [mal130@pitt.edu]; Mentzer, Jamey [JMENTZER@pitt.edu]; Palmer, Calli [CJP184@pitt.edu]; Natter, Gretchen Carlson [GCN16@pitt.edu]; Kathleen Lamansky [kathleen.lamansky@pitt.edu] |
| **Subject:** | Open Letter Condemning the University of Pittsburgh's Suppression of Pro-Palestinian Voices |
| **Attachments:** | Open Letter Condemning the University of Pittsburgh's Suppression of Pro-Palestinian Voices.pdf |

We, the undersigned organizations, condemn **the selective repression of Students for Justice in Palestine (SJP)** at the University of Pittsburgh. As the **only Palestinian cultural and advocacy organization on campus**—led by **Palestinian, Arab, and Muslim students**—SJP is being unfairly targeted with **heightened scrutiny and politically driven disciplinary actions**.

In a **blatant act of political suppression**, the University has targeted SJP with proposed sanctions that include **effective suspension** through May 2025, as well as probation through December 2025. Meanwhile, multiple registered pro-Israel advocacy organizations continue to operate without interference, **despite consistent harassment of SJP and its members**. One of these organizations, Students Supporting Israel, has repeatedly collaborated with **Betar USA**—an organization unaffiliated with the university that **issued bomb threats against SJP's general body** in November 2024. By **failing to take action in response to these threats**, the university has **effectively emboldened Betar**; the group has since provided the Trump administration with a list of international students, **targeting them for deportation due to their alleged pro-Palestine stance.**

From the time SJP leadership first met with Student Conduct staff on January 22, they were given **just six days to submit their evidence and witnesses**, despite the university having built its case against them **for over a month and a half**. Student Conduct staff also demanded that SJP leadership **submit in advance all questions they planned to ask during the hearing**, a directive that was later **retracted** upon questioning by SJP representatives—raising serious concerns about the fairness and transparency of the disciplinary process.

This latest act of repression is only the latest in a wave of disciplinary measures taken by University of Pittsburgh administration, including **surveilling, defunding, and relocating** SJP events—all justified by vague and inconsistently applied policies. These actions not only **disproportionately penalize students of color** for speaking out against apartheid and state violence but also set a dangerous precedent that will **erode the free speech and organizational rights of all Pitt affiliates**.

In light of the university administration's blatant attempt to silence pro-Palestine voices, we demand:

1. **The complete dismissal of all disciplinary proceedings against SJP.**
2. **Transparency in university conduct policies and equitable application of these policies.**
3. **An end to the University's suppression of Palestinian advocacy on campus.**

We refuse to allow this university to **silence marginalized voices**. Advocacy for the rights of the Palestinian people is **not** a crime.


Signed,

**University of Pittsburgh Affiliated Organizations:**

1.  
2. Students for Justice in Palestine  
3.  
4.  
5. Faculty and Staff for Justice in Palestine  
6.  
7.  
8. University of Pittsburgh School of Law  
9.  
10.  
11. Muslim Student Association (MSA)  
12.  
13.  
14. Jewish Students' Bund  
15.  
16.  
17. Middle Eastern and North African Student Association (MENASA) at Pitt  
18.  
19.  
20. Asian Student Alliance (ASA)  
21.  
22.  
23. Rainbow Alliance  
24.  
25.  
26. Women of Color Collective (WOCC)  
27.  
28.  
29. Latinx Student Association (LSA)  
30.  
31.  
32. Kya Baat Hai  
33.  
34.  
35. The Fann Club  
36.  
37.  
38. Luso-Brazilian Student Association  
39.  

UPITT_0000528

40.

41.  Alliance of Queer Underrepresented Asians in Recognition of Intersectionality to Uphold Solidarity (AQUARIUS)

42.

43.

44.  Japanese Student Association (JSA)

45.

46.

47.  PRISM at Pitt

48.

49.

50.  Trans Action Building

51.

52.

53.  Progressive Students for Change at Pitt

54.

55.

56.  Student Disability Coalition

57.

58.

59.  Autistic Students Union at Pitt

60.

61.

62.  Humanity First at Pitt

63.

64.

65.  ACLU Club at Pitt

66.

67.

68.  Direct Action Coalition (DAC)

69.

70.

71.  Pittsburgh Policy Initiative

72.

73.

74.  Behavioral Economics Club

75.

76.

77.  The Letter Project at Pitt

78.

79.

80.  COVID Safe Panthers

81.
82.
83.  Pitt Divest From Apartheid

**Community Organizations:**

1.
2.  Council on American Islamic Relations - Philadelphia
3.
4.
5.  Pittsburgh Palestine Coalition
6.
7.
8.  Harrisburg Palestine Coalition
9.
10.
11. Islamic Center of Pittsburgh
12.
13.
14. Jewish Voice for Peace - Pittsburgh
15.
16.
17. Ratzon: Center for Healing & Resistance
18.
19.
20. BDS Pittsburgh
21.
22.
23. Black Socialist Formation
24.
25.
26. New Afrikan Independence Party (NAIP)
27.
28.
29. Asian Pacific Islander Political Alliance
30.
31.
32. Alliance of South Asian Progressives in Pittsburgh (ASAPP)
33.
34.
35. Rangoli Pittsburgh
36.

37.
38. Pittsburgh Arab Music Ensemble
39.
40.
41. Karavansarai
42.
43.
44. Carnegie Mellon College Progressives
45.
46.
47. Middle Eastern and North African Student Association at **CMU**
48.
49.
50. Rojava Solidarity Committee
51.
52.
53. Veterans For Peace, Pittsburgh Chapter 047
54.
55.
56. UE Local 667
57.
58.
59. UE Local 690
60.
61.
62. Healthcare Workers for Palestine - Pittsburgh Chapter
63.
64.
65. Western PA Coalition for Single Payer Healthcare
66.
67.
68. Tri-state Abortion Action
69.
70.
71. Sunrise Movement Pittsburgh
72.
73.
74. Steel City Anti-Fascist League
75.
76.
77. Our Streets Collective
78.

79.
80. Against Carceral Tech
81.
82.
83. Mask Up Pittsburgh
84.
85.
86. Howmet Accountability Project
87.
88.
89. Pittsburgh Palestine Solidarity Committee
90.
91.
92. Friends of Sabeel North America (FOSNA) - Pittsburgh
93.
94.
95. Southwestern PA Women's Coalition
96.
97.
98. Take Action Mon Valley
99.
100.
101. Stay Gold Books
102.
103.
104. Valley View Church
105.
106.
107. Green Party of Allegheny County
108.
109.
110. Pittsburgh Green New Deal
111.
112.
113. Project for Responsive Democracy
114.
115.
116. Pittsburgh Branch of Communist Party USA
117.
118.
119. Pittsburgh Branch of Democratic Socialists of America
120.

121.

122. Pittsburgh Branch of the Party for Socialism & Liberation

123.

124.

125. ANSWER Coalition Pittsburgh

126.

127.

128. West Virginia University Muslim Students' Association

129.

130.

131. River Valley for Gaza Healthcare

132.

133.

134. Wayne State University Faculty and Staff for Justice in Palestine

135.

136.

137. SCAD Students for Justice in Palestine