# Exhibit 10

Exhibit 9

## Student Conduct Supervision
## Matt Landy

**For Next Time – End of the year report and data**

**4/2/25**

- ▮▮▮▮▮▮▮ – Drug case, preliminary hearing pushed off until the 22nd
- Marlin asked Matt to follow up with UPD on Swastika host
- ▮▮▮▮▮▮▮▮▮▮ – Under interim suspension
    - current incarcerated with corruption of a minor charges.
    - UPPD will notify when he is out to move the process forward
    - Marlin asked Matt to follow up with Stan to determine if we should have a hearing even though he's incarcerated or just send a more strongly worded interim letter.

**Policy and Procedure Review**

- Laurel wants to pull sections of Student Code of Conduct process and pull them into her lane to only be referenced as Compliance, Ethics and Investigation internal processes.
    - Title IX, Sexual Misconduct and Hazing, Anti-Discrimination
    - Marlin and Matt agree that her procedures can stay with her office.  Marlin argues that the option to charge for violations of other policies
- Matt and Marlin talked about student group accountability in the Student Code
    - Campus Rec has a history of holding their students accountable
    - SORC does not
    - FSL does not
- Level 2 Hearings
    - Marlin advocates that not all level two incidents should be managed by a panel. He asked Matt to think about how to manage high level cases as part of an administrative hearing.
    - Marlin and Matt talked about how to include precedent in board hearings so panelists are aware of previous sanctioning to inform their decisions.

**3/26/25**

General

- Annual Disclosure
- ASCA Consultation
- Signatures from individuals or "Office of Student Conduct"
- Meeting with Stan and Nikki re: case

Personal

- Matt is out of the office 31st and 1st

**3/12/25**

General

- Space – Conduct office and schedule.
    - In-person cases (Level I v. Level II)
- Code changes
    - Matt identified two possible revisions – removing the bias escalation clause and removing the hazing section to only refer to the area's policy
    - Timeline – at least reviewed once a year starting between February and May. Sent to Stan, Marlin and Laurel, Policy Office (Tim Hitter) around end of April.
    - Matt, his team and the regional campus partners are working on the review
- Deleting cases submitted in error
- Biennial Review meeting follow-up
    - Laurel and Matt still discussing how to move forward and who should be on the committee to lead the review
    - Laurel may take this on as lead
- Office Space
    - Matt opened a conversation about staff in-person expectations and made sure Marlin knew about the space constraints.
- SJP Process Summary
    - Matt is working on the summary and timeline of the SJP hearing that Marlin requested on teams yesterday.
    - Matt will get this to Marlin tomorrow afternoon

Student Issues

- ███████████████ – Under interim suspension
    - current incarcerated with corruption of a minor charges.
    - UPPD will notify when he is out to move the process foward
- ███████████ Drugs
    - Appeal denial letter went out
- ███████████████████
    - Heard on 3.10.25 ███████ spoke of trauma and direct impacts of ████████████ Actions due to triggers ████████ but did not intend harm or emotional damage. Very apologetic and would like to write a note to the person, Judy. – Sending Decision letter today or tomorrow.
- ███████████ – School of Medicine

- - Heard on 3.10.25:
  - Decision letter sent 3/12 – Found responsible for Failure to Comply – Reprimand
- ▇▇▇▇ filed a report (likely going to Laurels area) – regarding a fraternity engaged in some sort of sexualized questioning hazing matter.

Personal

- Matt is out of the office Thursday afternoon and Friday and then Monday and Tuesday. He had already emailed Karen and put it on Marlin's calendar.
- 

Future Conversations

- Off Campus
- Case Managers

**2/26/25**

General

- Biennial Review is complete. Shatea and Matt have been talking about whether or not it needs to be distributed (which it does not). Matt identified that we just need to have it available. Laurel Gift confirmed. Laurel offered to have a follow up conversation to discuss:
  - What's the right process for completing this in the future? Conduct, Compliance, Committee?
  - Where should the report live once completed? Who keeps track for compliance?

Student Issues

- Matt gave Marlin information about the ▇▇▇▇ case so that he could respond to the faculty outreach.
  - There is some confusion over Student Conduct Peer Review Board. The website says students may review level one cases. The Code says level one cases may be heard by a board, res life or conduct. [Commented [LM1]: Information re: SCPRB has since been removed from the site to mitigate confusion.]
  - This was last semester and Lorraine denied their appeal.
  - Matt thinks that referring the faculty to freespeech@pitt
- ▇▇▇▇ (interim suspension for drug distribution)
  - Last drug distribution case was 2021 for marijuana – one year suspension
  - This case involves cocaine, marijuana and shrooms
  - Matt is meeting with the student on Friday, but preliminary hearing is scheduled for Thursday.
- ▇▇▇▇

- o This case has been in review with Compliance and Investigations since this past fall. Matt will continue to think about the harassment or intimidation charges since Laurel kicked this back to student conduct.

> **Commented [LM2]:** Taking harassment off the table, because Laurel found that it was not severe or pervasive.

**2/12/25**

Personal

- Matt asked about taking time off and how to communicate about this. Marlin asked that he email he and Karen and submit the time in Pittworks.
- Matt brought up preferred communication strategies. Marlin and Matt agreed that the use of email for non-time sensitive items and teams for quick things was appropriate. Both feel flexible.

Staffing

- Marlin and Matt talked about the new AD and the transition from a care first perspective to an accountability first perspective.

Student Conduct

- SJP – Marlin shared updates about the current status of the SJP case and acknowledged the communication has not been transparent given the nature of the concern he was investigating.
    - o Matt pointed that he received a number of emails from student, faculty/staff and community members. The stated purpose for those emails was for the university to drop the conduct charges. Matt said he would describe the emails as forceful and demanding. Matt shared that despite the emails, he had no concerns about how the outcome of the hearing would impact him.
    - o Matt shared that he's not positive he's ever said to Board members that they are indemnified based on the outcome.
    - o Matt shared that he is not positive that Karin, DaVaughn or David feel convinced that this is a violation and that may have come through during the hearing.
- Blessing – Matt shared that the referral that ▇▇▇▇▇▇ created did not rise to the level of a policy violation.
    - o Matt shared that he has had conflicting guidance around how involved to be in situations where students behavior may be problematic but not rise to the level of a policy violation.