# Exhibit 10

Message

_____

**From**:        Scott, Carlton J [cascott@pitt.edu]
**Sent**:        2/5/2025 3:44:46 AM
**To**:          Landy, Matthew E [mal130@pitt.edu]
**Subject**:     Judicial Hearing Officers and Confidentiality

Hi Matt,

I am seeking your feedback about the behavior of the SJP during this process.  As a Judicial Hearing Officer, my stated role is to evaluate the evidence that is presented and make a determination whether the respondent's violated the Student Code of Conduct.  My role as a hearing officer is not much different than that of a juror as I have no part in the judicial process up to the point where I am asked to attend a hearing and evaluate evidence.

The respondent, SJP, has at least twice attempted to influence my decision by implying any adverse decision would be due to a perceived anti-Palestinian bias instead of a careful consideration of the evidence presented.  The first threat of this kind occurred in the closed hearing.  While I personally believe it was inappropriate to make veiled threats in attempt to sway my decision, I did not allow it to impact my role which, once again, was to evaluate the evidence against the organization and determine whether they violated the Student Code of Conduct.  Moving forward, I would highly recommend the Office of Student Conduct have language that makes it clear that Judicial Hearing officers are independent members of the University Community and are not affiliated with the office.

The email SJP sent to various members of the University leadership included the email addresses of members of the Judicial Hearing board which is highly inappropriate and should be considered a breach of confidentiality.  I am not sure if there are any consequences for said breach, but if there are not, there should be.

I understand that the SJP has strong views about their treatment by University leadership and the student conduct process as whole, but there are proper avenues in which to express these opinions and breaching the confidentiality of the Judicial hearing process by threatening and exposing the identities of the hearing officers is not one of them.

If judicial hearing officers should have no expectation of privacy/confidentiality, then please disregard this message.  Thank you!

Carlton


**Carlton Scott**
**Associate Director of Academic Advising**
**Dietrich School of Arts and Sciences and the College of General Studies**
**University of Pittsburgh**
**205 Thackeray Hall | (412) 648-0278**
**asundergrad.pitt.edu/advising**