# Exhibit 12

| | |
|---|---|
| **From:** | Davis, Zachary Wayne |
| **To:** | Nabors, Marlin U. |
| **Cc:** | Landy, Matthew E; Tuscano, Jennifer L; Scott, Carlton J |
| **Subject:** | Re: Conduct Hearing Board - Important Update |
| **Date:** | Monday, February 24, 2025 3:24:47 PM |
| **Attachments:** | Outlook-i2bdqz4p.jpg |

Hello, Dean Nabors:

I wanted to reach out on behalf of the hearing panel for an update. Prior to the pause request, the panel had met to solidify our rational and was preparing to draft. Since we are still on pause, I wanted to ensure the integrity of our thoughts in time as we move away from the hearing.

Best,

**Zachary Davis** | Director of Equity and Inclusion Programs
Pronouns: He, Him, His
University of Pittsburgh | Office for Equity, Diversity and Inclusion
3100 Cathedral of Learning | 4200 Fifth Avenue | Pittsburgh, PA 15260
(412) 624-3030 | zachdavis@pitt.edu
Schedule a Meeting with Me

*This e-mail may contain confidential information of the sending organization. Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this email and attached document(s) is prohibited. The information contained in this e-mail and attached document(s) is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify the sender immediately by e-mail and delete the original e-mail and attached document(s).*

---

**From:** Davis, Zachary Wayne <zachdavis@pitt.edu>
**Sent:** Thursday, February 6, 2025 11:58 PM
**To:** Nabors, Marlin U. <MarlinNabors@pitt.edu>; Tuscano, Jennifer L <jtuscano@athletics.pitt.edu>; Scott, Carlton J <cascott@pitt.edu>
**Cc:** Landy, Matthew E <mal130@pitt.edu>
**Subject:** Re: Conduct Hearing Board - Important Update

Received. Holding until further instruction. -Z


**Zachary Davis** | Director of Equity and Inclusion Programs
Pronouns: He, Him, His
University of Pittsburgh | Office for Equity, Diversity and Inclusion
3100 Cathedral of Learning | 4200 Fifth Avenue | Pittsburgh, PA 15260
(412) 624-3030 | zachdavis@pitt.edu
Schedule a Meeting with Me

*This e-mail may contain confidential information of the sending organization. Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this email and attached document(s) is prohibited. The information contained in this e-mail and attached document(s) is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify the sender immediately by e-mail and delete the original e-mail and attached document(s).*

**From:** Nabors, Marlin U. <MarlinNabors@pitt.edu>
**Sent:** Thursday, February 6, 2025 2:22 PM
**To:** Davis, Zachary Wayne <zachdavis@pitt.edu>; Tuscano, Jennifer L <jtuscano@athletics.pitt.edu>; Scott, Carlton J <cascott@pitt.edu>
**Cc:** Landy, Matthew E <mal130@pitt.edu>
**Subject:** Conduct Hearing Board - Important Update

Hello Board Members

Thank you for your ongoing support of the Student Conduct Process. I have become aware of concerns raised regarding the potential of undue influence on the panel. While I evaluate this situation and any impact it may have on the integrity of the process, please pause any ongoing deliberations and/or preparation of any written record of findings. I will be in contact regarding next steps as soon as possible.

As a reminder, the substance of the hearing and your discussions remain confidential. Thank you for your cooperation. If you have any questions, please contact me directly at ▮▮▮▮▮▮▮▮.

Thank You
-Marlin Nabors