# Exhibit 13

Exhibit 13

Message
_____

**Sent**:      3/7/2025 9:13:53 PM
**To**:       Student Conduct [StudentConduct@pitt.edu]
**CC**:       Lobel, Jules [jll4@pitt.edu]; Bamyeh, Mohammed A [mab205@pitt.edu]; Landy, Matthew E [mal130@pitt.edu];
              news@pittnews.com; Mentzer, Jamey [JMENTZER@pitt.edu]; Karin Asher [karin.asher@pitt.edu]
**Subject**:   On the Student Conduct Office's Lack of Communication


Good evening,
    As of today, March 7, the Office of Student Conduct has had one month and three days



Co-President, Students for Justice in Palestine