# Exhibit 14



April 8, 2025

Students for Justice in Palestine at Pitt (█████████████)

Sent electronically to ████████████████████

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2024178201

Dear Students for Justice in Palestine at Pitt,

In follow up to our last communication on March 19, 2025, we're in touch to resolve allegations relating to violations of the Student Code of Conduct. These allegations include the following:

<u>Alleged violations relating to conduct and events at the Hillman Library in December 2024.</u> The relevant provisions of the Student Code of Conduct include:

- 19. Violates or assists in the Violation of any policy, procedure or guideline of the University including, but not limited to the following: k. Any other policy, procedure, or guideline of the University whether or not listed in the Code
- 36. Fails without just cause to comply with the lawful direction of a University official, or other lawful authority having just cause and acting in the performance of their duties and authority.

<u>Alleged violations relating to actions taken during the board hearing process.</u> The relevant provisions of the Student Code of Conduct include:

- 35. Falsifies information or records submitted to a University official or office.
- 42. Intimidates, coerces, influences, or attempts to do the same against a person who is participating or has participated in any University process or proceeding.
- 43. Disrupts or interferes with the conduct process.

<u>Alleged violations relating to actions taken in violation of the March 18, 2025 interim suspension.</u> The relevant provisions of the Student Code of Conduct include:

- 36. Fails without just cause to comply with the lawful direction of a university official, or other lawful authority having just cause and acting in the performance of their duties and authority.

To discuss this matter, please attend a Disciplinary Conference on Friday, April 11, 2025, at 12:00pm. Please contact me at (412) 648-7805 or jmentzer@pitt.edu to state whether you would prefer an in-person or virtual Disciplinary Conference. If you do not contact me stating your preference within two business days from the date of this letter, you will be scheduled for a virtual Disciplinary Conference.

The purpose of the Disciplinary Conference, which may occur over a period of several meetings, is to 1) allow the Hearing Officer to discuss the conduct referral, including informational materials received and the alleged violation(s); 2) make recommended sanction(s), and 3) provide the opportunity to choose how to move forward through the conduct process. Those options are to:

a. Accept responsibility for violating the Code and accept the recommended sanction(s) and waive the Level II Hearing and Appeal Process.
b. Accept the general nature of the violation(s) and proceed before the Level II Conduct Hearing Board for a Sanctions-Only Hearing.
c. Not accept responsibility for the Violation(s) and proceed before the Level II Conduct Hearing Board for a Full Hearing.

For a detailed description of the Level II process, please review Chapter 5 the Student Code of Conduct.

The conduct process will move forward regardless of your participation. If you have questions or concerns, please contact me at (412) 648-7805 or jmentzer@pitt.edu.

Sincerely,


Jamey Mentzer
Associate Director of Student Conduct

CC:          President
             President