# Exhibit 15

Message

| | |
|---|---|
| **From:** | Landy, Matthew E [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EFB61B1A8B8E4BA1BEA07EE923D1CC87-MAL130] |
| **Sent:** | 2/3/2025 1:00:50 PM |
| **To:** | Dean of Students [deanofstudents@pitt.edu] |
| **Subject:** | FW: On student advocacy |

**Matthew Landy**
Director of Student Conduct
University of Pittsburgh
725 William Pitt Union
Office: 412.648.7910
mal130@pitt.edu

**This message may contain confidential information and is intended only for the individual or individuals named. If this email message has not been addressed to you, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, please be aware that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.**

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, February 3, 2025 1:00 PM
**To:** Landy, Matthew E <mal130@pitt.edu>
**Subject:** On student advocacy

Dear Matthew,

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at the University of Pittsburgh. I'm writing to ask for the University of Pittsburgh to drop the conduct charges against SJP as well as the 25 students and community members facing convictions for exercising their First Amendment rights. The conduct charges threatening to suspend the Students for Justice in Palestine chapter at the University of Pittsburgh are unsubstantiated and an infringement upon the rights of students.

In a decisive act of political suppression, the University has targeted the **only Palestinian cultural and advocacy group on campus with proposed sanctions including effective suspension** through May 2025, as well as probation through December 2025. Meanwhile, **multiple registered pro-Israel advocacy organizations continue to operate without interference, despite consistent harassment of SJP and its members**. One of these organizations, Students Supporting Israel, has on numerous occasions collaborated with Betar USA, a university unaffiliated organization that made bomb threats against SJP's general body in November 2024. By failing to act on these threats, the university has effectively emboldened Betar, which recently submitted a list of international students to the Trump administration for deportation for allegedly expressing pro-Palestine sentiment.

The university's continued attacks on freedom of speech and the right of peaceful protest are part of a **broader national crackdown on Palestinian advocacy**, in which **students of color are disproportionately penalized for simply speaking out against the oppression of marginalized peoples**. This sets an extremely dangerous precedent that will erode the free speech and organizational rights of all Pitt students and organizations, particularly those engaged in advocacy for vulnerable populations.

As an institution that is committed to "discourse and dialogue", I urge the Pitt administration to stop stifling students' First Amendment rights and enacting both physical and administrative violence upon them. Pitt administrators — including, but not limited to **Chancellor Gabel, Dean Panzella, Karin Asher,** and **Matthew**

**Landy** — must immediately drop all legal and disciplinary actions against SJP and those engaging in peaceful protests on campus.

We demand:

1. **The complete dismissal of all disciplinary proceedings against SJP.**
2. **The dismissal of all conduct and criminal proceedings against anti-genocide protesters.**
3. **Transparency in university conduct policies and equitable application of these policies.**
4. **An end to the University's suppression of Palestinian advocacy on campus.**

We refuse to allow this university to **silence marginalized voices**. Advocacy for the rights of the Palestinian people is NOT a crime.

[redacted]