# Exhibit 16

| | |
|---|---|
| **Message** | |
| **From:** | |
| **Sent:** | 2/15/2025 5:00:00 AM |
| **CC:** | Joan Gabel [JTAG@pitt.edu]; Pickett, Clyde Wilson [CWP19@pitt.edu]; DeJong, David N [dejong@pitt.edu]; Joan T.A. Gabel [Chancellor@pitt.edu]; Karin Asher [karin.asher@pitt.edu]; Dean of Students [deanofstudents@pitt.edu]; Washo, Kevin J [KWASHO@pitt.edu]; Carla Panzella (She/Her) [carla.panzella@pitt.edu]; DaVaughn Vincent-Bryan [davaughn.vincentbryan@pitt.edu]; Mesick, Susan [slmesick@pitt.edu]; Rose, Lila [lila.rose@pitt.edu] |
| **Subject:** | Dismiss Charges against SJP |

You don't often get email from ▮▮▮▮▮. Learn why this is important

Dear Administration,

I am writing to you as a Jewish student at theThe University of Pittsburgh, and asking that you dismiss all charges against Students for Justice in Palestine.

I demand that you stop silencing the voices of these students and continually suppressing their rights to free speech.
I demand that you dismiss all charges against SJP.
I demand that you hold yourselves accountable for the political suppression and acts of violence you have committed against students demadning that you not be complicit in genocide.
I demand transparency in conduct policies and equitable application o these policies.
I demand an end to the University's suppression of Palestinian advocacy on campus.