# Exhibit 19

**DECLARATION OF** ▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮, make this declaration and aver as follows:

1. I am a rising University of Pittsburgh senior studying Political Science, International Studies, and Law, Criminal Justice, and Society.

2. I was a co-president of the Students for Justice in Palestine at Pitt ("SJP-Pitt") during the 2024-25 school year and will again be a co-president in the upcoming year.

3. I am submitting this declaration in support of Plaintiff SJP-Pitt's July 11, 2025, Revised Motion for Preliminary Injunction.

4. On June 18, 2025, Pitt officials notified SJP-Pitt of the outcome of its May 23, 2025 Level II Conduct Hearing.

5. Pitt imposed several sanctions on SJP-Pitt, the most severe of which is a six-month suspension of registration that is set to end on September 18, 2025.

6. SJP-Pitt's suspension was imposed in connection with stated violations of Rules 42 and 43 of Pitt's Student Code of Conduct, which prohibit "[i]ntimidat[ing], coerc[ing], influenc[ing], or attempt[ing] to do the same against a person who is participating or has participated in any University process or proceeding" and "[d]isrupt[ing] or interfere[ing] with the conduct process," respectively. The process referenced in these charges is SJP-Pitt's February 4, 2025 Level II Conduct Hearing.

7. SJP-Pitt's only contact with participants in the February 4, 2025 Level II Conduct Hearing occurred at the hearing itself and via an open letter sent to the hearing moderator and officers on the evening of February 4, 2025.

8. At the February 4 hearing, representatives for SJP-Pitt presented closing arguments to the hearing officers to persuade them to find in our favor. These arguments

1

included statements that our alleged conduct violations were protected activity under the First Amendment, that people would be paying attention to the outcome of this hearing, and that Pitt could face litigation if SJP-Pitt is sanctioned for its constitutionally protected conduct.

9. SJP-Pitt highlighted facts and made arguments to support our position that we did not violate any conduct rules. We tried to persuade the panel to rule in our favor, like every other student and student organization that goes through disciplinary proceedings.

10. SJP-Pitt and its representatives did not try or intend to intimidate, coerce, threaten, or improperly influence the hearing officers by making these statements at the February 4 hearing and repeating several of the statements in the open letter.

11. Under the terms of its suspension, SJP-Pitt may not hold public meetings, gather as a registered student organization, advertise the events we are planning in upcoming months, or engage the Pitt Community as a registered student organization before September 18, 2025.

12. This suspension will severely damage SJP-Pitt's ability to engage in time-sensitive cultural and political advocacy about the humanitarian crisis facing Palestinians in Gaza during the critical first month of the fall 2025 semester because SJP-Pitt will be unable to hold any authorized demonstrations, educational events, or even engage in on-campus or off-campus advocacy as a registered student organization until the suspension is lifted.

13. Significantly, SJP-Pitt will be precluded from recruiting new student members during Welcome Week, beginning August 18, when new students will have the opportunity to learn about the various registered student organizations and how they can get involved.

14. Recruiting new members, particularly freshmen, is important to the long-term sustainability of SJP-Pitt and its ability to continue its speech and advocacy activities effectively.

15. The first semester of college is when many students join the clubs to plan to be a part of for their time at Pitt, so SJP-Pitt recruits significantly more members at the beginning of fall semesters than at the beginning of spring semesters.

16. Welcome Week also offers opportunities for registered student organizations to educate students about what they do and, for SJP-Pitt specifically, to raise awareness about the plight of the Palestinian people.

17. The first month of the fall semester is an important time for registered student organizations to recruit and retain members because students are eager to become involved in activities upon their return to campus and Pitt facilitates registered student organizations' recruitment efforts with events like the fall semester activities fair.

18. During the first month of the fall 2024 semester, SJP-Pitt gained over two dozen new members.

19. Between August 18, 2024 and September 18, 2024, SJP-Pitt participated in or organized 8 discrete events, including a week of political education programming, over 13 different days.

20. If SJP-Pitt was not suspended, we would be actively recruiting new members at the fall semester activities fair, restarting our Liberation School programming, holding events and/or launching initiatives during Welcome Week, and hosting two general body meetings before September 18, 2025. SJP-Pitt cannot pursue any of these objectives because of the suspension.

21. This concludes my sworn statement.

I, ███████, declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

7/11/2025
_____
Date

███████
_____

4