Exhibit 20

Message

| | |
|---|---|
| **From:** | Carla Panzella (She/Her) [carla.panzella@pitt.edu] |
| **Sent:** | 1/20/2025 9:44:51 PM |
| **To:** | Fisher, Janine S [janinefisher@pitt.edu]; Nabors, Marlin U. [MarlinNabors@pitt.edu] |
| **CC:** | Craven, Lorraine A. [lorraine.craven@pitt.edu]; Karin Asher [karin.asher@pitt.edu]; Natter, Gretchen Carlson [GCN16@pitt.edu]; Moore, Sarina [SAM423@pitt.edu]; Minnich, Stephanie Michelle [SMM435@pitt.edu] |
| **Subject:** | FW: Title VI concerns |

Response email to Mr. ██████ and others below.  Thanks everyone for your help in crafting, providing feedback and editing.

Carla

**From:** Moore, Sarina <SAM423@pitt.edu>
**Date:** Monday, January 20, 2025 at 5:30 PM
**To:** Fisher, Janine S <janinefisher@pitt.edu>, Nabors, Marlin U. <MarlinNabors@pitt.edu>, Carla Panzella (She/Her) <carla.panzella@pitt.edu>, Karin Asher <karin.asher@pitt.edu>
**Subject:** Re: Title VI concerns

I made some minor formatting, spacing, and wording edits and left one comment/question.

This looks pretty good to me right now.

**From:** Fisher, Janine S <janinefisher@pitt.edu>
**Date:** Monday, January 20, 2025 at 1:55 PM
**To:** Nabors, Marlin U. <MarlinNabors@pitt.edu>, Carla Panzella (She/Her) <carla.panzella@pitt.edu>, Karin Asher <karin.asher@pitt.edu>, Moore, Sarina <SAM423@pitt.edu>
**Subject:** Re: Title VI concerns

I saw Sarina and Carla's edits, I went in and did a little clean up and linking.  Still needs to be finalized but progress made.

## Janine Fisher

Executive Director of Marketing and Communications
Division of Student Affairs
Jsf10@pitt.edu

**From:** Nabors, Marlin U. <MarlinNabors@pitt.edu>
**Date:** Monday, January 20, 2025 at 11:00 AM
**To:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>, Fisher, Janine S <janinefisher@pitt.edu>, Karin Asher <karin.asher@pitt.edu>, Moore, Sarina <SAM423@pitt.edu>
**Subject:** Re: Title VI concerns

I added a few thoughts to the draft.  Let me know if there is anything I can do to help move this along.

---Marlin



**Marlin Nabors (he,him,his)**
Associate Vice Provost and
Dean of Students
University of Pittsburgh
deanofstudents@pitt.edu
412-648-1006

**From:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>
**Sent:** Monday, January 20, 2025 9:04 AM
**To:** Fisher, Janine S <janinefisher@pitt.edu>; Karin Asher <karin.asher@pitt.edu>; Nabors, Marlin U. <MarlinNabors@pitt.edu>; Moore, Sarina <SAM423@pitt.edu>
**Subject:** Fw: Title VI concerns

Additional email from Mr. 

Get Outlook for iOS

**From:**
**Sent:** Sunday, January 19, 2025 10:55:06 PM
**To:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>; Nabors, Marlin U. <MarlinNabors@pitt.edu>; Pickett, Clyde Wilson <CWP19@pitt.edu>
**Cc:**

Washo, Kevin J

<KWASHO@pitt.edu>;
**Subject:** RE: Title VI concerns

Please be aware that as of 8:53 pm this evening, the event was still publicized under its Anti-Zionist billing as an OCC opportunity on campus that provides 10 credits. Please see attached images.

While your office (and I) don't usually work weekends. However, considering Pitt's Jews, Zionists, Israelis, and those embracing the Jewish national identity at Pitt have continued to be victimized this weekend, I find myself forced to continually monitor the situation.

@Pickett, Clyde Wilson It is particularly shocking that an Anti-Zionist Shabbat has been approved as part of the OCC DEI curriculum. I would have thought that after three years' of conversations, discussions, and education, your office would have ensured Pitt's DEI curriculum would not embrace the exclusion of Jews, insensitivity towards Zion, and disrespect of Israelis. I am truly offended.

I continue to await responses to my queries highlighted below.

Regards,

**From:**
**Sent:** Sunday, January 19, 2025 10:36 AM
**To:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>; Nabors, Marlin U. <MarlinNabors@pitt.edu>
**Cc:**

Washo, Kevin J

<KWASHO@pitt.edu>; Pickett, Clyde Wilson <CWP19@pitt.edu>
**Subject:** Title VI concerns

Not having heard back from you before Shabbat, I checked social media feeds last night to find the event originally called Anti-Zionist Shabbat is now entitled Liberation Shabbat indicating "We're relocating to a large space... at the William Pitt Union" and "this is a space to build community with other non-Zionist and anti-Zionist Jews." Merely changing this event's name and encouraging all to attend doesn't cure the problem; in fact it makes it worse.

Zion is our national origin. Full stop.

The perceived outcome of the discussion we have been having and the investigation you were undertaking to ascertain how such an event sponsored by the Jewish Student Bund, SJP, and Ratzon could have been approved is that the University has now given these organizations a bigger platform to explicitly encourage harassment against Zionists; against our national origin.

This is a very disappointing result considering our repeated discussions about (a) how a culture of antisemitism and discrimination against Jews, Israelis, Zionists, and the Jewish national origin festers at Pitt and (b) SJP's central role in foisting this culture on the Pitt community.

A few questions for which I believe a point-by-point written response would be appropriate:

- How are Jews, Israelis and Zionists supposed to feel comfortable on campus considering the University is a sponsor of this event?
- Are student and faculty attendees being rewarded with DEI "credits" for attending this event?
- What funding has the University provided to support this event (in addition to providing facilities, etc.)?
- Would the University ever permit an Anti-Black celebration of MLK day to be sponsored by a student or faculty organization? If not, why is there a different standard when the event is specifically aimed at Jew- and Israel-hate?
- How is Pitt's support of this organization not a violation of Title VI?
- What does the Jew-hate and denigration of the Zionist nationality got to do with the purported mission of SJP?
- How is the repeated denigration of the Jewish nation and Jewish identity not a violation of the Pitt codes of conduct?

471 days ago, SJP @ Pitt launched a campaign of discrimination, harassment and intimidation aimed at Jews, Zionists, and Israelis that was part of a nationwide effort of SJP to join the Al Aqsa Flood terror operation of Hamas. The result has been 471 days where this community at Pitt has been unable to mourn the losses of our friends, cousins and family lost on October 7, 2023. Now, this same organization chooses to celebrate the liberation of hostages and the cease fire reached in Gaza through an act of cultural appropriation that explicitly foments hate, harassment, and anti-Zionist views directed at the Jewish community designed to prevent us from celebrating the release of hostages.

When is enough enough?  When is Pitt will take action against SJP and protect Jews, Zionists and Israelis on campus?

**From:**
**Sent:** Friday, January 17, 2025 1:16 PM
**To:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>; Nabors, Marlin U. <MarlinNabors@pitt.edu>
**Cc:**

**Subject:** RE: Meeting with VP Panzella & Dean Nabors

Can you please share with me an update on our discussion and in particular I am asking if this event will be cancelled, whether your office will confirm Zionists are allowed to attend the SJP event on January 24? How are Zionists supposed to feel comfortable on campus if this event continues to move forward?

What is the status of SJP on campus?

-----Original Appointment-----
**From:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>
**Sent:** Monday, January 13, 2025 3:59 PM
**To:** Carla Panzella (She/Her); Nabors, Marlin U.;
**Subject:** Meeting with VP Panzella & Dean Nabors
**When:** Tuesday, January 14, 2025 12:00 PM-12:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://secure-web.cisco.com/1odOegn9nId-0NWS3_ky9cbApemiIGyPC21SwvqQ-
Ux1ZnhrYuimMpnFo08MzcKzxZQ4A3S0r6QueLKTTcsPFXOATNlEkdJZox0OP-
ZY4Vpm6txbznYGbaJrPnLdjr1xuoWj35jyOpEonT7oQMoDgMwkB_qqWbzK2KU5BBhxGFGlKj2eZl5bB43fXSyiEb6iprrXKrQK
64-WlPVMig_4DuqeHP2fMMNa1l

Hi there,

Carla Panzella (She/Her) is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

One tap mobile:    US: +12678310333,,93586529902# or
                   8778535247,,93586529902# (Toll Free)

Meeting URL:       https://pitt.zoom.us/j/93586529902?from=addon
Meeting ID:        935 8652 9902

**Join by Telephone**

For higher quality, dial a number based on your current location.
Dial:              +1 267 831 0333 US (Philadelphia)
                   877 853 5247 US Toll-free

Meeting ID:        935 8652 9902

International numbers

*****Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity. *****

This message (including any attachments)contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.T.1

UPITT_0002201