# Exhibit 21

Message

| | |
|---|---|
| **From:** | Karin Asher [karin.asher@pitt.edu] |
| **Sent:** | 1/13/2025 5:04:02 PM |
| **To:** | Carla Panzella (She/Her) [carla.panzella@pitt.edu] |
| **CC:** | Minnich, Stephanie Michelle [SMM435@pitt.edu] |
| **Subject:** | FW: "SJP Anti-Zionist Shabbat" |

Hi Carla- I know we're connecting this evening, but I just wanted to let you know I haven't filed this yet as I want to know how we are choosing to file. Matt suggests not Student Affairs, so we could potentially do Student Involvement. I am more comfortable with that than an individual, I think. If you or Marlin have no other edits, I can do it tonight.

**Karin Asher, Ed.D.** (she/her/hers)
**Assistant Dean of Student Engagement and Professional Development**
**Division of Student Affairs**
karin.asher@pitt.edu

---

**From:** Karin Asher <karin.asher@pitt.edu>
**Date:** Monday, January 13, 2025 at 7:59 AM
**To:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>, Landy, Matthew E <mal130@pitt.edu>
**Cc:** Nabors, Marlin U. <MarlinNabors@pitt.edu>
**Subject:** Re: "SJP Anti-Zionist Shabbat"

Hi all,

I have not done anything with this yet and was going to check today on our action step. Do we want me to file this on behalf of Student Affairs? Carla, let me know if you want me to make any final adjustments to our document.

Thanks,
Karin

**Karin Asher, Ed.D.** (she/her/hers)
**Assistant Dean of Student Engagement and Professional Development**
**Division of Student Affairs**
karin.asher@pitt.edu

---

**From:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>
**Date:** Sunday, January 12, 2025 at 7:43 PM
**To:** Landy, Matthew E <mal130@pitt.edu>, Karin Asher <karin.asher@pitt.edu>
**Cc:** Nabors, Marlin U. <MarlinNabors@pitt.edu>
**Subject:** Fwd: "SJP Anti-Zionist Shabbat"

Matt and Karin,

Sorry we had to run the other day. I want to make sure we are moving the conduct referral for SJP along quickly and thoughtfully. Note that events such as the one referenced in the email below will cause attention to the library incident.

Please let me know if you have any questions. Happy to chat tomorrow (Monday).

Carla

Get Outlook for iOS

**From:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>
**Sent:** Sunday, January 12, 2025 7:35:58 PM
**To:** Karin Asher <karin.asher@pitt.edu>; Fisher, Janine S <janinefisher@pitt.edu>
**Cc:** Nabors, Marlin U. <MarlinNabors@pitt.edu>; Natter, Gretchen Carlson <GCN16@pitt.edu>; Craven, Lorraine A. <lorraine.craven@pitt.edu>
**Subject:** Fwd: "SJP Anti-Zionist Shabbat"

Karin, any info on this event from Student Involvement would be helpful. I don't recall seeing any contracts for this event come to my email (Marlin, I am required to sign all contracts. Hoping we can change this in the future).

Janine-heads up as this as it could (will) cause significant issue.

Gretchen-curious of any of the Jewish student leaders are talking about this yet.

Thanks all!

Carla

Get [Outlook for iOS](#)

**From:** ████████████████████████████
**Sent:** Sunday, January 12, 2025 6:06:34 PM
**To:** Washo, Kevin J <KWASHO@pitt.edu>
**Cc:** Myers, Marlee S. <marlee.myers@morganlewis.com>; ████████████████████ Carla Panzella (She/Her) <carla.panzella@pitt.edu>; Pickett, Clyde Wilson <CWP19@pitt.edu>; ████████████████████
**Subject:** RE: "SJP Anti-Zionist Shabbat"

Kevin – Happy New Year!

I am sorry to have to bring another violation of the student and faculty codes of conduct to your attention, but SJP is at it again. Frankly, I continue to be dismayed that the University continues to provide SJP access to university facilities. Attached please see excerpts from the SJP Instagram which evidences their latest racist, inflammatory, discriminatory, intimating, and harassing venture – an Antizionist (a/k/a Jew- and Israeli- hating) Shabbat.

Scheduled for January 24, this event is couched as a solidarity event with the Palestinian cause, but is explicit in its theme of Jew and Israel hate.

The library demonstrations during finals week embracing Hamas and the killing of Jews wasn't enough for the University to take action, so SJP has decided to take it one step further. Why would any American university that embraces Title VI and an anti-harassment code of conduct tolerate such an organization receiving tuition / activity funds?

If you just look to any of the definitions of antisemitism listed on the University's DEI webpage, one should find this event to be Jew hate at its core, but even if one doesn't, this is still intimation of Israelis on campus that is an obvious violation of all codes of conduct and decency and must not be tolerated.

Would the university allow a student group to sponsor a Anti-Arab Ramadan event? What about an Anti-Christian Christmas Dinner? What about an anti-Hindu Diwali celebration?

I expect this event to be shut down and SJP suspended from campus immediately.

I hope to hear from yours or Carla's office asap tomorrow morning.

---

**From:** Washo, Kevin J <KWASHO@pitt.edu>
**Sent:** Tuesday, December 10, 2024 9:42 PM
**To:**
**Cc:** Myers, Marlee S. <marlee.myers@morganlewis.com> Carla Panzella (She/Her) <carla.panzella@pitt.edu>; Pickett, Clyde Wilson <CWP19@pitt.edu>;
**Subject:** [EXT] Re: "SJP Study In" has taken over the Pitt library during finals week?

Enjoyed connecting today. Let me talk with the team and I'll circle back with you tomorrow. I have a crazy day so depending on timing it maybe in the afternoon.

Kevin

Kevin Washo
Senior Vice Chancellor University Relations & Chief of Staff Office of the Chancellor
University of Pittsburgh
P: 412-624-4200 I kwasho@pitt.edu
Exec Assistant: Sue Mesick I slmesick@pitt.edu

---

**From:**
**Sent:** Tuesday, December 10, 2024 7:43:18 PM
**To:** Washo, Kevin J <KWASHO@pitt.edu>
**Cc:** Myers, Marlee S. <marlee.myers@morganlewis.com>; Carla Panzella (She/Her) <carla.panzella@pitt.edu>; Pickett, Clyde Wilson <CWP19@pitt.edu>
**Subject:** RE: "SJP Study In" has taken over the Pitt library during finals week?

You don't often get email from     Learn why this is important

Thank you for taking the time to speak with me today. I appreciate the attention that's being paid to this issue.

As an fyi contrary to what you reported to me today (i.e., that SJP was not back in the library today) – reported back to me that students with flags were in fact back in the library and were surrounded by 'non student people' who were standing around them – 'like middle aged people.' So, they were there with flags and it looked to Ilan like they weren't just there to study.

So I don't know if there are videos of this, but it does appear this incident is continuing. Is there any ID check to access the library? There doesn't appear to be one. What is the university going to do about masks to conceal one's identity?

UPITT_0001395

**From:** Washo, Kevin J <KWASHO@pitt.edu>
**Sent:** Tuesday, December 10, 2024 11:12 AM
**To:**
**Cc:** Myers, Marlee S. <marlee.myers@morganlewis.com>; Carla Panzella (She/Her) <carla.panzella@pitt.edu>; Pickett, Clyde Wilson <CWP19@pitt.edu>
**Subject:** [EXT] Re: "SJP Study In" has taken over the Pitt library during finals week?

I left a message for you a few minutes ago. Feel free to call me back at your convenience at 412-624-4200.

Kevin

Kevin Washo
Senior Vice Chancellor University Relations & Chief of Staff Office of the Chancellor
University of Pittsburgh
P: 412-624-4200 I kwasho@pitt.edu
Exec Assistant: Sue Mesick I slmesick@pitt.edu


**From:**
**Sent:** Monday, December 9, 2024 3:59:55 PM
**To:** Washo, Kevin J <KWASHO@pitt.edu>
**Cc:** Myers, Marlee S. <marlee.myers@morganlewis.com>; Carla Panzella (She/Her) <carla.panzella@pitt.edu>; Pickett, Clyde Wilson <CWP19@pitt.edu>
**Subject:** RE: "SJP Study In" has taken over the Pitt library during finals week?

These are pictures of the harassing students standing 'guard,' making intimidating eye contact and taking notes of about people (including those wearing Jewish stars?) as they are walking into the library. This is harassment plain and simple and cannot be tolerated at Pitt. What kind of game are these people playing, wearing armbands and taking notes about Jewish students. Is this 1939 in Berlin or 2024 in Pittsburgh?



UPITT_0001397



UPITT_0001398



**From:** ▇
**Sent:** Monday, December 9, 2024 12:22 PM
**To:** KWASHO@pitt.edu
**Cc:** Myers, Marlee S. <marlee.myers@morganlewis.com>; ▇
**Subject:** FW: "SJP Study In" has taken over the Pitt library during finals week?

Kevin – it was good to meet you at Shabbat 1000.  You will recall ▇

See below for the kind of intimidation and nonsense our Jewish and Israeli sons and daughters have to deal with on campus today as they try to find quiet study space in prep of finals.  Please let me know what the University is going to do about this.  This is neither the place not the time for this demonstration to take place.

Any failure by the Pitt administration to nip this in the bud speaks volumes about whether the university is serious about changing to tone that invites the kind of harassment and violence that was directed at Ilan.

I welcome a swift response.



**From:** ███
**Sent:** Monday, December 9, 2024 12:16 PM
**To:** ███
**Subject:** FW: "SJP Study In" has taken over the Pitt library during finals week?

Maybe you can put a call into the Chancellor's office regarding the below?

**From:** ███
**Sent:** Monday, December 9, 2024 12:13 PM
**To:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>
**Cc:** Pickett, Clyde Wilson <CWP19@pitt.edu>; ███ OfficeOfTheChancellor@pitt.edu
**Subject:** "SJP Study In" has taken over the Pitt library during finals week?

I hope you are going to do something about this today (like now?) without waiting to see if Pitt Jewish and Israeli students file harassment reports.

Jewish and Israeli students should not need to be confronted with signs and symbols expressing solidarity with the PLO and Hamas – all identified by the US as global terrorist organizations – as they come to the library to study for finals.  Was there a permit for this?

The lbrary is not a place for this kind of demonstration of intimidation and hate.  SJP and involved students should be disciplined and sanctioned.

https://www.facebook.com/share/p/187didZzgn/?mibextid=K35XfP

please can you respond asap today?



This the Pitt Library currently.



UPITT_0001402

UPITT_0001403



Please can you attend to this?



UPITT_0001405