Exhibit 22

Exhibit 22

Message

_____

**From**: Nabors, Marlin U. [MarlinNabors@pitt.edu]
**Sent**: 1/23/2025 8:34:27 AM
**To**: Karin Asher [karin.asher@pitt.edu]; Carla Panzella (She/Her) [carla.panzella@pitt.edu]
**Subject**: Re: Info about OCC course approval process

Hi Karin -

Unless I'm mistaken - we don't have a grievance process for faculty/staff who are concerned about a student event.  I guess the best that we could offer is for them to file a complaint with OEDI?  In the interim - I know that you had previously asked about whether or not we should allow them to change the name of the event or not and I thought Carla said something about her having that conversation with others?

I vote we let them change it, we let them host the thing - we might as well let them be in charge of the name of it.

That's my two cents.
---Marlin



**Marlin Nabors (he,him,his)**
Associate Vice Provost and
Dean of Students
University of Pittsburgh
deanofstudents@pitt.edu
412-648-1006

_____

**From:** Karin Asher <karin.asher@pitt.edu>
**Sent:** Wednesday, January 22, 2025 9:42 PM
**To:** Carla Panzella (She/Her) <carla.panzella@pitt.edu>; Nabors, Marlin U. <MarlinNabors@pitt.edu>
**Subject:** FW: Info about OCC course approval process

Hi Carla and Marlin,

Mallory received this email from a faculty member requesting information about the shabbat event on Friday in the OCC and if there is a grievance process to request it be removed.

That said- SJP did request a title change for the event to Liberation Shabbat Dinner, removing the Anti-Zionist language from the title.  I have not had Mallory make any changes yet given the ongoing discussion.  How would you like her to proceed?  It seems to me it does not make it any worse.

Thanks,
Karin

**Karin Asher, Ed.D.** (she/her/hers)
Assistant Dean of Student Engagement and Professional Development
Division of Student Affairs
karin.asher@pitt.edu

_____

**From:** Logue, Mallory Gean <MGM126@pitt.edu>
**Date:** Wednesday, January 22, 2025 at 8:09 PM

UPITT_0002224

**To:** Karin Asher <karin.asher@pitt.edu>
**Subject:** Fw: Info about OCC course approval process

Hi Karin,

Passing this along to you so it's at the top of your inbox. Would love any type of guidance on how to best proceed with responding/how to move forward.

I generally thought the initial email was just about adding events into the OCC and clearly this took a turn given the context of Fridays upcoming event.

Thank you ahead of time for your help with this.

**Mallory Logue (Milberger), M.Ed.  |  She, Her, Hers**
Program Coordinator, Outside the Classroom Curriculum
Division of Student Affairs
Email: mgm126@pitt.edu
LinkedIn

**From:**
**Sent:** Wednesday, January 22, 2025 8:02:44 PM
**To:** Logue, Mallory Gean <MGM126@pitt.edu>
**Cc:**
**Subject:** Re: Info about OCC course approval process

Dear Mallory,

Thank you for your prompt and detailed reply.

Given the outlined criteria, could you please clarify how an event titled **"Anti-Zionist Kabbalat Shabbat"** was approved as a credited OCC event (under the DEI criteria, to my understanding)?

I am particularly concerned about the exclusionary nature of this event. An event explicitly labeled as Anti-Zionist appears to exclude individuals based on religion and national origin. While I uphold students' freedom to organize such events under the principle of free speech, accrediting such an exclusionary and potentially divisive event as an OCC activity seems to contradict the core values of Diversity, Equity, and Inclusion (DEI). Furthermore, recognizing such a potentially discriminatory event as OCC-accredited may undermine those important values.

In light of this, I would like to ask the following questions:

*Approval Process: How was this specific event approved as an OCC event?

*Alignment with OCC categories: What criteria were used to determine that this event aligns with DEI principles or any other OCC categories?

*Event Suitability: How does this event reflect OCC's values and policies?

*Grievance Process: Is there a grievance procedure through which OCC decisions can be reviewed and potentially reversed?

*Complaint Process: Who should I contact to formally raise concerns about the approval of this event as an OCC activity?

I look forward to your response and clarification on these points.

Best regards,



On Jan 22, 2025, at 11:37 AM, Logue, Mallory Gean <MGM126@pitt.edu> wrote:

Hello

Thanks for your email! My student workers passed along your email and I hoping I can give you some clarity/answer your questions about the OCC.

The Outside of the Classroom Curriculum (OCC) is a program that lives within the Pitt Division of Student Affairs that is comprised of 9 goals areas. We are not affiliated with academic units and do not include academic courses within the OCC curriculum. Most if not all of the OCC curriculum is centered around outside of classroom experiences that Pitt students will encounter during their time. Just wanted to preface this information so there is no confusion.

- **By what criteria are courses approved?**

o         To earn OCC credit, we add university events into the system, Suitable. As I mentioned, we do not include academic courses, however we do include academic events. An example of this could be an event hosted by the Global Studies office like the Language Coffee House event or an event that the School of Public Health is hosting.

o         Students can either physically attend events and scan QR codes or they have the option to self-report. An example of self-reporting would be "Visit the Carnegie Museum of Natural History and talk about your experience" or "Attend a homecoming event and write a 250 word short essay about your experience"

o         Additionally, we include certificate programs the University offers for OCC credit such as the Tree Tender Training, Training to become a WPTS Radio DJ, completing the Career Ready Guide, and the Mental Health Champion Program.

o         As long as the event clearly aligns with a goal area, we include it.

- **Who approves courses for the 9 OCC categories?**

o         Again, we do not include courses in the OCC, we include events. I oversee the approval process.

o         These events must align with one of the 9 competencies/goal areas. When a department or organization (even in the surround Oakland/Pittsburgh community) would like their event to have OCC credit, I ask for the following information:

- Title
- Description
- Date/Time/Location
- Goal Area your event aligns with most
- 
o

- **How long does the approval process typically take?**

o         The approval process does not take long at all. As soon as myself or my two student workers have the information I provided above, we add it in and send over a QR code.

- **How is the number of credits points decided?**

o         There are 5 levels associated with events, however we tend to stay in levels 1-3. It's broken down like this:

-         **Level 1: 10 points-** Level 1 Involves exposure and activities that give an introduction to this specific competency. The goal of activities at Level 1 is just to give an introduction to the competency, what you might experience as a new person within an organization.
-         Ex: Information Session
-         **Level 2: 20 points-** Level 2 Involves participation, which means activities at this level require you to become involved in this competency. The goal of activities at Level 2 is to get you to contribute to a project or organization.
-         Ex: Professional Development Opportunity like a networking event
-         **Level 3: 50 points-** Level 3 Involves engagement, which means activities at this level require a higher level of involvement in order to develop this competency. The goal of activities in Level 3 is to get you to develop some level of skill or proficiency that takes you a step further to becoming an expert.
-         Completing Panther Leadership Academy

-         **Can you give examples of courses that were not approved and the reason for not approving them?**
o         Very rarely do we not approve an event for OCC credit, however sometimes I will not approve of an event if it goes against university policy,  does not align with an OCC goal area or already exists on the curriculum.
I know this is a lot of information, but please let me know if you have any other additional questions based on this. Happy to set up a meeting as well if that's easier.

Take care,
Mallory



**Mallory Logue, M.Ed. |**
**She, Her, Hers**
Program Coordinator,
Outside the Classroom
Curriculum
Division of Student
Affairs, WPU 209
**Email:** mgm126@pitt.edu
LinkedIn
**Give your event OCC**
**Credit!**

UPITT_0002228

**From:** Outside the Classroom <occpitt@pitt.edu>
**Sent:** Tuesday, January 21, 2025 2:38 PM
**To:** Logue, Mallory Gean <MGM126@pitt.edu>
**Subject:** Fw: Info about OCC course approval process

**From:**
**Sent:** Tuesday, January 21, 2025 11:50 AM
**To:** Outside the Classroom <occpitt@pitt.edu>
**Subject:** Info about OCC course approval process

[You don't often get email from                          Learn why this is important
at https://aka.ms/LearnAboutSenderIdentification ]

Dear OCC staff,
My name is            and I am a faculty at Pitt's GES department.
I have few questions regarding the procedure of approving OCC classes:
- by what criteria are courses approved?
- who approves courses for the 9 OCC categories?
- how long does the approval process typically take?
- how is the number of credits points decided?
- can you give examples of courses that were not approved and the reason for not approving them?
Thank you for your help,