# Exhibit 23



March 18, 2025

Students for Justice in Palest (█████████ and █████████)
Sent electronically to █████@pitt.edu and █████@pitt.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2024178201

Dear Officers of Students for Justice in Palestine at Pitt,

We have received information that individuals acting on behalf of Students for Justice in Palestine at Pitt (SJP) engaged in conduct that may have violated the Student Code of Conduct.

Specifically, that among other things, you improperly engaged in communications to members of the Conduct Hearing Board during their deliberations following your February 4, 2025, Level II Conduct Hearing.

As set forth in the Code, interference with the conduct process, which includes any action designed or with the potential to influence or intimidate any person who is participating in a student conduct proceeding, constitutes a serious violation.

Based on this information SJP is being placed on an **Interim Suspension of Registration** from the University of Pittsburgh, effective immediately. Interim Suspension of Registration: A cessation of organizational operations or use of university resources to advance the mission of the organization. This includes but is not limited to, requesting event space, requesting funds, facilitating any events or hosting anything that be construed as an event, including co-sponsorship.

Please be advised that SJP has ten (10) business days from the date of this letter to appeal this interim action by requesting that the Vice Provost for Student Affairs or their designee reconsider this interim action. To begin this process, please follow this link:
https://cm.maxient.com/reportingform.php?UnivofPitt&layout_id=6

The Vice Provost for Student Affairs or their designee will consider the request and advise you of the outcome of that review within five (5) business days of the submission of the request. SJP will remain on Interim Suspension of Registration during the review process. Please call the Office of Student Conduct at 412-648-7910 if you have additional questions or concerns.

Sincerely,



Jamey Mentzer
Associate Director of Student Conduct

CC: ▮▮▮▮▮▮▮ President
    ▮▮▮▮▮▮▮, President
    Karin Asher, Associate Dean for Student Engagement and Professional Development
    ▮▮▮▮▮▮, Department of Public Safety
    ▮▮▮▮▮▮▮▮, Director of Student Conduct
    ▮▮▮▮▮▮▮▮, Associate Vice Provost and Dean of Students
    ▮▮▮▮▮▮▮▮, Office of University Counsel
    ▮▮▮▮▮▮▮▮ Vice Provost for Student Affairs