IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT, | ) ) ) |
| Plaintiff, | ) 2:25-cv-524 ) ) |
| v. | ) ) ) |
| UNIVERSITY OF PITTSBURGH; *et al.*, | ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| **Hearing Type:** | Telephonic Status Conference |
| **Date:** | 7/17/2025 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Plaintiff | Jules Lobel, Ali Szemanski, Solomon Furious Worlds, and Kirsten Hanlon |
| Counsel for Defendant | Joshua Richards and Alexander Bilus |
| Court Reporter | V. Trettel |
| Law Clerk | ST |
| Start Time | 11:05 a.m. |
| End Time | 11:50 a.m. |

**SUMMARY OF PROCEEDINGS:**

Telephonic Status Conference held to discuss a discovery dispute raised by the parties.

Discovery dispute discussed; the Court provided guidance to the parties as to how they should proceed in light of the issues raised. If the parties feel further briefing is necessary, they may file a motion for leave to do so.

Briefing and hearing scheduling discussed. The Court is not inclined to modify the current schedule at this time, but the parties may confer as to any agreed-upon proposed modification. Corresponding order to follow.

Parties to order the transcript of this conference; costs to be split equally between the sides. Corresponding order to follow.