IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT, <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities, <br><br> *Defendants*. | CIVIL ACTION NO. 2:25-cv-00524-NR <br> Judge J. Nicholas Ranjan |

## [PROPOSED] STIPULATED ORDER

Plaintiff Students for Justice in Palestine at Pitt's ("Plaintiff" or "SJP-Pitt"), and Defendants University of Pittsburgh ("Pitt" or "the University"), Joan Gabel, Marlin Nabors, Karin Asher, DaVaughn Vincent-Bryan, Matthew Landy, and Jamey Mentzer hereby stipulate to the following:

1. **Partial modification of the schedule set forth in the Court's June 27, 2025 Order, Dkt. No. 43:**

    a. Joint statement of undisputed facts: the Parties shall file a joint statement of undisputed facts on or before Monday, July 28, 2025.

1

    b. Defendants' response to Plaintiff's Motion for Preliminary Injunction: Defendants shall file their response on or before Thursday, July 31, 2025.

    c. Plaintiff's reply in further support of its Motion for Preliminary Injunction: Plaintiff may file a reply on or before Wednesday, August 6, 2025.

2. **Filing Documents Under Seal:**

    a. The parties agree that, to the extent any documents (including memoranda of law and/or exhibits) to be filed relating to the Motion for Preliminary Injunction contain any confidential or privileged information, such documents shall be filed under seal.

    b. For any such document filed under seal, within five days of the filing Plaintiff shall share with Defendants proposed redactions to the document. Upon agreement between the parties as to the redactions, the filing party shall then file a redacted version of the document on the public docket.

**SO ORDERED.**

Date:_____                          _____

                                                           J. Nicholas Ranjan, Judge

By: *s/ Witold J. Walczak*
Witold J. Walczak
PA Bar No. 62976
Ali Szemanski
PA Bar No. 327769
ACLU OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
P: 412-681-7864
F: 267-573-3054
vwalczak@aclupa.org
aszemanski@aclupa.org

Solomon Furious Worlds
PA Bar No. 333677
Kirsten M. Hanlon*
PA Bar No. 336365
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
F: 267-573-3054
sfworlds@aclupa.org
khanlon@aclupa.org

Jules Lobel, Esq.
NY Bar No. 1262732
P.O. Box 81918
Pittsburgh, PA 15217
P: 412-334-1379
juleslobel73@gmail.com

* Pro hac vice

*Counsel for Plaintiff*

Dated: July 25, 2025

SAUL EWING LLP

By: *s/ Joshua W.B. Richards*
Joshua W. B. Richards
1500 Market Street
Centre Square West, 38th Floor
Philadelphia, PA 19102
Phone: 215-972-7737
Joshua.Richards@saul.com

Alexander R. Bilus
1500 Market Street
Centre Square West, 38th Floor
Philadelphia, PA 19102
Phone: 215-972-7177
Alexander.Bilus@saul.com

Peter C. Nanov*
1919 Pennsylvania Avenue, N.W.
Suite 550
Washington, D.C. 20006-3434
Peter.Nanov@saul.com

*admitted pro hac vice*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation was served via electronic mail on the following counsel of record:

Kirsten Marie Hanlon, Esquire
ACLU of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
khanlon@aclupa.org

Witold J. Walczak, Esquire
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
vwalczak@aclupa.org

Jules Lobel, Esquire
6938 Rosewood Street
Pittsburgh, PA 15208
jll4@pitt.edu

Solomon Furious Worlds, Esquire
ACLU of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
sfworlds@aclupa.org

*Attorneys for Plaintiff*

Dated: July 25, 2025                         *s/Alexander R. Bilus*
                                             Alexander R. Bilus