# JOINT

# EXHIBIT 1

| Reservation ID | Reservation Event Name | Reservation Event Type | Booking Start Date | Booking End Date |
|---|---|---|---|---|
| 107166 | SJP First GBM | Meeting | 8/30/2024 Fri | 8/30/2024 Fri |
| 107615 | Students for Justice in Palestine Group Study | (none) | 9/1/2024 Sun | 9/1/2024 Sun |
| 107546 | SJP Reading Group (Thursday Rotation) | Group Study | 9/5/2024 Thu | 12/5/2024 Thu |
| 107571 | SJP E-Board | Meeting | 9/5/2024 Thu | 9/5/2024 Thu |
| 108004 | SJP Reading Session | Meeting | 9/8/2024 Sun | 12/8/2024 Sun |
| 108591 | Discussion and Flag Making | Meeting | 9/20/2024 Fri | 9/20/2024 Fri |
| 108599 | Discussion and Flag Making | Meeting | 9/29/2024 Sun | 9/29/2024 Sun |
| 105596 | Palestine 101 | Other | 10/4/2024 Fri | 10/4/2024 Fri |
| 105660 | Students for Justice in Palestine Speaker Event | Cultural Event | 10/9/2024 Wed | 10/9/2024 Wed |
| 107704 | SJP Banquet and Fundraiser for Gaza | Banquet | 10/12/2024 Sat | 10/12/2024 Sat |
| 107734 | SJP Banquet and Fundraiser for Gaza (Prayer Room) | Banquet | 10/12/2024 Sat | 10/12/2024 Sat |
| 108097 | SJP Banquet and Fundraiser for Gaza (Food Serving) | Banquet | 10/12/2024 Sat | 10/12/2024 Sat |
| 109166 | SJP Speaker Event | Meeting | 10/19/2024 Sat | 10/19/2024 Sat |
| 110544 | General Body Meeting | (none) | 10/20/2024 Sun | 10/20/2024 Sun |
| 110956 | SJP Board Meeting | (none) | 10/29/2024 Tue | 10/29/2024 Tue |
| 110957 | SJP General Body Meeting & Dabke | (none) | 11/7/2024 Thu | 11/7/2024 Thu |
| 110955 | Arab Diaspora Discussion | Meeting | 11/14/2024 Thu | 11/15/2024 Fri |
| 110913 | Arab Diaspora Discussion | Meeting | 11/15/2024 Fri | 11/15/2024 Fri |
| 111236 | SJP GBM | Meeting | 11/21/2024 Thu | 11/21/2024 Thu |
| 112285 | Chai Table | Information Table | 12/2/2024 Mon | 12/2/2024 Mon |
| 111459 | SJP Tabling | Information Table | 12/3/2024 Tue | 12/3/2024 Tue |
| 112412 | Board Meeting | (none) | 12/3/2024 Tue | 12/3/2024 Tue |
| 112309 | Chai Fundraiser | Information Table | 12/6/2024 Fri | 12/6/2024 Fri |
| 112010 | Poetry Event | Meeting | 12/8/2024 Sun | 12/8/2024 Sun |
| 113513 | Palestine in Contemporary Discourse | Meeting | 1/18/2025 Sat | 1/18/2025 Sat |
| 113152 | Not On Our Dime Info Session | Meeting | 1/19/2025 Sun | 1/19/2025 Sun |
| 114081 | Board Meeting | (none) | 1/21/2025 Tue | 1/21/2025 Tue |
| 113963 | SJP Tabling | Information Table | 1/24/2025 Fri | 1/24/2025 Fri |
| 114068 | SJP Tabling | (none) | 1/24/2025 Fri | 1/24/2025 Fri |
| 113704 | Shabbat Dinner | (none) | 1/24/2025 Fri | 1/24/2025 Fri |
| 114257 | Students for Justice in Palestine - Planning Updates | (none) | 1/27/2025 Mon | 1/27/2025 Mon |
| 111267 | SJP and Jewish Student's Bund Shabbat | (none) | 1/31/2025 Fri | 1/31/2025 Fri |
| 114559 | Study/Group | (none) | 1/31/2025 Fri | 1/31/2025 Fri |
| 114080 | SJP GBM | Meeting | 1/31/2025 Fri | 1/31/2025 Fri |
| 114905 | Brazil Nuts Green Room | Meeting | 2/23/2025 Sun | 2/23/2025 Sun |
| 115461 | SJP- Political Art GBM | (none) | 2/26/2025 Wed | 2/26/2025 Wed |
| 115821 | SGB Election Tabling | (none) | 3/11/2025 Tue | 3/11/2025 Tue |
| 115717 | Iftar: Islam in the Holy Land | (none) | 3/15/2025 Sat | 3/15/2025 Sat |
| 115992 | Islam in Palestine | (none) | 3/23/2025 Sun | 3/23/2025 Sun |
| 115772 | Art Session | Meeting | 4/3/2025 Thu | 4/3/2025 Thu |
| 115959 | Art Tabling | Information Table | 4/3/2025 Thu | 4/3/2025 Thu |
| 115960 | Art Tabling | Information Table | 4/4/2025 Fri | 4/4/2025 Fri |
| 115771 | History Teach-In | Meeting | 4/5/2025 Sat | 4/5/2025 Sat |
|  |  |  |  |  |