# JOINT EXHIBIT 2

Message

| | |
|---|---|
| From: | Nabors, Marlin U. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=939336542989497D97C2A14B90414C9C-CD5D004C-E5] |
| Sent: | 2/6/2025 2:22:43 PM |
| To: | Davis, Zachary Wayne [                  ]; Tuscano, Jennifer L [                          ]; Scott, Carlton J [        ] |
| CC: | Landy, Matthew E [mal130@pitt.edu] |
| Subject: | Conduct Hearing Board - Important Update |
| Importance: | High |

Hello Board Members

Thank you for your ongoing support of the Student Conduct Process. I have become aware of concerns raised regarding the potential of undue influence on the panel. While I evaluate this situation and any impact it may have on the integrity of the process, please pause any ongoing deliberations and/or preparation of any written record of findings. I will be in contact regarding next steps as soon as possible.

As a reminder, the substance of the hearing and your discussions remain confidential. Thank you for your cooperation. If you have any questions, please contact me directly at 412-383-9484.

Thank You
-Marlin Nabors



**Marlin Nabors (he, him, his)**
Associate Vice Provost and
Dean of Students
University of Pittsburgh
deanofstudents@pitt.edu
412-648-1006