# DEFENDANTS' EXHIBIT 7

Defendant's 30(b)(6) Deposition Exhibit
Case No. 2:25-cv-00524-NR
DX 7

| | |
|---|---|
| **From:** | Nabors, Marlin U. |
| **To:** | |
| **Subject:** | Conduct Hearing Update |
| **Date:** | Tuesday, March 18, 2025 9:16:22 AM |

Dear Officers of Students for Justice in Palestine at Pitt,

This notification is to provide you with important information regarding the status of the above-referenced student conduct proceeding.

I have received information that while this conduct proceeding was ongoing, you engaged in additional conduct that may have violated the Student Code of Conduct (the "Code"). Specifically, that among other things, you improperly engaged in communications to members of the Conduct Hearing Board during their deliberations following the February 4, 2025 Level II Conduct Hearing. As set forth in the Code, interference with the conduct process, which includes any action designed or with the potential to influence or intimidate any person who is participating in a student conduct proceeding, constitutes a serious violation. Your recent actions accordingly give rise to a number of significant consequences.

First, Student Conduct will consider additional conduct charges pertaining to these actions or any other actions in violation of the Code that come to light in the course of its investigation. Second, due to the serious nature of these cumulative actions, you will separately be receiving a Notice of Interim Suspension. That Notice will provide information regarding the nature, duration and scope of that interim suspension, as well as any appeal rights. Third, these actions also irreparably compromise the integrity and credibility of the current conduct proceeding. The integrity of the student conduct process is paramount to ensuring fairness within our student community. Under the circumstances presented here, the integrity of the process dictates that the current Conduct Hearing Board be dismissed and released from further deliberation without decision, and that the entire proceeding be vacated as null and void.

To ensure a fair and impartial process for all, this case and associated charges will be remanded to the Office of Student Conduct to be re-initiated from the beginning as a new proceeding, starting again with the Level II Pre-Hearing Process, and following the procedures outlined in the Code. The new case may include additional or different charges, as deemed appropriate. In the event the new case goes to the hearing stage, a different hearing moderator will be appointed, and a different conduct hearing board will be convened. The Office of Student Conduct will contact you in due course to discuss next steps.

Finally, you are reminded that any action by you or on behalf of your organization which is designed to or may reasonably be construed as an attempt to intimidate, coerce, influence, disrupt or interfere with a conduct process or any person involved in a conduct process (*e.g.* parties, potential witnesses, the hearing moderator, members of the conduct hearing board or other hearing officers, etc.) may constitute a Code violation, which could result in additional charges and/or necessitate additional corrective action to protect the integrity of the process. Such conduct includes, but is not limited to, communications made outside of the context of the conduct process that are directed to a person involved in the conduct process, or threats made against such persons due to their

participation in the conduct process.

Sincerely,

Dean Marlin Nabors



**Marlin Nabors (he,him,his)**
Associate Vice Provost and
Dean of Students
University of Pittsburgh
deanofstudents@pitt.edu
412-648-1006