# DEFENDANTS'

# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
* * *



STUDENTS FOR JUSTICE IN  : NO.
PALESTINE AT PITT,       : 2:25-cv-00524-NR
           Plaintiff :
                     :
        vs.          :
                     :
UNIVERSITY OF PITTSBURGH,:
et al.,              :
           Defendants:

* * *

      Zoom Deposition of ▮▮▮▮▮▮▮▮▮▮,

beginning at 10:00 a.m., on Tuesday, July 15,

2025, before Karen A. Stevens, Professional

Court Reporter and Notary Public, there being

remotely present:

```
 1      A P P E A R A N C E S :

 2

 3

               SOLOMON FURIOUS WORLDS, ESQUIRE
 4             KIRSTEN HANLON, ESQUIRE
               ACLU OF PA
 5             P.O. BOX 60173
               Philadelphia, Pennsylvania  19102
 6             Sfworlds@aclupa.org
                -- Representing the Plaintiff
 7

 8

 9             JOSHUA W.B. RICHARDS, ESQUIRE
               ALEXANDER BILUS, ESQUIRE
10             MARY C. HUTCHINGS, ESQUIRE
               CHRISTOPHER SCHULTHEIS
11             SAUL EWING, LLP
               1500 Market Street, 38th Floor
12             Philadelphia, Pennsylvania 19102
               mary.hutchings@saul.com
13             joshua.richards@saul.com
               alexander.bilus@saul.com
14             -- Representing the Defendants

15

16

17             ALSO PRESENT: NIKKI RHODES, ESQUIRE
                             ALI SZEMANSKI, ESQUIRE
18                           JULES LOBEL, ESQUIRE

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2                      * * *

 3    WITNESS:  ████████████████

 4    QUESTIONED BY:                    PAGE

 5    Mr. Richards                        5

 6

 7

 8           D O C U M E N T   R E Q U E S T

 9                      * * *

10    PAGE    LINE          DESCRIPTION

11    (None)

12

13

14

15

16

17          WITNESS INSTRUCTED NOT TO ANSWER

18    PAGE    LINE

19    22        2

20    23        9

21    26       20

22    98       16

23    103      17

24    124       1

25
```

July 15, 2025

```
 1              E X H I B I T   I N D E X

 2                      * * *

 3

 4   MARKED              DESCRIPTION         PAGE

 5   Exhibit-1           Deposition Notice     11

 6   Exhibit-2           Preliminary Injunction 33

 7   Exhibit-3           Open Letter           35

 8   Exhibit-4            E-mail               41

 9   Exhibit-5            Code of Conduct      92

10   Exhibit-6            Student Handbook     93

11   Exhibit-7            Interim Suspension

12                        Notice               97

13   Exhibit-8           Letter              104

14   Exhibit-9           Hearing Document    117

15   Exhibit-10          Document            118

16   Exhibit-11          Hearing Findings    118

17   Exhibit-12          ███████████████      137

18

19

20

21

22

23

24

25
```

July 15, 2025

```
 1                (It is hereby stipulated by and

 2          among counsel for the respective

 3          parties that signing, sealing, filing

 4          and certification are waived; and that

 5          all objections, except as to the form

 6          of the questions, be reserved until

 7          the time of trial.)

 8                      *  *  *

 9              ██████████████████

10          after having been first duly sworn,

11          was examined and testified as

12          follows:

13                      *  *  *

14              E X A M I N A T I O N

15                      *  *  *

16   BY MR. RICHARDS:

17        Q   Good morning, ████████████.   My name

18   is Josh Richards.  Am I pronouncing your name

19   correctly?

20        A   Yes.

21        Q   Okay.  Could you please just state

22   your full name for the record?

23        A   ██████████████.

24        Q   And do you understand, █████████████,

25   that you're here today to testify on behalf
```

July 15, 2025

```
 1   of Students for Justice in Palestine at Pitt

 2   and that the deposition you'll be giving will

 3   be on behalf of that organization?

 4        A   Yes.

 5        Q   If you could briefly state what

 6   your role is?  And I'm going to call Students

 7   For Justice of Palestine at Pitt just SJP to

 8   make things easier and you should feel free

 9   to do that too, just to shorten things.  So

10   could you just briefly state what your role

11   is at SJP?

12        A   The past academic year I served as

13   co-president for SJP.

14        Q   Okay.  And you held that position

15   just for the past academic year or you held

16   that before then as well?

17        A   Just for the past academic year.

18        Q   Okay.  Can you describe your

19   responsibilities in that position, please?

20        A   I would say to lead and guide the

21   activities and communications of the

22   organization.

23        Q   Okay.  Thank you.  Now that we sort

24   of have that bit out of the way with respect

25   to your ability to testify on behalf of SJP
```

July 15, 2025

1    nature.

2        Q    And what events had SJP planned for

3    that week prior to the imposition of the

4    suspension?

5        A    Sorry, can you clarify your

6    question?

7        Q    What events had SJP planned for

8    this year prior to its suspension.

9        A    Because SJP has been unsure about

10   the status of the organization upon returning

11   for the fall semester, nothing concretely has

12   been planned.

13       Q    Having now reviewed Exhibit 2 in

14   its entirety, is there anything in Exhibit 2

15   that you believe is inaccurate?

16       A    No.

17            MR. RICHARDS:  We can take

18         down Exhibit 2.  And can you put up

19         Exhibit 3?

20                    * * *

21         (Whereupon, the above-mentioned

22         document was marked for

23         identification as Exhibit-3.)

24                    * * *

25       (Whereupon, a document was displayed.)

July 15, 2025

```
1    also -- sorry.  Also David Day, I believe.

2         Q    So David Day and DaVaughn

3    Vincent-Bryan in addition to receiving this

4    letter would have heard everything that was

5    said at this hearing as well, correct?

6         A    Correct.

7         Q    Who is Zachary Davis?

8         A    One of the adjudicating board

9    members.

10        Q    Why did SJP send the open letter to

11   Zachary Davis?

12        A    For the same reason, to dismiss the

13   disciplinary proceedings against SJP.

14        Q    Did SJP believe that Zachary Davis

15   as a board member at the hearing had the

16   authority to dismiss the charges?

17        A    Like I said before, anybody who was

18   involved in the disciplinary proceedings,

19   whether or not they directly had the

20   authority to dismiss the proceedings or were

21   in some capacity involved, were recipients.

22        Q    And I think you testified earlier

23   that your understanding was that the hearing

24   board members, including Zachary Davis, were

25   responsible for making the decision about
```

July 15, 2025

```
1    whether or not you would be found responsible

2    for violating University policy; is that

3    correct?

4         A    Yes.

5         Q    Just to clarify, by you I meant

6    SJP, in case that changes your answer.

7         A    Yes.

8         Q    And does the same explanation apply

9    as to Jennifer Toscano and Carlton Scott?

10        A    Yes.

11        Q    What about the recipients who were

12   CC'd on the letter?  Why was the letter sent

13   by SJP to Diversity?

14        A    As was outlined in the open letter

15   SJP felt that this was viewpoint

16   discrimination on the basis of SJP's

17   messaging.  So the Office of Diversity,

18   Inclusion and Belonging was included.

19        Q    Who is David Darr?  Sorry, J Darr.

20   My apologies.

21        A    I believe he works within either

22   DEI or another student affairs office.

23        Q    Who is Clyde Wilson Pickett?

24        A    Again, I cannot remember

25   specifically what his exact position is, but
```

July 15, 2025

1  School Of Law, so it was signed by mistake.

2      Q    I will just again for the record

3  repeat that topic number 7 in the Deposition

4  Notice was specifically the signatories to

5  the open letter.  And so I will ask you again

6  if in your preparation for this deposition

7  you prepared to answer about who from the

8  University of Pittsburgh School Of Law

9  provided the information on the sheet -- on

10  the form, rather, that SJP relied on in

11  adding them to the open letter.

12      A    No, that was not part of the

13  preparation, unfortunately.

14      Q    What do you know, if anything,

15  about the decision to include the University

16  of Pittsburgh School Of Law on the list of

17  recipients?

18      A    At that point in time we had not

19  realized that it was a mistake, so that's why

20  it was included on the E-mail.  But once it

21  was realized that that was a mistake and that

22  was not actually somebody authorized to sign

23  on behalf of the law school, it was redacted

24  from the Instagram post that had the

25  signatories on it.

July 15, 2025

1   you're asking.

2       Q   Sure.  You testified earlier that

3   the purpose of the open letter was to

4   influence all of the recipients to drop the

5   conduct charges, correct?

6       A   Yes.

7       Q   And would you agree that as a

8   recipient of a letter like this an employee

9   of the University could be intimidated when

10  it sees that the letter is signed by the

11  University's law school?

12      A   I would say likely.  I don't

13  necessarily think that intimidation is the

14  first word that would come to my mind to

15  describe like a feeling that that would

16  elicit, but perhaps.

17      Q   And would you agree that that

18  sentiment could interfere with the conduct

19  process?

20      A   Could, perhaps.  I don't think it

21  would be likely, but possibly.

22              MR. RICHARDS:  Can we put up

23          Exhibit 5?

24                      * * *

25              (Whereupon, the above-mentioned

July 15, 2025

```
 1    just to be clean here, have you seen Exhibit
 2    5 before?
 3         A    Yes.
 4         Q    What is Exhibit 5?
 5         A    The University Student Code Of
 6    Conduct.
 7         Q    And in your capacity as a leader of
 8    SJP, are you familiar with the Pitt Student
 9    Code Of Conduct as it applies to registered
10    student organizations?
11         A    Yes.
12              MR. RICHARDS:  Can we put
13          Exhibit 6 up, please?
14                      * * *
15              (Whereupon, the above-mentioned
16          document was marked for
17          identification as Exhibit-6.)
18                      * * *
19         (Whereupon, a document was displayed.)
20    BY MR. RICHARDS:
21         Q    Have you seen Exhibit 6 before,
22    ██████████████?
23         A    Yes.
24         Q    What's Exhibit 6?
25         A    The Student Organization Handbook.
```

July 15, 2025

```
1    was it in terms of counsel that we had

2    present.

3          Q    Apart from Mr. Worlds and

4    Ms. Hanlon did SJP bring anyone else to the

5    hearing?

6          A    No.

7          Q    Do you remember the names of the

8    people that served on the hearing panel?

9          A    No.

10         Q    I will represent to you that they

11   were Summer Rothrock, Amanda Rice and Lynn

12   Miller.  Does that sound correct?

13         A    Yes.

14         Q    Okay.  As to -- well, did you --

15   did SJP have a relationship with any of those

16   panel members prior to the hearing?

17         A    No.

18         Q    As to Summer Rothrock, did you then

19   or do you now have any basis to believe that

20   she had any improper bias against SJP?

21         A    No.

22         Q    Do you believe that she had any

23   basis to engage in viewpoint discrimination

24   against SJP?

25         A    No.
```

July 15, 2025

```
 1        Q    As to Amanda Rice, do you have any
 2   basis to believe that she had any improper
 3   bias against SJP?
 4        A    No.
 5        Q    Do you have any basis to believe
 6   that she engaged in viewpoint discrimination
 7   against SJP?
 8        A    No.
 9        Q    As to Lynn Miller, do you have any
10   basis to believe that she had any improper
11   bias against SJP?
12        A    No.
13        Q    Do you believe that she had any
14   basis -- do you have any basis to believe
15   that she engaged in viewpoint discrimination
16   against SJP?
17        A    No.
18        Q    Do you have any basis to believe
19   that any of the three of them had any basis
20   to engage in retaliation against SJP?
21        A    No.
22        Q    Did SJP send a communication to the
23   hearing board from the May hearing?
24        A    No.
25        Q    As a result of that second hearing
```

July 15, 2025

```
 1        Q   Did you ever ask anyone in the
 2   University to clarify that point, to make
 3   clear whether you could or could not hold
 4   off-campus events?
 5        A   As of this current finding we
 6   haven't asked.  But what I was referencing
 7   earlier, we didn't think that the speech that
 8   the University could police would be able to
 9   be extended to off-campus speech.  And the
10   University never really gave us an exhaustive
11   list of like the conditions of being on
12   interim suspension.  So we kind of just
13   assume now the University is going to take it
14   upon themselves to also campus(sic)
15   off-campus speech.
16        Q   Just to be clear, I'm only asking
17   right now about the current suspension, not
18   about the interim suspension or the terms of
19   the interim suspension.  I'm just asking, and
20   it sounds like you said the answer's no,
21   whether you asked the University to clarify
22   whether or not you could hold off-campus
23   events.  That's accurate?
24        A   Yes.
25        Q   Just to make sure that I understand
```

July 15, 2025

1   please just answer within the scope of your

2   counsel's previous instructions.

3       A   ███████████████████████

4       Q   ██████████████████████████████████████

5   ████████████████████████████████████████

6       A   ███████████████████████

7       Q   ████████████████████████████████████

8   ████████

9       A   ██████████████████████████████

10      Q   ██████████████████████████████

11  ███████████████████████████████████

12      A   ████████████████████████████████

13      Q   When you say the SJP board are you

14  referring to the 18 people that comprised the

15  board and the executive board?

16      A   Yes.

17      Q   ███████████████████████████████████████

18  ███████████████████████████████████████████████████

19  ██████████████████████████████████████

20      A   ██████████

21      Q   Do you remember earlier in your

22  deposition I asked you whether or not SJP's

23  goals included disrupting the normal

24  functioning of the University?

25      A   Yes.

July 15, 2025



```
 1      Q   Do you recall your answer?

 2      A   It was no.

 3      Q   ████████████████████████

 4   ████████████████████████████████

 5   ███████████████████████

 6      A   ████████████████████████

 7   █████████████████████████████████

 8   ████████████████████████████████

 9   ████████████████████████████████

10   ████████████████████████████████

11   ██████████████████████████████████

12   ██████████████████████████████████

13   █████████████████████████████████

14   ████████████████████████████████

15   █████████████████████

16      Q   █████████████████████████████

17   ██████████████████████████

18   ████████████

19      A   ██████████████████████

20   ████████████████████████████

21      Q   ███████████████████████████

22   ████████████████████

23      A   ██████████████████████

24      Q   What's the date of this document?

25      A   I can't recall.
```

July 15, 2025

1           the record.

2                  MR. WORLDS:  Yes, we would

3           welcome that conversation.

4                  MR. RICHARDS:  Why don't we go

5           off the record.

6                  THE COURT REPORTER:  Is an

7           E-mailed transcript okay?

8                  MR. WORLDS:  Yes, ma'am.

9           Thank you.

10                 MR. RICHARDS:  Yes, you can

11          send it to Mary Hutchings.

12                        *  *  *

13                 (Witness excused.)

14                        *  *  *

15             (Whereupon, the Zoom deposition

16          concluded at 2:50 p.m.)

17                        *  *  *

18

19

20

21

22

23

24

25

July 15, 2025

```
1              C E R T I F I C A T I O N

2


3
       I, Karen A. Stevens, a Court Reporter and
4   Notary Public, do hereby certify the
    foregoing to be a true and accurate
5   transcript of the proceedings in this matter,
    as transcribed from the stenographic notes
6   taken by me.

7

8   _____
    Karen A. Stevens
9   Court Reporter
    Notary Public
10

11

12

13

14

15       (The foregoing certification of this
    transcript does not apply to any reproduction
16  of the same by any means, unless under the
    direct control and/or supervision of the
17  certifying reporter.)

18

19

20

21

22

23

24

25
```