# DEFENDANTS' EXHIBIT 31

# Transcript of the Testimony of

# MARLIN NABORS

July 1, 2025

## STUDENTS FOR JUSTICE IN PALESTINE AT PITT  VS UNIVERSITY OF PITTSBURGH



**412-261-2323**
**depo@akf.com**
**www.akf.com**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 2:25-CV-00524


STUDENTS FOR JUSTICE IN          )
PALESTINE AT PITT,               )
                                 )
          Plaintiff,             )
                                 )
     VS.                         )
                                 )
UNIVERSITY OF PITTSBURGH; JOAN   )
GABEL, MARLIN NABORS, KARIN      )
ASHER, DaVAUGHN VINCENT-BRYAN,   )
MATTHEW LANDY, and JAMEY MENTZER,)
all in their official and        )
individual capacities,           )
                                 )
          Defendants.            )



DEPOSITION OF MARLIN NABORS
VIA VIDEOCONFERENCE


     DEPOSITION taken before me, Mary J. Carney, a

Notary Public within and for the Commonwealth of

Pennsylvania, via Zoom videoconference, beginning at

11:07 a.m. on July 1, 2025, pursuant to Notice and to

be used pursuant to the Federal Rules of Civil

Procedure in the aforesaid cause of action, pending

in the United States District Court for the Western

District of Pennsylvania.

MARLIN NABORS - 7/1/2025

31

```
1      released from further deliberation without
2      decision, and that the entire proceeding be
3      vacated as null and void." Did I read that
4      correctly?
5           A.  Yes.
6           Q.  When it says, "Under the
7      circumstances presented here," what does
8      that refer to?
9           A.  The improper communications, the
10     concern about the interference with the
11     conduct process.
12          Q.  Those concerns were great enough to
13     abort the February 4 process?
14          A.  Yes.
15          Q.  It says, "the current Conduct
16     Hearing Board be dismissed and released
17     from further deliberation without
18     decision."  Do you know how much progress
19     that first hearing board had made on a
20     decision?
21          A.  I know that they were in
22     deliberations.
23          Q.  Do you know whether they put pen to
24     paper?
25          A.  I don't know the answer to that.
```

32

1          Q.   So you don't know whether or not

2     they started an opinion or a decision or

3     findings?

4          A.   I don't.

5          Q.   Did you ask them?

6          A.   I only was interested at that time

7     about whether or not they had reached a

8     decision, and they had not.

9          Q.   We'll explore that in a little bit.

10     As you sit here now, are you aware of any

11     draft findings that the first panel made?

12          A.   I have not seen any draft findings

13     that the panel made.

14          Q.   Are you aware whether they made

15     draft findings?

16          A.   No.

17          Q.   So just to clarify that, the

18     consequences identified in this Nabors

19     Exhibit 1, the interim, the new charges,

20     interim suspension and aborting of the

21     first process were all caused by a

22     combination of the Open Letter and the

23     students' comments at the February 4

24     hearing; is that a fair statement?

25          A.   I'm sorry, can you say that again?