# DEFENDANTS' EXHIBIT 34

MARLIN NABORS - 7/1/2025

133

```
 1  COMMONWEALTH OF PENNSYLVANIA    )  E R R A T A
    COUNTY OF ALLEGHENY             )  S H E E T
 2
         I, MARLIN NABORS, have read the foregoing pages
 3  of my deposition given on July 1, 2025, and wish to
    make the following, if any, amendments, additions,
 4  deletions or corrections:

 5  Pg. No.    Line No.       Change and reason for change:

 6  19:16-21:6      Clarification - While comments by SJP-
                    Pitt during the hearing affected the
 7                  decision to vacate the pending conduct
                    proceedings, those comments were not
 8                  the basis for SJP-Pitt's interim
                    suspension or the charges related for
 9                  (1) intimidation, coercion,
                    influencing, or attempts to do the same
10                  against a person who is participating
11                  or has participated in any University
                    process or proceeding, and
12                  (2) disruption or interference with the
                    conduct process.
13
14  38:19-39:15     Same as above.
15  42:16-20        Same as above.

16

17  In all other respects, the transcript is true and
    correct.
18
                                    /s/ Marlin Nabors
19                                  _____
                                        MARLIN NABORS
20
    Subscribed and sworn to before me this
21  30th day of July              , 2025.

22
    /s/ Karen L. Victoria
23  _____
         Notary Public
         Reference No. MC62100
24
25
```

Commonwealth of Pennsylvania - Notary Seal
Karen L. Victoria, Notary Public
Allegheny County
My commission expires February 23, 2029
Commission number 1274767
Member, Pennsylvania Association of Notaries