# DEFENDANTS' EXHIBIT 38

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 2:25-cv-00524-NR |
| UNIVERSITY OF PITTSBURGH, *et al.* | ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF GERALD DICKINSON

I, Gerald Dickinson, Esq., do hereby state under oath as follows:

1. I am the Dean of the University of Pittsburgh School of Law ("Pitt Law").

2. I have held this position since January 2025.

3. From 2023 until January 2025, I served as the Vice Dean of Pitt Law.

4. In 2024, Pitt Law made a determination to refrain from making statements about political, economic, or social matters.

5. I am aware that on February 4, 2025, Students for Justice in Palestine at Pitt ("SJP-Pitt"), a student group associated with the University of Pittsburgh undergrad ("Pitt"), sent an email to various Pitt administrators purporting to have been signed by Pitt Law (the "SJP-Pitt Email").

6. I was not, nor was anyone in my office, contacted about whether Pitt Law would sign on to the SJP-Pitt Email.

7. Whoever put Pitt Law's name on the SJP-Pitt Email did so improperly and without authorization from Pitt Law.

1

2

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2025

_____
Gerald Dickinson, Esq.