IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT,<br><br>        *Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities,<br><br>        *Defendants*. | CIVIL ACTION NO. 2:25-CV-00524<br><br>Judge J. Nicholas Ranjan |

**PLAINTIFF'S MOTION TO STRIKE IMPROPER ERRATA MODIFICATIONS TO DEFENDANT NABORS' DEPOSITION**

    Plaintiff Students for Justice in Palestine at Pitt ("SJP-Pitt") hereby moves pursuant to Rule 30(e) of the Federal Rules of Civil Procedure to strike Defendants' Errata to Defendant Marlin Nabors' deposition transcript, relied on by Defendants in their Opposition to Plaintiff's Revised Preliminary Injunction Motion, ECF No. 57 at 16, Ex. 34 (ECF No. 57-12), because the proposed "clarification" constitutes an unjustified, and unjustifiable, material and substantive change to his original testimony.

    Plaintiff incorporates herein by reference the arguments in the accompanying memorandum of law.

    WHEREFORE, Plaintiff respectfully requests that this Court strike the errata and credit Dean Nabors' original sworn deposition testimony.

2

Dated: August 5, 2025                                      Respectfully Submitted,

*/s/ Witold J. Walczak*
Witold J. Walczak
PA Bar No. 62976
Ali N. Szemanski
PA Bar No. 427769
ACLU OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
P: 412-681-7864
F: 267-573-3054
vwalczak@aclupa.org
aszemanski@aclupa.org

Solomon Furious Worlds
PA Bar No. 333677
Kirsten M. Hanlon*
PA Bar No. 336365
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
F: 267-573-3054
sfworlds@aclupa.org
khanlon@aclupa.org

Jules Lobel, Esq.
NY Bar No. 1262732
P.O. Box 81918
Pittsburgh, PA 15217
juleslobel73@gmail.com

\* *Pro hac vice*

*Counsel for Plaintiff*