**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **STUDENTS FOR JUSTICE IN PALESTINE AT PITT,** | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| **UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities,** | ) ) ) ) ) ) ) ) ) | **CIVIL ACTION NO. 2:25-cv-00524** |
| *Defendants*. | ) ) | |

**MOTION TO WITHDRAW APPEARANCE**

Undersigned counsel, Kirsten M. Hanlon, respectfully moves this Court to permit her to withdraw as counsel for Plaintiff Students for Justice in Palestine at Pitt. Counsel seeks withdrawal because she is departing from the American Civil Liberties Union of Pennsylvania. Plaintiff will continue to be represented by additional counsel Witold J. Walczak, Ali Szemanski, Solomon Furious Worlds, and Jules Lobel.

Dated: August 8, 2025

Respectfully Submitted,

*/s/ Kirsten M. Hanlon*
Kirsten M. Hanlon*
PA Bar No. 336365
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
F: 267-573-3054
khanlon@aclupa.org

*\* Pro hac vice*

*Counsel for Plaintiff*