## EXHIBITS TABLE OF CONTENTS

**Exhibit 24**,
Deposition of Jennifer Tuscano Transcript

**Exhibit 25**,
SJP-Pitt Repression Timeline, UPITT_0003010

**Exhibit 26**,
Hearing Mediator Email Chain, UPITT_0002658

**Exhibit 27**,
April 2024 Recommended Sanction, UPITT_0013522