# EXHIBIT 25

This is a document intended to familiarise readers with the repression currently faced by Students for Justice in Palestine (henceforth "SJP"), a registered student organisation at the University of Pittsburgh.

Please contact us by email at sjppgh@gmail.com or by text message (number available upon request) with any questions, suggestions, or concerns.

**Section 1: Unfounded and Non-Specific Conduct Violations, Disproportionate Proposed Sanctions, and Unclear Conduct Procedures**

On Thursday, January 16, 2025, a notice of Disciplinary Conference was sent to the co-presidents of Students for Justice in Palestine, who are both students of color. Read the full text of this notice here.

On Wednesday, January 22, during the scheduled Disciplinary Conference, SJP co-presidents were presented with the following information via Zoom by Matthew Landy, Director of Student Conduct:

> List of Alleged Violation(s):
> *19. Violates or assists in the Violation of any policy, procedure or guideline of the University including, but not limited to the following:*
>
> > *k. Any other policy, procedure, or guideline of the University whether or not listed in the Code*
>
> *36. Fails without just cause to comply with the lawful direction of a University official, or other lawful authority having just cause and acting in the performance of their duties and authority.*
>
> Recommended Sanctions(s):
> **Probation through December 31, 2025** — *A designated period of time during which a registered student organization's status is conditioned upon future behavior. The issuance of additional sanctions may occur if the registered student organization is found to be in violation of any University regulation during the probationary period.*
>
> **Restriction of Privileges** — *SJP cannot host, co-host or otherwise participate in any events effective immediately. This restriction will be lifted on May 5, 2025, if SJP completes the educational conversations. If SJP does not complete the educational conversations by May 5, 2025, the restriction will remain in place until that s anction is completed.*

***Educational Conversations*** — *SJP leadership is required to meet with the Associate Director of Student Organizations & Advising to discuss the following topics:*

- *Process(es) and procedure(s) for scheduling space for events.*
- *A check list for scheduling space for events.*
- *The roles and responsibilities of leadership in student organizations.*
- *Effective leadership strategies in student organizations.*
- *Community impact that student organizations have.*

- *Posting and Chalking Guidelines and Demonstration Guidelines.*
- *Setting and managing expectations as a leader of a registered student organization.*

Incident Description:
*Beginning Monday, December 9, 2024, and continuing through Thursday, December 12, 2024, Students for Justice in Palestine (SJP), a registered student organization, advertised on social media that they were hosting a "study-in" on the first floor of the Hillman Library (alternatively referred to as a "sit-in" and "study group" in other promotion posts). The advertised purpose of the event was to show "solidarity with . . . the Palestinian people" and asked participants to "join them . . . with keffiyehs and flags." SJP did not attempt to reserve space for this event or otherwise follow the on-campus event planning process set forth in University guidelines.*

*Regardless, SJP promoted and hosted the event on the main floor of Hillman Library, which is a non-reservable space. Screen shots of the social media advertisements are linked in this document. The information and timeline below provide an account of the event, the attempts made on behalf of the University to make policies clear to the group, and the group's continued violation of these policies despite repeated communications.*

*On the morning of December 9, Hillman Library staff alerted Student Affairs to a growing gathering of individuals on the first floor of the library. Participants brought a variety of signage, including table tents that were placed facing outward on their tablets, draped flags over tables, and utilized library-owned white boards to promote the event. Complaints were received by library staff from students about the event taking place in study space during finals week; phone and email complaints were also received by the Office of the Dean of Students, the Office of the Chancellor, and Pitt Police, made by students, parents, and alumni regarding the event. Student Affairs staff members engaged in conversations with several students who identified as leading the group, including at least one SJP officer. Staff explained that students and student organizations are not permitted to hold events in non-reservable spaces and shared certain applicable policies with the students, including the Hillman Library Space Use Policies and the University's Posting Temporary Signage policy (CS 28). Staff indicated that the table tents, flags, and use of whiteboards for non-study purposes were, in part, indicators of an event taking place, and the students removed these for a short time. However, by approximately 12:00 pm, the participants were again tabling and using white boards for purposes other than studying. Due to lack of compliance by the student organisation, staff began to approach individuals at the event, all of whom, except one, eventually left the event. The one individual who refused to leave or provide identification was escorted from the building by Pitt Police for refusing to comply with a staff request.*

*That evening, SJP advertised on social media that they would be starting the event again at 6:00 am on Tuesday morning and asked supporters to join them. Student Affairs sent an staff to SJP officers later that evening (linked below) indicated that holding the advertised event would again violate University policies and should not take place.*

*On Tuesday, December 10 and Wednesday, December 11, SJP continued to post on social media encouraging supporters to join their event at Hillman Library throughout the week. The group posted photos and videos of Student Affairs staff and Pitt Police officers and staff, identifying them by name and title. Those posts were shared by multiple other groups on social media. Student Affairs staff also responded to an email from the SJP president clarifying questions and providing information about what constituted an "event" for purposes of student organization event planning guidelines.*

*On Wednesday, December 11, the group was observed by staff with tabling materials as well as serving food, both in continued violation of library policies. The group was addressed by library staff and informed of policies.*

*On Thursday, December 12, Kornelia Tancheva, Director of the University Library System, sent an email to SJP officers stating that due to ongoing policy violations, any individual who continued to violate University or library policies would be referred to Student Conduct, and that she was also referring this information to Student Affairs.*

*In summary, Students for Justice in Palestine was advised and requested multiple times to not hold an event in non-reservable space, including in person on December 9 and via email the night of December 9. Staff continued to remind the organization of policies and actions that violated the policies throughout the week, and the organization continued to not be in compliance with these directives.*

Matthew Landy showed screenshots of the following two SJP Instagram stories as evidence of supposed policy violations.

 

Matthew Landy also presented two emails: a chain between Karin Asher and one of the SJP co-presidents, and an email sent by Kornelia Tancheva to SJP officers.

UPITT_0003014

Matthew Landy told the SJP co-presidents about the next steps of the hearing process, which included choosing one of the following.

> *a. Accept responsibility for violating the Code and accept the recommended sanction(s) and waive the Level II Hearing and Appeal Process.*
>
> *b. Accept the general nature of the violation(s) and proceed before the Level II Conduct Hearing Board for a Sanctions-Only Hearing.*
>
> *c. Not accept responsibility for the Violation(s) and proceed before the Level II Conduct Hearing Board for a Full Hearing.*

When asked to describe policies pertaining to Level II conduct hearings, Matthew Landy told the SJP co-presidents that they would be required to submit all questions they planned to ask in advance.

This was not a practice in use as recently as October 30, 2024, when one of the SJP co-presidents participated in another individual's Level II conduct hearing. When questioned by SJP co-presidents as to where in the Code of Conduct rules about submission of questions could be found, Matthew Landy was unable to locate said rules. Matthew Landy then proceeded to claim that the Code of Conduct outlined only in "broad strokes" the disciplinary process, and that it did not detail the Level II hearing procedures themselves.

When asked by the SJP co-presidents to provide the written document outlining rules about the submission of questions, Matthew Landy was unable to produce said document. When questioned as to whether rules about was a recent departure from past precedent, Matthew Landy admitted it was.

Upon further questioning by the SJP co-presidents, Matthew Landy affirmed that only SJP representatives would have to adhere to this rule, and not any other parties participating in a Level II hearing. Matthew Landy told the SJP co-presidents that he had blocked off the rest of his day to creating a document that outlined the procedures of Level II hearings. *As of the time of writing (Monday, January 27), no such document has been received by SJP officers.*

SJP co-presidents asked to continue the Disciplinary Conference the following day (Thursday, January 23) due to concerns about the fairness and consistency of the process, particularly given the recent and seemingly arbitrary change in procedure that applied exclusively to SJP representatives.

At the second Disciplinary Conference, which took place on Thursday, January 23, SJP co-presidents were told by Matthew Landy that he had improperly "vocalized" procedures surrounding the Level II hearing process, and that they would no longer be required to submit questions in advance.

On Friday, January 24, Matthew Landy sent SJP co-presidents an email titled "Notice of Options for Resolution." This email did not outline the specific violations alleged to have occurred, nor did it outline any procedural information that Matthew Landy had claimed to be working on. When asked for a "detailed list of the specific policies, procedures, and/or guidelines that are alleged to have been violated," Matthew Landy did not provide said list; similarly, an ask for procedural clarification was left unanswered.

**Section 2: Attempts to Cancel, Defund, and Forcibly Relocate SJP Events**

1. In preparation for a December 8 poetry event with Mosab Abu Toha, an SJP co-president was informed by David Day, Associate Director of Student Organizations & Advising, that unnamed actors had been sending a template email to the university. This email called for the cancellation of SJP's poetry event and suggested that he be replaced by Noa Tishby, the former Special Envoy for Combating Antisemitism and the Delegitimization of Israel, or Mosab Hassan Yousef, an Islamophobe and former Israeli spy. Nevertheless, the event proceeded as planned.

2. SJP, in collaboration with Jewish Students' Bund (henceforth JSB), another registered student organisation at the university, made plans to host a Liberation Shabbat (alternatively referred to as Anti-Zionist Shabbat, Non-Zionist Shabbat, and Student-Organized Shabbat) in the Global Hub at Wesley W. Posvar Hall on January 24.

   On January 10, SJP, JSB, and other Instagram accounts shared a promotional post for the event which featured the language "Anti-zionist" and "all who are respectful of the space's intentions are welcome." This post was targeted by zionist students and community members; many commenters had no clear connection to the Pittsburgh community. Commenters described the Shabbat as "racist," "an abhorrent perversion," a "repugnant weaponization," and "blatantly antisemitic." The post amassed a total of 394 comments (the majority being hate comments) before being archived. See this video for examples of comments left on the post.

   Several of these comments appeared similar in form to that received by the university prior to the Mosab Abu Toha poetry event. One of these comments is reproduced here in its entirety:

   > *I am writing to express deep concern and condemnation regarding the upcoming event titled "Anti-Zionist Shabbat" scheduled for January 24 at Posvar Hall, organized by groups including Students for Justice in Palestine (SJP) and Ratzon.*
   >
   > *While freedom of expression and assembly are critical values, this event raises serious concerns about fostering division and alienation within the student body, particularly for Jewish students, as Zionism is integral to their cultural and religious identity.*
   >
   > *Freedom of religion is a cherished American principle and the majority of Jews in the U.S., UK, and worldwide identify as Zionist, as Zionism affirms their right to self-determination in their ancestral homeland. For over 3,000 years, Jews have prayed facing Jerusalem, called themselves "Am Yisrael" (the people of Israel), and ended every*

> *Passover Seder with "Next year in Jerusalem!" To frame a sacred Jewish rite as "anti-Zionist" is inherently antisemitic, akin to hosting an "Eid dinner" featuring offensive cartoons of Mohammed.*
>
> *Shabbat is a sacred tradition central to Jewish faith and identity. The use of this practice as a political platform—framed explicitly as "anti-Zionist"—is a deliberate and exploitative provocation that desecrates sacred religious customs and excludes and marginalizes Jewish students who identify as Zionists.*
>
> *Furthermore, the involvement of organizations such as SJP, which has a documented history of antisemitic incidents, exacerbates the issue. Such events foster a dangerous and hostile environment for Jewish students on campus, contradicting the university's commitment to inclusivity and mutual respect.*

It is highly likely that similar messages were sent to various university offices as well.

On January 13, three days after the post was shared, Dr. Allyson Delnore, Interim Executive Director of the University Center for International Studies, sent an email to an SJP co-president in which she stated that the "Global Hub may not be a space that is appropriate for your event." Dr. Dellnore claimed that use of the language "Anti-Zionist" violated the ethos of the Global Hub, an open and public space. She also took issue with the phrase "all who are respectful of the space's intentions are welcome," asserting that "people pass through from the front door to the elevator. Anyone may easily be unwillingly entering a space they are not respectful of, through no fault of their own. They did not actively choose to be there."

Dr. Dellnore worked with Student Affairs staff to move the event out of the Global Hub. An SJP co-president was informed by email on January 15 that their January 24 reservation at the Global Hub had been canceled, and that the event was being moved to the William Pitt Union Assembly Room.

The move was concerning to the event organisers, who had intended for the Shabbat to be a potluck; William Pitt Union policies expressly forbid potlucks. When SJP co-presidents attended an in-person meeting with Dr. Dellnore to discuss the move on January 16, they were surprised to discover that she made no mention of the aforementioned concerns surrounding promotional language; instead, she cited lack of space as the reason for the move.

3. To make up for the removed potluck element, SJP and JSB organisers planned to purchase challahs, juice, and other foodstuffs from local vendors. To help fund these purchases, an SJP co-president submitted an application for an Outside the Classroom Curriculum (OCC) grant on January 10, 2024. This $250 grant was approved by Mallory Logue, Program Coordinator for Outside The Classroom Curriculum that same day.

On Thursday, January 23, one day before the Shabbat was scheduled to take place, an SJP co-president received an email from Mallory Logue indicating that the $250 initially granted to SJP had been revoked; Mallory asserted that the Shabbat event did not "meet the criteria" of the OCC core competencies. This email was sent at 8:46 pm, less than 24 hours before the slated event start time. In response to the defunding of the event, the co-president increased the amount that SJP requested from the SGB allocations committee.

**Section 3: Threats Made Against SJP and Palestinian Students by Zionist Organisations and Individuals**

UPITT_0003019