# EXHIBIT 26

Message

| | |
|---|---|
| From: | Nabors, Marlin U. [MarlinNabors@pitt.edu] |
| Sent: | 4/24/2025 11:09:55 AM |
| To: | Bruce Ambrose [BruceA@bartlettjames.com] |
| Subject: | Re: Notice of Level II Hearing - Case Number: 2024178201 |

Hi Bruce -

The university is all set with final evidence.

Thanks
--Marlin



**Marlin Nabors (he,him,his)**
Associate Vice Provost and
Dean of Students
University of Pittsburgh
deanofstudents@pitt.edu
412-648-1006

---

**From:** Bruce Ambrose <BruceA@bartlettjames.com>
**Sent:** Thursday, April 24, 2025 10:39 AM
**To:** [redacted]
**Cc:** Landy, Matthew E <mal130@pitt.edu>; [redacted] Nabors, Marlin U. <MarlinNabors@pitt.edu>; Karin Asher <karin.asher@pitt.edu>
**Subject:** RE: Notice of Level II Hearing - Case Number: 2024178201

[redacted],

Thank you for your email.

Mr Engel's verified statement should be uploaded to the Respondent's Share Point folder, using the link provided in my original email (and below in this email string).

In answer to your question about viewing the complainants' witness list and evidence, may I refer everyone to this paragraph in the Student Code of Conduct, at page 25:

"**Evidence**

The Complainant and Respondent will have the opportunity to submit evidence that they intend to introduce at the Level II Hearing. Such evidence must be submitted to the Hearing Officer not less than five (5) business days prior to the Level II Hearing date. Not less than three (3) business days prior to the Level II Hearing date, both the Complainant and Respondent shall have the opportunity to review all evidence that has been approved for use in the hearing. To schedule such a review, the Complainant and/or Respondent must contact the Office of Student Conduct to make an appointment."

My understanding of the process is that once the parties have uploaded their witness lists and evidence into their respective Share Point folder, the staff at the Office of Student Conduct will assemble a single PDF file of each parties' folder material, and that PDF will then be available for viewing by, or distribution to, the opposite party. It occurs to me that perhaps, depending on the size of those PDF files, they may be too large for distribution by email. Perhaps it would be helpful to consider taking a thumb drive or other portable drive to the Office of Student Conduct for downloading the PDF file, depending on Pitt's policies on using such portable drives for downloading from Pitt's office computers.

With the weekend intervening between now and the May 1 hearing date, it might be useful if each party notifies me and/or the Office of Student Conduct when you have completed your uploading so that the staff may commence building the PDF files as soon as possible. In any event, the material is to be available to the parties no later than 8 a.m. Monday, April 28, in order to provide a full three days review period before the hearing.

As a final note, emails to my BartlettJames account are delivered only to my desktop computer, and not to my phone. Like everyone else, I am not always sitting at my home office desk and may not see an important email as quickly as you might want. All are free to send a quick text to me to notify me that there is an email you want me to read, and I will get to is as soon as possible.

Regards,
Bruce Ambrose
Mediator
BartlettJames LLC

Cell: 407-739-1830

**From:** ▮
**Sent:** Thursday, April 24, 2025 9:36 AM
**To:** Bruce Ambrose <BruceA@bartlettjames.com>
**Cc:** Landy, Matthew E <mal130@pitt.edu>; ▮ ; Nabors, Marlin U. <MarlinNabors@pitt.edu>
**Subject:** Re: Notice of Level II Hearing - Case Number: 2024178201

Hi Bruce,

Find attached the Docusign version of the same document. Please inform us at your earliest convenience of how we will be able to view the complainants' witness list and evidence.

---

**From:** Bruce Ambrose <BruceA@bartlettjames.com>
**Sent:** Thursday, April 24, 2025 08:18
**To:** ▮
**Cc:** Landy, Matthew E <mal130@pitt.edu>; ▮ ; Nabors, Marlin U. <MarlinNabors@pitt.edu>
**Subject:** RE: Notice of Level II Hearing - Case Number: 2024178201

▮,

Thank you for sending. The form itself appears satisfactory, but I do not see an actual signature by Mr Engel, sometimes called a "wet signature" meaning an actual ink on paper signature. While I have no reason to doubt the authenticity of this statement, I also have no basis to conclude that it is Mr Engel's statement. Without an actual verified signature the statement could have been prepared by anyone. In the absence of a wet signature, you could consider using a digital signing application such as DocuSign or PandaDoc to obtain a signature that is digitally verified.

Also bear in mind that the complainants will have an opportunity to object to any exhibits, just as you will have the opportunity to object to any exhibits offered by the complainants. Ultimately, it will be my task to decide what exhibits may be used.

I am cc'ing Marlin Nabors on this email because I am advised that he is a complainant, and I think it best to have all parties included in my

communications. While I am also advised that Karin Asher is a complainant, I do not currently have her email address to include her on this email.

Regards,
Bruce Ambrose
Mediator
BartlettJames LLC
407-739-1830

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, April 24, 2025 7:56 AM
**To:** Bruce Ambrose <BruceA@bartlettjames.com>
**Cc:** Landy, Matthew E <mal130@pitt.edu>; ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Notice of Level II Hearing - Case Number: 2024178201

Dear Bruce,

I'm attaching a copy of Jonathan Yehuda Engel's witness statement. Please confirm whether the form of his signature therein is sufficient for the purposes of next week's hearing.

---

**From:** Bruce Ambrose <BruceA@bartlettjames.com>
**Sent:** Wednesday, April 23, 2025 19:13
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Landy, Matthew E <mal130@pitt.edu>; ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Notice of Level II Hearing - Case Number: 2024178201

▮▮▮▮▮,

Thank you for this information, much appreciated. My apologies as well for disturbing your father at home but I had run out of options to get in touch with you and I thought it important to do so. I had not received confirmation that you had opened my initial email on Monday evening, and the mobile number for you does not work, according to the Verizon recording that played when I dialed the number.

I also appreciate ▮▮▮▮▮▮▮▮ confirmation email of this evening.

Regarding the witness statement, yes, please ask the witness to sign the written statement. I do not think a notary acknowledgement or witness signatures are necessary, but you are free to add either of those if you want.

Please let me know if you experience any difficulties uploading your witness list and exhibits to the Share drive.

Regards,
Bruce Ambrose
Mediator
BartlettJames LLC
407-739-1830

**From:**
**Sent:** Wednesday, April 23, 2025 5:24 PM
**To:** Landy, Matthew E <mal130@pitt.edu>;                               Bruce Ambrose <BruceA@bartlettjames.com>
**Cc:** Landy, Matthew E <mal130@pitt.edu>
**Subject:** Re: Notice of Level II Hearing - Case Number: 2024178201

Hello,

I am writing to confirm receipt of Mr. Ambrose's email, phone calls, and voicemails.

Due to the unavailability of one of our witnesses for the new hearing, we have requested that they submit a written testimony by the 8:00 AM deadline. Kindly advise whether this witness should formally sign off on the submitted testimony, or if there are any additional confirmatory procedures necessary to ensure that their statement is officially included in the record.



**From:** Landy, Matthew E <mal130@pitt.edu>
**Sent:** Wednesday, April 23, 2025 12:38
**To:**
**Cc:** BruceA@bartlettjames.com <brucea@bartlettjames.com>
**Subject:** FW: Notice of Level II Hearing - Case Number: 2024178201

Good afternoon,

I wanted to forward this notice to you in case Bruce's (CC'd) email went to your spam folder.

Sincerely,

**Matthew Landy**
Director of Student Conduct
University of Pittsburgh
725 William Pitt Union
Office: 412.648.7910
mal130@pitt.edu

This message may contain confidential information and is intended only for the individual or individuals named. If this email message has not been addressed to you, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, please be aware that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

---

**From:** Bruce Ambrose <BruceA@bartlettjames.com>
**Sent:** Monday, April 21, 2025 5:59 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Landy, Matthew E <mal130@pitt.edu>
**Subject:** Notice of Level II Hearing - Case Number: 2024178201
**Importance:** High

Dear Students for Justice in Palestine at Pitt,

On April 18, you were informed that Mr Matthew Landy, the Director of Student Conduct, had designated me as the Hearing Moderator by for your upcoming Level II Conduct Hearing.

Your hearing is scheduled for **May 1, 2025 beginning at 10:00 am via Zoom**. You should set aside sufficient time to complete the hearing.

**On or before 8:00 A.M on April 24, 2025,** you should upload the following to the SharePoint folder linked here: (1) any evidence that you intend to introduce; (2) a list of any witnesses you intend to present, along a brief description of each witness's proposed testimony; (3) a list of all proposed hearing participants with their email addresses, including witnesses and up to two support persons, as access to the hearing will be provided only to authorized participants. Please let me know if you have difficulty uploading any of this information. Once I have been informed of all the authorized participants and witnesses with their email addresses, I will schedule the hearing as a Zoom meeting and Zoom will send invitations with sign-in information.

Prior to your hearing you shall have the opportunity to review all evidence that has been approved for use in the hearing. To schedule such a review, you may send an email to studentconduct@pitt.edu make an appointment. Your failure to participate in the scheduled hearing will in no way cause the hearing to be cancelled or postponed. The hearing will occur with or without your participation.
If you require additional information or assistance, please feel free to contact me via email.

Regards,

Bruce Ambrose

Mediator

BartlettJames LLC