# EXHIBIT 27



April 14, 2025

Students for Justice in Palestine at Pitt (███████████████)
Sent electronically to ███████████████

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2024178201

Dear Students for Justice in Palestine at Pitt (SJP),

Following the disciplinary conference for the Registered Student Organization Students for Justice in Palestine at Pitt held on April 11, 2025, please review the options for resolution below.

Recommended Sanction(s):

**Termination of Registration with the ability to reapply for reinstatement after two (2) years.**

Please respond to this email by 7:00pm Tuesday, April 15, 2025, with one of the below statements.

I, _____, having been informed of my rights as a President of my organization, do hereby waive the right to a hearing, admit to the general nature of the charge(s) filed against my organization and accept the above-recommended sanctions.

I, _____, having been informed of my rights as a President of my organization, do admit to the general nature of the charge(s) filed against my organization and request a Sanctions Only Hearing.

I, _____, having been informed of my rights as a President of my organization, do not admit to the nature of the charge(s) filed against my organization and request a Full Hearing.

As always, please reference the Student Code of Conduct regarding information about the process, violations, etc.

Sincerely,

Jamey Mentzer
Associate Director of Student Conduct

CC: ███████ President
    ███████ President