IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH, JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities,<br><br>*Defendants*. | CIVIL ACTION NO. 2:25-cv-00524-NR<br>Judge J. Nicholas Ranjan |

**AMENDED EXHIBIT TABLE OF CONTENTS
FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S
<u>REVISED MOTION FOR PRELIMINARY INJUNCTION</u>**

Please note that for consistency and ease of reference, Defendants have maintained their exhibit numbers for their Opposition Brief consistent with the exhibit numbers used in depositions conducted by Defendants. Consequently, the exhibit numbers are not completely sequential.

**Def. Exhibit 4**
Open Letter Email Sent By SJP February 4, 2025

**Def. Exhibit 5**
University of Pittsburgh Student Code of Conduct

**Def. Exhibit 7**
M. Nabors Email to SJP Notifying of Interim Suspension

**Def. Exhibit 8**
J. Mentzer Letter Notifying SJP of Interim Suspension

**Def. Exhibit 12**
SJP Script & Protocol Document

56056031.1

**Def. Exhibit 20**
Deposition of Students for Justice in Palestine

**Def. Exhibit 22**
P001067–P001068

**Def. Exhibit 30**
P001400-P001402

**Def. Exhibit 31**
Deposition of M. Nabors

**Def. Exhibit 32**
Declaration of C. Panzella

**Def. Exhibit 33**
Declaration of M. Nabors

**Def. Exhibit 34**
Errata Sheet for M. Nabors Deposition

**Def. Exhibit 35**
Declaration of J. Tuscano

**Def. Exhibit 36**
Declaration of C. Scott

**Def. Exhibit 37**
Declaration of Z. Davis

**Def. Exhibit 38**
Declaration of G. Dickinson

**Def. Exhibit 40**
UPITT_0013854

**Def. Exhibit 41**
Declaration of Lynn Miller

**Def. Exhibit 42**
Declaration of Amanda Ries

**Def. Exhibit 43**
Declaration of Summer Rothrock

**Def. Exhibit 44**
Supplemental Declaration of Lynne Miller

**Def. Exhibit 45**
Supplemental Declaration of Amanda Ries

**Def. Exhibit 46**
Supplemental Declaration of Summer Rothrock

Dated: August 13, 2025                    SAUL EWING LLP

By: */s/ Joshua W. B. Richards*

Joshua W. B. Richards
PA Bar No. 204315
1500 Market Street
Centre Square West, 38th Floor
Philadelphia, PA 19102
Phone: 215-972-7737
Joshua.Richards@saul.com

Alexander R. Bilus
PA Bar No. 203680
1500 Market Street
Centre Square West, 38th Floor
Philadelphia, PA 19102
Phone: 215-972-7177
Alexander.Bilus@saul.com

Peter C. Nanov*
PA Bar No. 333397
1919 Pennsylvania Avenue, N.W.
Suite 550
Washington, D.C. 20006-3434
Peter.Nanov@saul.com

*admitted pro hac vice*

*Counsel for Defendants*

56056031.1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Amended Exhibit Table of Contents for Defendants' Opposition to Plaintiff's Revised Motion for Preliminary Injunction was filed via the Court's electronic case management system and served via electronic mail on the following counsel of record:

Witold J. Walczak, Esquire
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
vwalczak@aclupa.org


Jules Lobel, Esquire
6938 Rosewood Street
Pittsburgh, PA 15208
jll4@pitt.edu


Solomon Furious Worlds, Esquire
ACLU of Pennsylvania
Legal
P.O. Box 60173
Philadelphia, PA 19102
sfworlds@aclupa.org


Ali N. Szemanski
ACLU of Pennsylvania
P.O. Box 23058
Pittsburgh, PA 15222
aszemanski@aclupa.org


*Attorneys for Plaintiff*


Dated: August 13, 2025                    /s/ *Joshua W. B. Richards*
                                          Joshua W. B. Richards

56056031.1