# DEFENDANTS' EXHIBIT 44

Case 2:25-cv-00524-NR   Document 66-1   Filed 08/13/25   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE, ) ) Plaintiff, ) ) v. ) ) UNIVERSITY OF PITTSBURGH, *et al.* ) ) Defendant. ) | Civil Action No. 2:25-cv-00524-NR |

### SUPPLEMENTAL DECLARATION OF LYNNE MILLER

I, Lynne Miller, do hereby state under oath as follows, to supplement my previous Declaration, dated July 31, 2025:

1. During the May 23, 2025 conduct review hearing regarding the allegations against SJP-Pitt for violating University policy, Pitt did not present any evidence regarding comments made by SJP-Pitt during their first conduct hearing on February 4, 2025.

2. Pitt also did not allege or argue that any such comments violated University policy.

3. While serving on the conduct hearing board for the May 23, 2025 hearing, and throughout the deliberations, I was not aware of any comments made by SJP-Pitt during their first conduct hearing, on February 4, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2025

_____
Lynne Miller