# DEFENDANTS' EXHIBIT 46

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 2:25-cv-00524-NR |
| UNIVERSITY OF PITTSBURGH, et al. | ) ) ) |
| Defendant. | ) |

## SUPPLEMENTAL DECLARATION OF SUMMER ROTHROCK

I, Summer Rothrock, do hereby state under oath as follows, to supplement my previous Declaration, dated August 5, 2025:

1. During the May 23, 2025 conduct review hearing regarding the allegations against SJP-Pitt for violating University policy, Pitt did not present any evidence regarding comments made by SJP-Pitt during their first conduct hearing on February 4, 2025.

2. Pitt also did not allege or argue that any such comments violated University policy.

3. While serving on the conduct hearing board for the May 23, 2025 hearing, and throughout the deliberations, I was not aware of any comments made by SJP-Pitt during their first conduct hearing, on February 4, 2025.

Executed on August 12, 2025

_____
Summer Rothrock