# EXHIBIT A

**To Opposition to**

**Motion to Strike**

## SJP Conduct Referral # 2

**<u>Interference with Ongoing Conduct Process</u>**

*Timeline:*

- January 14, 2025 – Student Conduct received a Conduct Referral alleging misconduct on the part of SJP in connection with planning, promoting and holding an unsanctioned event in the Hillman Library in violation of Library and other University policy (Conduct Referral # 1).
- January 24, 2025 – SJP requested a Level II hearing before a Conduct Hearing Board ("Hearing Board") on the charges associated with Conduct Referral # 1.
- February 4, 2025 – the Level II Hearing with SJP took place.
- February 4, 2025 – while Board members were still in deliberations, SJP sent an email to Board members, along with other university administrators, making various allegations and urging them to dismiss the conduct charges against SJP.
- February 5, 2025 – A Board member sent an email to Hearing Moderator Matt Landy outlining his concerns that SJP's actions constituted interference with the conduct process and an improper attempt to influence the outcome of the hearing.
- February 6, 2005 – Dean Nabors sent an email to the Board members, identifying the potential for improper influence and asking the panelists to pause their deliberations.
- February 10, 2025 – Dean Nabors met with Panelists – Carlton Scott, Jennifer Tuscano and Zachary Davis – to better understand their perspectives.
- February 18, 2025 – Following investigation, Dean Nabors notified SJP that their actions had compromised the integrity of the conduct proceeding and that the proceeding would be vacated and re-initiated from the beginning, with the potential for additional charges relating to the interference.  In addition, SJP was notified that they would be placed on Interim Suspension pending investigation and resolution of those charges or a successful appeal received within 10 business days.

*Narrative:*

After Dean Nabors learned that SJP had contacted the members of the Hearing Board with additional allegations and argument after the hearing was closed but while deliberation was ongoing, he promptly directed the Hearing Board to pause its deliberations in order to determine appropriate action to ensure the integrity of the conduct process.  He engaged in conversations with the Hearing Board members to determine the extent of any inappropriate interaction and potential impact as well as other investigation and consultation.  As set forth in the February 18 notification to SJP, he determined SJP's actions undermined the integrity

of the conduct process, vacated the hearing, and issued the interim suspension. In addition, Dean Nabors later learned that SJP's February 4, 2025 letter materially misrepresented that it had been co-signed by the Law School. In fact, the Law School never consented to this misrepresentation, which appears designed to misleadingly enhance the perceived credibility of the allegations in the letter, thereby exacerbating the potential for improper influence on the Board.

*Charges:*

> *35. Falsifies information or records submitted to a University official or office.*
>
> *42. Intimidates, coerces, influences, or attempts to do the same against a person who is participating or has participated in any University process or proceeding.*
>
> *43. Disrupts or interferes with the conduct process.*

### **Failure to Comply with Interim Suspension**

*Timeline:*

- March 18, 2025 - The Interim Suspension Notice based on the Interference charges. The Notice specifically advised SJP that they must cease all "organizational operations or use of university resources to advance the mission of the organization," including facilitating any events or hosting anything that be construed as an event, including co-sponsorship."
- March 19, 2025 – While the Interim Suspension was in place, SJP co-sponsored a post on the organization's Instagram platform promoting an "emergency protest" on March 22, 2025.
- March 19, 2025 – While the Interim Suspension was in place, SJP shared a story on the organization's Instagram platform promoting an "emergency protest" on March 19, 2025.
- March 19, 2025 – Student Conduct sends a follow-up communication to SJP informing them that the recent online activity constituted a violation of the Interim Suspension.

*Narrative:*

One day after the interim suspension went into effect, Dean Nabors learned SJP had promoted at least two upcoming off-campus events on its social media platform under its "SJP at Pitt" name, despite the interim suspension's directive to cease operations, including promotion and co-sponsorship of events in its capacity as a student organization.

Dean Nabors concluded these were additional organization activities that constituted "organizational activities," and were in direct contrast with the interim suspension.

*Charges:*

> 36. *Fails without just cause to comply with the lawful direction of a university official, or other lawful authority having just cause and acting in the performance of their duties and authority.*