# EXHIBIT C

**To Opposition to**

**Motion to Strike**

Transcript of the Testimony of

# MARLIN NABORS

July 1, 2025

**STUDENTS FOR JUSTICE IN PALESTINE AT PITT  VS UNIVERSITY OF PITTSBURGH**



412-261-2323
depo@akf.com
www.akf.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 2:25-CV-00524

STUDENTS FOR JUSTICE IN            )
PALESTINE AT PITT,                 )
                                   )
         Plaintiff,                )
                                   )
    VS.                            )
                                   )
UNIVERSITY OF PITTSBURGH; JOAN     )
GABEL, MARLIN NABORS, KARIN        )
ASHER, DaVAUGHN VINCENT-BRYAN,     )
MATTHEW LANDY, and JAMEY MENTZER,  )
all in their official and          )
individual capacities,             )
                                   )
         Defendants.               )

DEPOSITION OF MARLIN NABORS
VIA VIDEOCONFERENCE

     DEPOSITION taken before me, Mary J. Carney, a Notary Public within and for the Commonwealth of Pennsylvania, via Zoom videoconference, beginning at 11:07 a.m. on July 1, 2025, pursuant to Notice and to be used pursuant to the Federal Rules of Civil Procedure in the aforesaid cause of action, pending in the United States District Court for the Western District of Pennsylvania.

```
                                                              2
 1                       APPEARANCES
 2
 3              On Behalf of Plaintiff:
 4              Witold J. Walczak, Esquire
                Ali Szemanski, Esquire
 5              ACLU OF PENNSYLVANIA
                P.O. Box 23058
 6              Pittsburgh, PA  15222
                412-681-7864
 7              vwalczak@aclupa.org
                aszemanski@aclupa.org
 8
                Solomon Furious Worlds, Esquire
 9              Kirsten M. Hanlon, Esquire
                ACLU OF PENNSYLVANIA
10              P.O. Box 60173
                Philadelphia, PA  19102
11              215-592-1513
                sfworlds@aclupa.org
12              khanlon@aclupa.org
13
14              On Behalf of Defendants:
15              Alexander R. Bilus, Esquire
                SAUL EWING LLP
16              Centre Square West
                1500 Market Street, 38th Floor
17              Philadelphia, PA  19102-2186
                215-972-7777
18              alexander.bilus@saul.com
19
20              Also Present:
21              J. Nicole Rhodes, Esquire
                University of Pittsburgh
22
23
24
25
```

3

INDEX

EXAMINATION BY MR. WALCZAK - PAGE 4

NABORS EXHIBITS INTRODUCED:

1 - PAGE 15
2 - PAGE 18
3 - PAGE 36
4 - PAGE 44
5 - PAGE 50
6 - PAGE 70
7 - PAGE 73
8 - PAGE 75
9 - PAGE 81
10 - PAGE 100
11 - PAGE 102
12 - PAGE 103
13 - PAGE 110
14 - PAGE 111
15 - PAGE 114
16 - PAGE 116
17 - PAGE 118
18 - PAGE 121
19 - PAGE 123
20 - PAGE 124

```
                                                          4
 1              WHEREUPON, MARLIN NABORS, of lawful
 2              age, being by me first duly sworn
 3              to testify the truth, the whole
 4              truth, and nothing but the truth,
 5              as hereinafter certified, deposes
 6              and says as follows:
 7   EXAMINATION:
 8   BY MR. WALCZAK
 9         Q.  Good morning, Mr. Nabors.  My name
10      is Vic Walczak.  I am one of the lawyers
11      for the Plaintiffs in the lawsuit, Students
12      for Justice in Palestine at Pitt versus
13      University of Pittsburgh and a number of
14      individuals, including yourself.  Are you
15      familiar with that case?
16         A.  I am.
17         Q.  Have you ever been deposed before?
18         A.  I have not.
19         Q.  So let me just go over some ground
20      rules.  So this is an opportunity provided
21      by the Federal Rules of Civil Procedure for
22      us to be able to ask you questions.  We
23      have Mary here, who's going to transcribe
24      everything that's said while we're on the
25      record here.  You are under oath so will
```

```
                                                              132

 1  COMMONWEALTH OF PENNSYLVANIA    )
                                    )   CERTIFICATE
 2  COUNTY OF ALLEGHENY             )   SS:

 3        I, Mary J. Carney, RMR and Notary Public in and

 4  for the Commonwealth of Pennsylvania, do hereby

 5  certify that the witness, MARLIN NABORS, was by me

 6  first duly sworn to testify to the truth; that the

 7  foregoing deposition was taken at the time and place

 8  stated herein; and that the said deposition was

 9  recorded stenographically by me and then reduced to

10  printing under my direction, and constitutes a true

11  record of the testimony given by said witness.

12        I further certify that the inspection, reading

13  and signing of said deposition were NOT waived by

14  counsel for the respective parties and by the

15  witness.

16        I further certify that I am not a relative or

17  employee of any of the parties, or a relative or

18  employee of either counsel, and that I am in no way

19  interested directly or indirectly in this action.

20        IN WITNESS WHEREOF, I have hereunto set my hand

21  and affixed my seal of office this 3rd day of July,

22  2025
                                        Mary J. Carney
23
        Commonwealth of Pennsylvania - Notary Seal
24        MARY J CARNEY - Notary Public
                 Allegheny County              Notary Public
        My Commission Expires November 23, 2025
25            Commission Number 1220319
```