# EXHIBIT D

## To Opposition to

## Motion to Strike

| | |
|---|---|
| **From:** | Nanov, Peter |
| **To:** | depo@akf.com; Ali Szemanski; Jules Lobel; Solomon F. Worlds; Kirsten Hanlon; Vic Walczak |
| **Cc:** | Bilus, Alexander R.; Richards, Joshua W. B. |
| **Subject:** | Students for Justice in Palestine v. University of Pittsburgh, et al., Case No: 2:25-cv-00524-NR - Deposition of Marlin Nabors |
| **Date:** | Wednesday, July 30, 2025 4:10:00 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>Nabors Errata Letter - 7-30-2025.pdf<br>Nabors Errata 7-1-2025.pdf |

Dear AFK Technologies and Counsel:

Please see attached correspondence.



**Peter Nanov**
Counsel
📞 (202) 295-6670
✉ Peter.Nanov@saul.com





Alexander R. Bilus
Phone: (215) 972-7177
Fax: (215) 972-7725
Alexander.Bilus@saul.com
www.saul.com

July 30, 2025

**VIA ELECTRONIC MAIL**

AKF Technologies
Attn: Mary J. Carney, RMR
445 Fort Pitt Boulevard, Suite 200
Pittsburgh, PA 1529
depo@akf.com

Kirsten Marie Hanlon, Esq.
ACLU of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
khanlon@aclupa.org

Witold J. Walczak, Esq.
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
vwalczak@aclupa.org

Ali N. Szemanski
ACLU of Pennsylvania
P.O. Box 23058
Pittsburgh, PA 15222
aszemanski@aclupa.org

Jules Lobel, Esq.
P.O. Box 81918
Pittsburgh, PA 15217
juleslobel73@gmail.com

Solomon Furious Worlds, Esq.
ACLU of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
sfworlds@aclupa.org

RE: *Students for Justice in Palestine at Pitt v. University of Pittsburgh*
Case No: 2:25-cv-00524-NR
Deposition of Marlin Nabors

Dear AKF Technologies, Ms. Carney, and Counsel:

Please find enclosed and attached completed and executed Errata Sheet for the Deposition of Marlin Nabors, that occurred on July 1, 2025, in the above-referenced matter.

Sincerely,

*/s/ Alexander R. Bilus*

Alexander r. Bilus

PCN

Centre Square West ◆ 1500 Market Street, 38th Floor ◆ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ◆ Fax: (215) 972-7725

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

```
                                                                133

 1   COMMONWEALTH OF PENNSYLVANIA    )  E R R A T A
     COUNTY OF ALLEGHENY             )  S H E E T
 2
          I, MARLIN NABORS, have read the foregoing pages
 3   of my deposition given on July 1, 2025, and wish to
     make the following, if any, amendments, additions,
 4   deletions or corrections:

 5   Pg. No.    Line No.       Change and reason for change:

 6   19:16-21:6     Clarification - While comments by SJP-
                    Pitt during the hearing affected the
 7                  decision to vacate the pending conduct
                    proceedings, those comments were not
 8                  the basis for SJP-Pitt's interim
                    suspension or the charges related for
 9                  (1) intimidation, coercion,
                    influencing, or attempts to do the same
10                  against a person who is participating
11                  or has participated in any University
                    process or proceeding, and
12                  (2) disruption or interference with the
                    conduct process.
13   38:19-39:15    Same as above.
14   42:16-20       Same as above.
15

16

17   In all other respects, the transcript is true and
     correct.
18
                                    _____
19                                       MARLIN NABORS

20
     Subscribed and sworn to before me this
21   30th day of July              , 2025.

22
     _____
23         Notary Public
       Reference No. MC62100
24

25
```

Commonwealth of Pennsylvania - Notary Seal
Karen L. Victoria, Notary Public
Allegheny County
My commission expires February 23, 2029
Commission number 1274767
Member, Pennsylvania Association of Notaries