IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT, <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities, <br><br> *Defendants.* | CIVIL ACTION NO. 2:25-CV-00524 <br><br> Judge J. Nicholas Ranjan |

## JOINT MOTION TO STRIKE AND SUBSTITUTE EXHIBIT

Plaintiff Students for Justice in Palestine at Pitt and Defendants University of Pittsburgh ("Pitt" or the "University"), Joan Gabel, Marlin Nabors, Karin Asher, DaVaughn Vincent-Bryan, Matthew Landy, and Jamey Mentzer, by and through their counsel, jointly move to strike an exhibit to the Memorandum of Law in Support of Plaintiff's Revised Motion for Preliminary Injunction, originally filed July 11, 2025. Counsel for Defendants notified SJP-Pitt that Exhibit 9,[1] ECF No. 46-12, contained attorney-client privileged information and was inadvertently produced. The parties conferred and agreed to substitute a version of Exhibit 9 with redactions to protect material that Defendants claim is attorney-client privileged and has no relevance to this lawsuit. See Attachment A (proposed substitution for Exhibit 9). The Parties respectfully

---

[1] The cover page for this exhibit previously identified it as Exhibit 10. For the Court's convenience, the proposed substitution corrects this error.

1

request that this Court strike Exhibit 9, ECF No. 46-12, and substitute the proposed replacement, filed as Attachment A to this Motion.

Dated: August 14, 2025

| | | |
|---|---|---|
| By: | /s/ Witold J. Walczak<br>Witold J. Walczak<br>PA Bar No. 62976<br>Ali Szemanski<br>PA Bar No. 327769<br>ACLU OF PENNSYLVANIA<br>P.O. Box 23058<br>Pittsburgh, PA 15222<br>P: 412-681-7864<br>F: 267-573-3054<br>vwalczak@aclupa.org<br>aszemanski@aclupa.org<br><br>Solomon Furious Worlds<br>PA Bar No. 333677<br>ACLU OF PENNSYLVANIA<br>P.O. Box 60173<br>Philadelphia, PA 19102<br>P: 215-592-1513<br>F: 267-573-3054<br>sfworlds@aclupa.org<br><br>Jules Lobel, Esq.<br>NY Bar No. 1262732<br>P.O. Box 81918<br>Pittsburgh, PA 15217<br>P: 412-334-1379<br>juleslobel73@gmail.com<br><br>*Counsel for Plaintiff* | By: /s/Joshua W.B. Richards<br>Joshua W. B. Richards<br>PA Bar No. 204315<br>1500 Market Street<br>Centre Square West, 38th Floor<br>Philadelphia, PA 19102<br>Phone: 215-972-7737<br>Joshua.Richards@saul.com<br><br>Alexander R. Bilus<br>PA Bar No. 203680<br>1500 Market Street<br>Centre Square West, 38th Floor<br>Philadelphia, PA 19102<br>Phone: 215-972-7177<br>Alexander.Bilus@saul.com<br><br>Peter C. Nanov*<br>PA Bar No. 333397<br>1919 Pennsylvania Avenue, N.W.<br>Suite 550<br>Washington, D.C. 20006-3434<br>Peter.Nanov@saul.com<br><br>**admitted pro hac vice*<br><br>*Counsel for Defendants* |