# Exhibit 9

Exhibit 9

**Student Conduct Supervision**
**Matt Landy**

For Next Time – End of the year report and data





UPITT_0001854



UPITT_0001855

2/12/25

Student Conduct

- SJP –
    - Matt pointed that he received a number of emails from student, faculty/staff and community members. The stated purpose for those emails was for the university to drop the conduct charges. Matt said he would describe the emails as forceful and demanding. Matt shared that despite the emails, he had no concerns about how the outcome of the hearing would impact him.
    - Matt shared that he's not positive he's ever said to Board members that they are indemnified based on the outcome.
    - Matt shared that he is not positive that Karin, DaVaughn or David feel convinced that this is a violation and that may have come through during the hearing