**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT, | |
| *Plaintiff*, | |
| v. | CIVIL ACTION NO. 2:25-CV-00524 |
| UNIVERSITY OF PITTSBURGH; JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities, | Judge J. Nicholas Ranjan |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING JOINT**
**MOTION TO STRIKE AND SUBSTITUTE EXHIBIT**

AND NOW, this _____ day of _____, upon consideration of the parties'

Joint Motion to Strike and Substitute Exhibit, the Motion is **GRANTED**, and it is hereby

**ORDERED** as follows:

　　1.　　The version of Exhibit 9, originally filed on July 11, 2025 (ECF No. 46-12), is

**STRUCK**; and

　　2.　　The version of Exhibit 9 filed as Attachment A to the Motion is **SUBSTITUTED**

for the original filing.

BY THE COURT:

_____