IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH, *et al*.<br><br>*Defendants*. | CIVIL ACTION NO. 2:25-cv-00524-NR<br>Judge J. Nicholas Ranjan |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Spoliation Sanctions Under Rule 37(e), Plaintiff's Opposition thereto, and the record herein, it is on this ___ day of _____, 2025,

ORDERED that Defendants' Motion for Spoliation Sanctions Under Rule 37(e) is GRANTED; and it is further

ORDERED that Plaintiff's Revised Motion for Preliminary Injunction is DENIED; and it is further

ORDERED that Plaintiff's Verified Complaint is dismissed, in its entirety, with prejudice; and it is further

ORDERED that Plaintiff's Request for Attorney Fees is hereby STRICKEN.

SO ORDERED.

_____
Hon. Nicholas Ranjan
United States District Judge