IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT, <br><br> *Plaintiff*, <br><br> v. <br><br> UNIVERSITY OF PITTSBURGH, JOAN GABEL, MARLIN NABORS, KARIN ASHER, DaVAUGHN VINCENT-BRYAN, MATTHEW LANDY, and JAMEY MENTZER, all in their official and individual capacities, <br><br> *Defendants*. | CIVIL ACTION NO. 2:25-cv-00524-NR <br> Judge J. Nicholas Ranjan |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
A SURREPLY IN FURTHER OPPOSITION TO
<u>PLAINTIFF'S REVISED MOTION FOR PRELIMINARY INJUNCTION</u>**

Defendants University of Pittsburgh ("Pitt" or "the University"), Joan Gabel, Marlin Nabors, Karin Asher, DaVaughn Vincent-Bryan, Matthew Landy, and Jamey Mentzer hereby move this Court for leave to file a Surreply in further opposition to Plaintiff's Revised Motion for Preliminary Injunction (Dkt. No. 45) and in support thereof state as follows:

1. On June 27, 2025, Plaintiff Students for Justice in Palestine at Pitt ("SJP") filed its Revised Motion for Preliminary Injunction (Dkt. No. 45) ("PI Motion").

2. On June 27, 2025, SJP also filed a Status Report and Joint Proposed Discovery and Briefing Schedule (Dkt. No 42) setting argument on this matter for August 28, 2025.

3. On July 11, 2025, SJP filed its Memorandum in Support of its PI Motion (Dkt. No. 46-2) ("PI Memo").

4. On July 31, 2025, Defendants filed their Opposition to SJP's PI Motion (Dkt.

No. 57) ("Opposition").

5. On August 11, 2025, SJP filed its Reply brief in support of its PI Motion (Dkt. No. 65) ("Reply").

6. In that Reply, SJP introduced a number of facts and arguments concerning the conduct review process in which SJP was involved that it had not previously raised or made. *Compare* Reply at 6-8 *with* PI Memo at *passim*.

7. Additionally, since Defendants filed their Opposition, there have been factual developments that have occurred that are relevant to SJP's PI Motion.

8. Specifically: (1) the University's Welcome Week, the lack of participation in which formed the basis of SJP's claimed irreparable harm and need to lift its suspension – and therefore the basis of its request for a preliminary injunction – has ended, without SJP's participation; and (2) SJP has failed to schedule its participation in the "educational conversations" that Pitt made available to it, which would have allowed SJP to meet, plan, and reserve campus space for events. *See* Supplemental Declaration of Carla Panzella, attached hereto as Def. Ex. 47 at *passim*.

9. As a result of the first factual development, SJP's claimed irreparable harm is moot.

10. As a result of the second factual development, SJP has failed to mitigate whatever irreparable harm may possibly remain.

11. "[P]ermission for leave to file a sur-reply is a matter committed to the District Court's sound discretion." *Levey v. Brownstone Inv. Grp., LLC*, 590 F. App'x 132, 137 (3d Cir. 2014).

12. Surreplies are appropriate where a party seeks to respond to an argument raised for the first time by an opposing party. *See, e.g.*, *NorFab Corp. v. Travelers Indem. Co.*, 555 F. Supp. 2d 505, 513 (E.D. P.A. 2008)

13. Surreplies are also proper where factual developments change during the pendency of the motion. *See Schrecengost v. Coloplast Corp.*, 425 F. Supp. 3d 448, 459 (W.D. Pa. 2019).

14. Here, it is appropriate to grant Defendants leave to file their Surreply because of the new arguments raised by SJP in its Reply and the new factual developments that significantly affect the Court's analysis of SJP's PI Motion. *See Levey*, 590 F. App'x at 137; *NorFab* 555 F. Supp. 2d at 513; *Schrecengost*, 425 F. Supp. 3d at 459.

15. Defendants' proposed Surreply is attached hereto and addresses only the new arguments raised by SJP and the new factual developments.

WHEREFORE, Defendants respectfully request that this Court grant Defendants leave to file the attached Surreply, and deem that Surreply as filed on the date filed with this Motion for Leave.

Dated: August 25, 2025                    SAUL EWING LLP

                                          By: /s/ Joshua W. B. Richards

                                          Joshua W. B. Richards
                                          PA Bar No. 204315
                                          1500 Market Street
                                          Centre Square West, 38th Floor
                                          Philadelphia, PA 19102
                                          Phone: 215-972-7737
                                          Joshua.Richards@saul.com

                                          Alexander R. Bilus
                                          PA Bar No. 203680
                                          1500 Market Street
                                          Centre Square West, 38th Floor
                                          Philadelphia, PA 19102
                                          Phone: 215-972-7177
                                          Alexander.Bilus@saul.com

                                          Peter C. Nanov*
                                          PA Bar No. 333397

       1919 Pennsylvania Avenue, N.W.
       Suite 550
       Washington, D.C. 20006-3434
       Peter.Nanov@saul.com

*admitted pro hac vice

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Motion for Leave to File a Surreply in Further Opposition to Plaintiff's Revised Motion for Preliminary Injunction was filed via the Court's electronic case management system and served via electronic mail on the following counsel of record:

Witold J. Walczak, Esquire
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
vwalczak@aclupa.org


Jules Lobel, Esquire
6938 Rosewood Street
Pittsburgh, PA 15208
jll4@pitt.edu


Solomon Furious Worlds, Esquire
ACLU of Pennsylvania
Legal
P.O. Box 60173
Philadelphia, PA 19102
sfworlds@aclupa.org


Ali N. Szemanski
ACLU of Pennsylvania
P.O. Box 23058
Pittsburgh, PA 15222
aszemanski@aclupa.org


*Attorneys for Plaintiff*


Dated: August 25, 2025                     /s/ *Joshua W. B. Richards*
                                                              Joshua W. B. Richards

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT PITT,<br><br>    *Plaintiff*,<br>v.<br><br>UNIVERSITY OF PITTSBURGH, *et al*.<br><br>    *Defendants*. | CIVIL ACTION NO. 2:25-cv-00524-NR<br>Judge J. Nicholas Ranjan |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Leave to File a Surreply in Further Opposition to Plaintiff's Revised Motion for Preliminary Injunction, any opposition thereto, and the record herein, it is on this ___ day of _____, 2025,

ORDERED that Motion for Leave to File a Surreply in Further Opposition to Plaintiff's Revised Motion for Preliminary Injunction is GRANTED; and it is further

ORDERED that Defendants' Surreply in Further Opposition to Plaintiff's Revised Motion for Preliminary Injunction is deemed filed as of the date that Defendants' Motion for Leave to File a Surreply in Further Opposition to Plaintiff's Revised Motion for Preliminary Injunction was filed.

SO ORDERED.

                     _____
                     Hon. Nicholas Ranjan
                     United States District Judge