# Exhibit 47

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:25-cv-00524-NR |
| UNIVERSITY OF PITTSBURGH, *et al.* | ) ) ) |
| Defendant. | ) ) |

### SUPPLEMENTAL DECLARATION OF CARLA PANZELLA

I, Carla Panzella, do hereby state under oath as follows, to supplement my previous Declaration dated July 31, 2025:

1. As part of SJP-Pitt's current suspension, I made an allowance that SJP-Pitt's leadership can meet and can plan and reserve space for campus events, even while suspended, after SJP-Pitt completes educational conversations with University staff to discuss Pitt's expectations of its registered student organizations.

2. Educational conversations include discussions of school policy and real-time guidance about how to comply with the policies, available school resources, and how to obtain and use them.

3. From July 23, 2025 to August 18, 2025, SJP did not respond to Pitt's two email requests requesting SJP schedule the educational conversation.

4. As of the date of this Declaration, SJP still has not responded to Pitt's third email suggesting an educational conversation sent on August 20, 2025.

5. SJP has not proposed an alternative time or followed up in any other manner to schedule an educational conversation.

6. SJP has not completed an educational conversation that would have allowed it to meet, plan, and reserve campus space to hold events, even while on suspension.

7. At the beginning of each academic year, Pitt hosts a "Welcome Week" for its incoming first-year students that offers programs meant to help those students learn more about life at Pitt and engage with their fellow new students.

8. For the 2025-26 Academic Year, Pitt's Welcome Week occurred between Monday, August 18, 2025, and Sunday, August 24, 2025. *See* Pitt's Academic Calendar 2025-26 available at https://www.registrar.pitt.edu/sites/default/files/assets/PDF/Academic_Calendar_2025-2026_Apple.pdf.

9. As of the date of this Declaration, Welcome Week has ended.

10. SJP's current suspension was active through Welcome Week and SJP did not participate in Welcome Week.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2025

Carla Panzella

2