# Exhibit A

July 15, 2025

```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
                          * * *



STUDENTS FOR JUSTICE IN  : NO.
PALESTINE AT PITT,       : 2:25-cv-00524-NR
              Plaintiff  :
                         :
         vs.             :
                         :
UNIVERSITY OF PITTSBURGH,:
et al.,                  :
              Defendants:

                          * * *
```

      Zoom Deposition of ██████████ ,

beginning at 10:00 a.m., on Tuesday, July 15,

2025, before Karen A. Stevens, Professional

Court Reporter and Notary Public, there being

remotely present:

July 15, 2025

1        Q    Is SJP a registered student

2    organization?

3        A    Yes.

4        Q    Does that registration entitle SJP

5    to any privileges?

6        A    Yes.  So that would be -- yes,

7    yeah.

8        Q    What are those privileges?

9        A    That would be allocation of funds,

10   that would be access to certain rooms and

11   venues for events through the EMS system,

12   things of that nature.

13       Q    Does one of the privileges include

14   an organization-specific E-mail account?

15       A    No, I don't believe so.

16       Q    All right.  Was SJP involved in a

17   conduct matter at the University that went to

18   a hearing on February 4th, 2025?

19       A    Yes.

20       Q    Can you describe what happened at

21   that hearing, please?

22       A    The University as well as SJP put

23   forth arguments relating to the alleged

24   conduct violations that were brought against

25   SJP.

July 15, 2025

```
 1        Q    Okay.  And who was at that hearing?

 2        A    Myself, the other co-president,

 3   ████████████, we had support people present

 4   and the hearing board members, as well as

 5   University officials that were representing

 6   the Complainants.

 7        Q    Who were the support people who

 8   were present at the hearing?

 9        A    ████████████ as well as Jules

10   Lobel.

11        Q    Who is ████████████?

12        A    ████████████ is a pastor at a local

13   church.

14        Q    Local to Pittsburgh?

15        A    To Pittsburgh, yes.

16        Q    And who is Jules Lobel?

17        A    Jules Lobel is a professor at the

18   University of Pittsburgh as well as a

19   attorney.

20        Q    Is Mr. Lobel representing you in

21   this action, in this lawsuit?

22        A    I believe as co-counsel.

23        Q    I apologize.  Just to clarify, when

24   I say you in this deposition, which I will

25   try to avoid, I am referring to SJP, not to
```

July 15, 2025

```
1    you personally.  If I have a question about

2    you personally I'll direct it directly to

3    you.  But I apologize if that was confusing

4    and I'll try not to do that again.  How long

5    did the February 4th hearing last?

6         A    I would estimate it at four hours

7    long.

8         Q    Did you prepare for that hearing?

9    By you I mean SJP and you personally.

10        A    Briefly.

11        Q    And about how long did you prepare

12   for that hearing?

13        A    I can't recall exactly how long.

14        Q    Who did you meet with to prepare

15   for that hearing?

16        A    Other members of the SJP board.

17        Q    And was counsel present for that

18   meeting?

19        A    No.

20        Q    Where was that meeting held?

21        A    I believe there -- I think that was

22   held in the student union.

23        Q    So it was in-person?

24        A    Yes.

25        Q    And who else was present for that
```

July 15, 2025

1   meeting?

2        A    Other SJP board members.

3        Q    And who were they?

4             MR. WORLDS:  Objection.

5        That's privileged information.

6        Maybe if you reframe the question a

7        little bit, Josh.

8             MR. RICHARDS:  I'm asking the

9        witness to identify as a factual

10       matter who was present to prepare

11       for the meeting.  Are you asserting

12       privilege over that factual

13       information?

14            MR. WORLDS:  I am asserting

15       privilege over that factual

16       information so far as if you're

17       asking for the names of the

18       individuals.  Not all board members

19       are subject to -- they're not all

20       out in the public.  I believe the

21       executive board members are, but not

22       all board members.

23            MR. RICHARDS:  If you're

24       instructing the witness not to

25       answer we can move on and we can

July 15, 2025

1          address this later.

2                    MR. WORLDS:  I am instructing

3          the witness not to answer.

4   BY MR. RICHARDS:

5          Q   Okay.  To prepare for that hearing

6   did you exchange E-mails or text messages

7   with the other members of SJP leadership?

8          A   I don't believe so.

9          Q   How did you arrange for the meeting

10  to take place?

11         A   Via Signal most likely.

12         Q   And what is Signal?

13         A   Signal is a app that you are able

14  to message others on.

15         Q   And did you preserve the messages

16  in Signal related to your preparation for the

17  hearing?

18         A   I don't believe so.

19         Q   And just to clean up my question a

20  moment ago, did you exchange communications

21  on Signal with other SJP board members to

22  prepare for the February 4th hearing?

23         A   Most likely.

24         Q   Understanding that your counsel is

25  likely to instruct you not to answer, I will

July 15, 2025

```
 1   ask anyway.  Could you please identify the
 2   other people who participated in that Signal
 3   group chain?
 4                   MR. WORLDS:  Objection.
 5           Privileged information.
 6                   MR. RICHARDS:  You're
 7           instructing the witness not to
 8           answer?
 9                   MR. WORLDS:  That's correct,
10           yes, Josh.  Thank you.
11   BY MR. RICHARDS:
12       Q   Coming back to the question I asked
13   a few moments ago about who was at the
14   hearing, apart from SJP's support people and
15   you and your copresident, did SJP bring
16   anyone else to the hearing?
17       A   I believe there was a few faculty
18   members who kind of filtered in and out,
19   since we were in a University building, that
20   may have came in and out.
21       Q   But was anyone else participating
22   in the hearing along with SJP
23   representatives?
24       A   Could you clarify what you mean by
25   participating?
```

July 15, 2025

```
 1        Q    Maybe I'll ask a clearer question.
 2   Did you bring any witnesses to the hearing?
 3        A    Yes, there were witnesses.  There
 4   was three total, I believe, all employed by
 5   the University.
 6        Q    And were those people present
 7   during your discussions to plan for the
 8   hearing?
 9        A    Yes.
10        Q    And could you identify who those
11   people were, please?
12        A    So ███████████████, ████████████
13   and ████████████████.
14        Q    So taking them one at a time, the
15   first person you identified was ████████████,
16   who is ████████████?
17        A    She's a professor at the University
18   of Pittsburgh.
19        Q    And is she affiliated with SJP?
20        A    No.
21        Q    Did she participate in the Signal
22   message chat that you referenced earlier?
23        A    There were Signal messages, yes.
24        Q    What do you mean by there were
25   Signal messages?
```

July 15, 2025

```
 1        A    Between SJP members and
 2   ████████████.
 3        Q    And I apologize, the second person
 4   you identified, who was that again?
 5        A    ████████████.
 6        Q    Who is ████████████?
 7        A    Also a professor at the University
 8   of Pittsburgh.
 9        Q    If we could stop for the court
10   reporter's benefit, could you spell
11   ████████████s name?
12        A    ████████████████████████
13   ████████████.
14        Q    Thank you.  Who is ████████████?
15   He's a professor at the University.  Is he
16   also affiliated with SJP?
17        A    No.
18        Q    Was he present on any of the Signal
19   discussions that you referenced earlier?
20        A    Yes.
21        Q    And the last witness that you
22   identified, was it ████████████?
23        A    Yes.
24        Q    Who is ████████████?
25        A    ████████████ is employed at Hillman
```

July 15, 2025

```
 1    Library.

 2         Q   And he is affiliated with SJP?

 3         A   No.

 4         Q   And there -- did you have

 5    discussions with ███████ prior to the

 6    hearing via text or Signal or other

 7    communication?

 8         A   Yes.

 9         Q   Okay.  And with respect to all

10    three of those witnesses, did you preserve

11    those communications?

12         A   No.

13         Q   Setting aside the question of who

14    the participants in all those Signal chats

15    were with the comprehensive list of the

16    participants, what was discussed in the

17    Signal chats leading up to the hearing?

18                    MR. WORLDS:  Objection.

19            Privileged communications.

20         And ███, I'm asking you not to answer.

21        Thank you.

22    BY MR. RICHARDS:

23         Q   What was the subject of the

24    February 4th hearing generally?

25         A   Generally that there was conduct
```

July 15, 2025

```
 1        Q   Did leadership -- strike that.  Did

 2   SJP members outside of the executive board

 3   participate in that decision?

 4        A   I believe it was an entire board

 5   decision, I believe.

 6        Q   How was that discussed?

 7        A   Can you clarify that question?

 8        Q   I had asked you a moment ago if

 9   there was discussion beyond the executive

10   board with respect to whether to send the

11   open letter to the hearing panel.  And you

12   had said yes and then you asked me to repeat

13   the question.  So who beyond the executive

14   board participated in those discussions?

15                MR. WORLDS:  Objection if

16           you're asking for names of

17           individuals who are on the board.

18           Same privilege objection.

19   BY MR. RICHARDS:

20        Q   Are you going to abide by your

21   counsel's instruction, █████████

22        A   Yeah, I believe I answered your

23   question by saying the SJP board as a whole.

24        Q   And what was discussed by the SJP

25   board as a whole with respect to whether to
```

July 15, 2025

```
 1   send Exhibit 4 to that hearing panel?

 2        A    Whether we would or not.

 3        Q    And -- I apologize.

 4             MR. WORLDS:  Objection with

 5         any further than that, because

 6         that's protected by the First

 7         Amendment privilege.

 8             MR. RICHARDS:  Just for the

 9         record this seems like as good a

10         time as any to make a record on

11         this.  I think our position in this

12         litigation is that that privilege

13         does not cover those communications

14         identifying relevant individuals,

15         but certainly the communications

16         themselves and the content.  So our

17         intent would be to take that issue

18         up with the Court.  And I think if

19         we can agree I have probably two

20         dozen questions on that topic but I

21         will refrain from asking them all

22         and having you instruct the witness

23         not to answer, on the theory that

24         you will not object to those

25         questions that are preserved and
```

July 15, 2025

```
 1              we'll not raise it now with the

 2              Judge.  We can raise it after the

 3              dep.  Is that okay?

 4                   MR. WORLDS:  Okay.

 5                   MR. RICHARDS:  Thank you.

 6   BY MR. RICHARDS:

 7        Q   I want to go back for a moment,

 8   before I forget, to the Instagram post,

 9   Exhibit 3.  We don't need to bring it up, but

10   I will represent to you that in the break we

11   checked SJP at Pitt's Instagram and there is

12   neither a prior post containing the same

13   content as Exhibit 3 with an earlier date or

14   a post inviting external people to

15   participate in a Google form or with the text

16   of the open letter appearing on it.  So I

17   would appreciate it if you could provide the

18   context as to those two things.

19        A   I think there was confusion in my

20   answer, because the exhibit that was provided

21   was a cross post between a different account

22   as well as SJP.  So I misunderstood and I

23   didn't mean two completely separate posts.

24   But the Google form itself that was posted

25   with the open letter had been since taken
```

July 15, 2025

```
 1        A   Do I have to answer yes or no only
 2    to that question?
 3        Q   I can't provide you with advice.
 4    This is your opportunity to provide
 5    information in this case.
 6                MR. WORLDS:  No, you don't
 7            have to answer yes or no.
 8                THE WITNESS:  Okay.  I
 9            disagree with kind of your wording
10            that it was attempting to influence
11            just the hearing board.  It was sent
12            to multiple recipients and it was to
13            influence the recipients to dismiss
14            the disciplinary proceedings as a
15            whole against SJP.
16    BY MR. RICHARDS:
17        Q   Was SJP attempting to the letter to
18    disrupt the conduct process?
19        A   No.
20        Q   Was SJP attempting to interfere
21    with the conduct process?
22        A   No.
23        Q   What date did SJP engage counsel in
24    this case?
25        A   Again, an exact date I don't
```

July 15, 2025

 1    recall.

 2          Q    Was it before or after the

 3    February 4th hearing?

 4          A    After.

 5          Q    And was it before or after SJP

 6    received its interim suspension?

 7          A    Before.

 8          Q    So it was sometime between the

 9    February 4th hearing and the interim

10    suspension.  Why did SJP decide to retain

11    counsel?

12          A    SJP felt as though this was a legal

13    matter of -- a First Amendment legal matter

14    that the University had engaged into

15    viewpoint discrimination by initiating the

16    conduct process against it and felt that that

17    was necessary.

18          Q    You testified that it's not -- it

19    was not SJP's intent to disrupt the conduct

20    process; is that right?

21          A    Yes.

22          Q    Does SJP ever act or has it acted

23    with the intent to disrupt University

24    aberrations?

25          A    Not to my knowledge, no.

July 15, 2025

1              identification as Exhibit-7.)

2          (Whereupon, a document was displayed.)

3    BY MR. RICHARDS:

4          Q      ███████████, have you seen Exhibit

5    7 before?

6          A    Yes.

7          Q    What is Exhibit 7?

8          A    I believe this is the Notice of

9    Interim Suspension.

10         Q    What do you recall about receiving

11   this Notice of Interim Suspension?

12         A    I recall that there had been no

13   prior warning, that we were not to engage in

14   any sort of way or communicate in any sort of

15   way to the hearing board members.

16         Q    And when SJP received this Exhibit

17   7 did it have discussions about Exhibit 7

18   internally?

19         A    Yes.

20         Q    And had SJP -- has SJP preserved

21   those communications?

22         A    Most likely not.

23         Q    Were those communications before or

24   after SJP engaged counsel?

25         A    After.

July 15, 2025

```
 1        Q    Are those communications via
 2   Signal?
 3        A    Yes.
 4        Q    And are those communications among
 5   the same group that were discussed earlier?
 6        A    Yes.
 7        Q    And were those communications
 8   entirely internal to SJP?
 9        A    Yeah.
10        Q    And what do you recall the
11   substance of those communications being?
12                MR. WORLDS:  I'm objecting on
13           First Amendment grounds because
14           we're getting towards the substance
15           of the communications.  Please don't
16           answer that question.
17   BY MR. RICHARDS:
18        Q    Did you engage in any
19   communications -- strike that.  Did SJP
20   leadership engage in any communications with
21   third parties about the Exhibit 7 or interim
22   suspension?
23        A    Can you define third parties?
24        Q    Anyone who is not a member of SJP.
25        A    It's likely.
```

July 15, 2025

1    rights?

2         A    Yes, because I believe it was

3    included within it that SJP continuing to

4    host any off-campus events or protests would

5    result in additional conduct violations and

6    that would be a breach of the interim

7    suspension conditions.

8                   MR. RICHARDS:  And I'll just

9              note for the record that I have a

10             number of questions about internal

11             communications that I believe would

12             be within the scope of Counsel's

13             previous instruction.  I'll just

14             confirm with Counsel that were I to

15             ask those questions, Counsel would

16             instruct the witness not to answer?

17                  MR. WORLDS:  That's correct,

18             pending discussions that we may have

19             with you, Sandy and the rest of your

20             team.  But we may have these

21             discussions offline or off the

22             record.

23   BY MR. RICHARDS:

24        Q    And for purposes of the record,

25   ████████████   you would abide by your

July 15, 2025

```
 1   Counsel's instruction not to answer those
 2   questions; is that correct?
 3        A   Yes.
 4              MR. RICHARDS:  Can we please
 5          place Exhibit 8 in front of the
 6          witness?
 7                    * * *
 8          (Whereupon, the above-mentioned
 9          document was marked for
10          identification as Exhibit-8.)
11                    * * *
12        (Whereupon, a document was displayed.)
13   BY MR. RICHARDS:
14        Q   Have you seen Exhibit 8 before,
15   ███████████?
16        A   Yes.
17        Q   What is Exhibit 8?
18        A   It's a letter alleging that SJP
19   interfered with the conduct process.
20        Q   Did you understand the reason given
21   in Exhibit 8 for the interim suspension?
22        A   Yes.
23        Q   And what actions did SJP take after
24   receiving Exhibit 8?
25        A   Can you clarify that question?
```

| Students for Justice in Palestine at Pitt v. University of Pittsburgh, Case No: 2:25-cv-00524-NR | ERRATA SHEET |
|---|---|

I, ████████ have read the foregoing pages of my deposition given on July 15, 2025, and I wish to make the following, if any, amendments, additions, deletions, or corrections:

| Page and Line | Correction | Reason |
|---|---|---|
| 11:7, 8<br>19:3<br>39:16<br>40:5<br>44:24<br>69:6-7<br>114:20, 22 | ████ should be '████<br>████ | This correction reflects the correct spelling of the name of the other co-president of SJP-Pitt during all relevant events, ████████ |
| 24:12 | ████████ should be '████ | This correction reflects the correct spelling of the name of a professor at the University of Pittsburgh, ████████ |
| 27:21, 23 | "Areatza" should be "Gaza" | When answering, throughout the deposition, I used the Arabic pronunciation of Gaza when referring to "the Gaza Strip." |
| 30:8<br>32:4 | "Toscano" should be "Tuscano" | This correction reflects the correct spelling of the name of a Pitt employee and member of the February 4th disciplinary hearing's board, Jennifer Tuscano. |
| 35:8 | "." should be "?" | This correction reflects the correct use of punctuation. Mr. Richards asked a question, and so the sentence should end with a question mark. |
| 37:24 | "Ubrov's" should be "a broad" | This correction addresses what appears to be a typo. At no other point during the deposition was anyone named "Ubrov" mentioned. But, explaining that SJP-Pitt posted the Open Letter on social media to show we had "a broad" range of community support makes sense and is in line with the rest of my testimony. |
| 69:11, 15 | ████████ should be ████████ | I misspoke when listing SJP-Pitt's executive board members. ████████ was not an executive board member when discussions surrounding the release of the Open Letter occurred, and her connection to SJP-Pitt should not have been disclosed. ████ |

1

Privileged & Confidential - Outside Counsel Only

| | | ███ was an executive board member at the time. Plaintiff's counsel informed Defendants' counsel of this error via email on July 18, 2025. |
|---|---|---|
| 69:15 | ███ should be ███ ███ | I misspoke when listing SJP-Pitt's executive board members. ███ was not an executive board member when discussions surrounding the release of the Open Letter occurred, and her connection to SJP-Pitt should not have been disclosed. ███ ███ was an executive board member at the time. Plaintiff's counsel informed Defendants' counsel of this error via email on July 18, 2025. |
| 69:16 | ███ should be ███ | I misspoke when listing SJP-Pitt's executive board members. ███ was not an executive board member when discussions surrounding the release of the Open Letter occurred, and her connection to SJP-Pitt should not have been disclosed. ███ ███ was an executive board member at the time. Plaintiff's counsel informed Defendants' counsel of this error via email on July 18, 2025. |
| 96:3 | "adjudicating" should be "advocating" | This correction addresses what appears to be a typo. I do not recall using the word "adjudicating" there, especially *judging for Palestine* does not make any sense. But, many college students and student organizations, like SJP-Pitt, are "advocating" for Palestine. |
| 114:15, 18-20 | "May 30th" should be "May 23rd" | The second disciplinary actually took place on May 23rd, not May 30th. I mistakenly said May 30th because, after the second hearing, the June 18th Outcome Letter from the University stated that the second hearing took place on May 30th. |
| 135:13, 18 | ███ should be ███ | This change reflects the correct spelling of the name of the other co-president of SJP-Pitt during all relevant events, ███ |
| 146:4 | "kit" should be "table" | This correction addresses what may be a typo. Mr. Richards asked me about the mention of a "welcome table" on the second page of DX 12, not a "welcome kit." To the extent "kit" is an accurate representation of what I said, that was a mistake. I meant welcome "table" there. |

Privileged & Confidential - Outside Counsel Only

In all other respects, the transcript is true and correct.

Subscribed and sworn to before me this ____14____ day of ___AUGUST_____, 2025.

Commonwealth of Pennsylvania - Notary Seal
Gloria Ginyard, Notary Public
Philadelphia County
My commission expires June 4, 2026
Commission number 1280663
Member, Pennsylvania Association of Notaries

Notary Public

3