# Exhibit B

```
1            IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2                           * * *

3

4   STUDENTS FOR JUSTICE IN   : NO.
    PALESTINE AT PITT,        : 2:25-cv-00524-NR
5              Plaintiff      :
                              :
6          vs.                :
                              :
7   UNIVERSITY OF PITTSBURGH, :
    et al.,                   :
8              Defendants     :

9                           * * *

10        Zoom Deposition of ████████,

11  beginning at 12:00 p.m., on Friday, July 18,

12  2025, before Karen A. Stevens, Professional

13  Court Reporter and Notary Public, there being

14  remotely present:
```

1  Q  Can you say that again?  I'm not
2  sure what you said.
3  A  I registered that event by talking
4  in-person to William Pitt Union staff.
5  Q  Why didn't you use the University
6  event registration system?
7  A  I did not use the University
8  registration system myself because the 21-day
9  deadline to register an event in that space
10 had already passed.
11 Q  You mentioned earlier that you have
12 used the Signal app on your phone to
13 communicate with certain people.
14 A  Uh-huh.
15 Q  Is that a yes?
16 A  Oh, yes.  I didn't realize that was
17 a question.
18 Q  How many -- I believe each
19 conversation between you and another person
20 on signal is called a chat.  Is that
21 understanding correct?
22 A  Yes, I would call them so.
23 Q  How many different chats have you
24 had with SJP members using the Signal app?
25 A  Numerous.

1    Q   Can you estimate how many?
2    A   If I were to estimate the number of
3    individual chats I had where SJP members have
4    been in those chats?
5    Q   Yes.
6    A   Okay.  Dozens, probably.
7    Q   Were you using the Signal app
8    throughout your time as a member of the
9    executive board of SJP?
10   A   I was.
11   Q   When was the first time you used
12   the Signal app to communicate with SJP
13   members on the Signal app?
14   A   I first used Signal to communicate
15   with other SJP members in the fall semester
16   of 2023.
17   Q   Did you ever use the Signal chat --
18   sorry.  Strike that.  Did you ever use the
19   Signal app to communicate with SJP members
20   about the February 2025 conduct hearing?
21   A   I believe I did use the Signal app
22   to communicate about the February 2025
23   disciplinary hearing with SJP members.
24      (Whereupon, Josh Richards joined the Zoom.)
25   BY MR. BILUS:

```
 1        Q   By chat, I'm saying it might be a
 2   thread of several conversations within the
 3   chat.  But how many of those separate
 4   threads, separate chats did you have on that
 5   topic?
 6        A   I'm not sure exactly.
 7        Q   Do you still have any of those
 8   chats?
 9        A   Yes.
10        Q   Have any of them been deleted?
11        A   I believe that the discussions
12   around the 25th hearing occurred somewhat in
13   the chat with our lawyers and those
14   discussions also occurred via voice, or via
15   calling.
16        Q   Did you have lawyers at the time of
17   the February 2025 conduct hearing?
18        A   By that do you mean the
19   February 4th hearing?
20        Q   Yes.
21        A   Okay.  I misheard February 25th
22   earlier.  We had not formally met with the
23   ACLU lawyers to discuss our situation by the
24   time of the February 2025 hearing.
25        Q   Do you have any chat messages from
```

```
 1   the time of the February hearing still on
 2   your phone?
 3        A    From the time, yes, but pertaining
 4   to the hearing, I don't believe so.  And I'd
 5   like to correct a previous response that I
 6   gave about having certain chats such as with
 7   ACLU lawyers at the time of the February
 8   hearing.  I heard that as February 25, so at
 9   that time of the hearing we had not formally
10   met with the lawyers.
11        Q    Were any of the chats that related
12   to the February 4th, 2025 conduct hearing
13   deleted?
14        A    Yes.
15        Q    How many chats have been deleted?
16        A    At least two.
17        Q    It's my understanding the way the
18   Signal app works is that there is a chat,
19   it's a thread with a number of messages on
20   it.  And if you don't set the messages to be
21   retained the messages themselves eventually
22   get deleted but the chat remains.  Is that
23   your understanding as well?
24        A    I would -- if I understand this
25   correctly, I would agree with the assertion
```

1  that individual messages disappear after a
2  specific time period.  But the chat with the
3  specific people in it won't get deleted
4  unless you delete it yourself.
5       Q   Did you delete any of the chats
6  yourself that contained messages relating to
7  the February 4th, 2025 conduct hearing?
8       A   I don't recall deleting the chats
9  themselves.
10      Q   So they should still be on your
11 phone even though the messages within them
12 may have been deleted?
13      A   The names of the chats, yes, should
14 be retained but not the messages themselves.
15      Q   What about chats that contained
16 messages that related to the open letter?
17 Did you delete any of those chats yourself?
18      A   No.  And I did not delete any of
19 the chats themselves, but the messages
20 therein would have disappeared, yes.
21      Q   So that the messages within the
22 chat that related to the open letter, those
23 would have been deleted.  Is that what you're
24 saying?
25      A   Those messages that were in our

```
 1   signal chat or chats that had displaying
 2   messages on, yes, would have been deleted,
 3   yes.
 4        Q   Do you know what the retention
 5   period was set for for those chats?
 6        A   I don't recall exactly which
 7   chats -- which chats specifically contained
 8   those messages about the open letter.
 9   However, most -- however, it may have been
10   one week.  Though again, I don't recall
11   exactly, because those messages were across
12   various chats which may have had their own
13   timelines.
14        Q   Sitting here today, do you have any
15   chats on your phone that involve SJP that
16   have not been set to retain all of the
17   messages permanently?
18        A   I believe the SJP chats on my
19   Signal app are now retaining messages, as
20   well as the SJP chat with the lawyers.
21        Q   When did you make the change to
22   that setting for the SJP-related chats?
23        A   I'm not sure exactly when we set
24   those -- set the timer to retain the messages
25   for SJP chats.
```

```
 1       A    Yes, I would say so.
 2       Q    Are there any non-SJP members who
 3  are members of this chat?
 4       A    There are not.
 5       Q    Is the disappearing messages
 6  setting turned on or off for that chat?
 7       A    It is turned off.
 8       Q    Can you scroll up to that chat and
 9  tell me the oldest message you see in the
10  chat?
11       A    What was the question?
12       Q    The oldest message that's in the
13  chat, how old is it?
14       A    It is from May 16th.
15       Q    Of 2025?
16       A    Of this year, yes.
17       Q    Prior to that May 16th, 2025
18  message is there a message in the chat that
19  says that someone has changed the settings
20  for retaining messages?
21       A    There is a message saying that
22  disappearing messages has been turned off.
23       Q    Is that exactly what it says?
24       A    No, because it's in Chinese.
25       Q    Okay.  But the English translation
```

```
 1   is disappearing messages have been turned
 2   off?
 3        A    Yeah.  I mean, I can change the
 4   language settings, but, yeah, I would say so.
 5        Q    What is the date that that message
 6   was sent?
 7        A    That is also May 16th.
 8        Q    If you scroll up above that does it
 9   give me more detail about when the chat was
10   created and whether disappearing messages
11   were set to on or off?
12        A    Yes, it does -- yes, for the
13   question about when it was created, and
14   yes -- sir, could you repeat the second
15   question?
16        Q    Let me ask it in two places.  Does
17   it show when you were added to the chat?
18        A    It shows when I created the chat.
19        Q    You created this chat?
20        A    I did.
21        Q    When did you create it?
22        A    On September 3rd, 2024.
23        Q    And does it show what the
24   messages -- the disappearing -- sorry.  Let
25   me get the right term.  Does it show at that
```

```
 1   point whether it was set to disappearing
 2   messages on or off?
 3        A    It shows that disappearing messages
 4   were set on that day to be on.
 5        Q    And how long were they supposed to
 6   be kept and then disappear for at that time?
 7        A    At that time disappearing messages
 8   were set to be -- or messages set to
 9   disappear after two weeks.
10        Q    And after that initial setting, did
11   that setting change between then and the May
12   2025 change to turn off disappearing
13   messages?
14        A    Yes.
15        Q    What does it say?
16        A    That disappearing messages were set
17   -- or messages were set to disappear after
18   one week.
19        Q    When was that changed?
20        A    That was in October of 2024.
21        Q    And was that setting ever changed
22   after that until the May change?
23        A    I do not see any other changes
24   to -- yeah, I don't see any other changes to
25   disappearing message settings until May.
```

```
 1                        SIGNATURE PAGE

 2                              OF

 3                        ▬▬▬▬▬▬▬▬▬▬

 4

 5        I hereby acknowledge that I have read

 6      the aforegoing deposition dated July 18,

 7      2025, and that the same is a true and

 8      correct transcription of the answers

 9      given by me to the questions propounded,

10      except for the changes, if any, noted on

11      the attached ERRATA SHEET.

12

13   SIGNATURE

14
     ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
15   _____
     ▬▬▬▬▬▬▬
16
17      ▬▬▬▬▬▬▬▬▬
18   _____

19   WITNESSED BY:                DATE

20
                                  08 / 18 / 2025
21   ▬▬▬▬▬▬▬▬                  _____

22

23

24

25
```

**Dropbox Sign**                                                                 Audit trail

| | |
|---|---|
| Title | Errata Document for Signature |
| File name | Errata_Signature_Page_-_For_▮▮▮▮.pdf |
| Document ID | af6da07b3c11b023db8d738676f54279399294c9 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT**  
08 / 18 / 2025  
15:37:02 UTC-4  
Sent for signature to ▮▮▮▮ and ▮▮▮▮ from legaladmin@aclupa.org  
IP: 74.98.204.151

**VIEWED**  
08 / 18 / 2025  
15:37:40 UTC-4  
Viewed by ▮▮▮▮  
IP: 129.81.255.166

**SIGNED**  
08 / 18 / 2025  
15:38:57 UTC-4  
Signed by ▮▮▮▮  
IP: 129.81.255.166

**VIEWED**  
08 / 18 / 2025  
15:39:11 UTC-4  
Viewed by ▮▮▮▮  
IP: 129.81.255.94

**SIGNED**  
08 / 18 / 2025  
15:39:39 UTC-4  
Signed by ▮▮▮▮  
IP: 129.81.255.94

**COMPLETED**  
08 / 18 / 2025  
15:39:39 UTC-4  
The document has been completed.

Powered by **Dropbox Sign**



July 18, 2025

**ERRATA SHEET**

| Page | Line | Correction | Reason for Correction |
|---|---|---|---|
| 18 | 23 | "options" should be replaced with "actions" | This correction addresses what appears to be an error. I do not recall using the word "options," and, in context, "actions" would accurately reflect that I do not need to do anything further to receive my degree. |
| 24 | 9 | "at" should be omitted after the "@" in the email address | This correction reflects the correct e-mail address for the SJP-Pitt email account. |
| 27 | 7 | "human" should be replaced with "Hillman" | This correction reflects the correct spelling for the name of the library at the University of Pittsburgh. |
| 49 | 1 | "displaying" should be replaced with "disappearing" | This correction addresses what appears to be an error. I do not recall using the word "displaying" and the broader context supports that I was answering questions about "disappearing messages." |
| 81 | 24 | "can now" should be replaced with "cannot" | This correction addresses what appears to be an error. I do not recall using the words "can now" and this language does not make sense in the context of the rest of the answer, where I was expressing that I could not confirm with screenshots or receipts whether messages existed and were later deleted. |
| 85 | 25 | "a file" should be replaced with "our account" | This correction addresses what appears to be a error. I do not recall using the words "a file" and that language does not make sense in the context it appears, as I was |

| | | | |
|---|---|---|---|
| | | | discussing the archive for the SJP-Pitt Instagram account. |
| 86 | 8 | "I think" should be replaced with "at the link" | This correction addresses what appears to be an error. I do not recall using the words "I think" in this context and that language does not make sense in the context it appears, as I was discussing what was made available to people accessing the Open Letter Google form using a link. |
| 102 | 8 | "plead" should be replaced with "proceed" | This correction addresses what appears to be an error. I do not recall using the word "plead" and the broader context supports that I was repeatedly using the word "proceed." |
| 114 | 3 | "conceptualizations" should be replaced with "conceptualization" | This correction addresses what appears to be an error. I recall using the singular "conceptualization" and this makes more sense in the context, where I was discussing a single idea. |
| 116 | 1 | "disclosed" should be replaced with "discussed" | This correction addresses what appears to be an error. I do not recall using the word "disclosed" and was responding to a question asking whether chats were established for the purpose of "discussing" the Open Letter. |