# Exhibit F

Message

**From:** Karin Asher [karin.asher@pitt.edu]
**Sent:** 4/1/2025 2:32:59 PM
**To:** Minnich, Stephanie Michelle [SMM435@pitt.edu]
**Subject:** FW: Important meeting tomorrow

**Karin Asher, Ed.D.** (she/her/hers)
Assistant Dean of Student Engagement and Professional Development
Division of Student Affairs
karin.asher@pitt.edu

---

**From:** [redacted]
**Date:** Monday, October 7, 2024 at 10:18 AM
**To:** Karin Asher <karin.asher@pitt.edu>
**Cc:** Landy, Matthew E <mal130@pitt.edu>, [redacted], [redacted], Bamyeh, Mohammed A <mab205@pitt.edu>
**Subject:** Re: Important meeting tomorrow

Dear Karin,

The 'week of rage' is not an SJP at Pitt event, and we suggest that you contact the group that originally posted about it to share any concerns and resources you may have pertaining to the events that they have organised.

Best,
[redacted]

---

**From:** Karin Asher <karin.asher@pitt.edu>
**Sent:** Monday, October 7, 2024 09:21
**To:** [redacted]
**Cc:** Landy, Matthew E <mal130@pitt.edu>; [redacted]
**Subject:** Re: Important meeting tomorrow

Dear [redacted]

We would like to meet with you to discuss Student for Justice in Palestine's (SJP) participation in the advertised 'Week of Rage' and potential University policy and guideline violations advertised. During this conversation we will offer resources in planning your event in accordance with University guidelines and policies.

If you are unable to meet at 1 pm today, please send a representative from SJP leadership in your place.

Thanks,

Dr. Asher

**Karin Asher, Ed.D.** (she/her/hers)
Assistant Dean of Student Engagement and Professional Development
Division of Student Affairs