# Exhibit J

```
 1         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2                        * * *

 3

 4   STUDENTS FOR JUSTICE IN   : NO.
     PALESTINE AT PITT,        : 2:25-cv-00524-NR
 5              Plaintiff      :
                               :
 6         vs.                 :
                               :
 7   UNIVERSITY OF PITTSBURGH,:
     et al.,                   :
 8              Defendants:

 9                        * * *

10        Continued Zoom Deposition of

11   ███████████, beginning at 3:03 p.m., on

12   Wednesday, July 23, 2025, before Karen A.

13   Stevens, Professional Court Reporter and

14   Notary Public, there being remotely present:

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            the Addendum to Exhibit?
 2       (Whereupon, a document was displayed.)
 3   BY MR. RICHARDS:
 4       Q   Are you able to read the topics of
 5   examination, ▓▓▓▓▓▓▓▓▓?
 6       A   Yes.
 7       Q   With the exception of topics 8 and
 8   14 if, we could scroll to the next page, for
 9   which a different witness had been
10   designated, are you prepared to testify on
11   all those topics today?
12       A   Yes.
13       Q   And are you specifically prepared
14   to answer questions about documents produced
15   by SJP in this litigation?
16       A   Yes.
17       Q   And a version history of those
18   documents?
19       A   Yes.
20       Q   Do you have any Signal chats or
21   other communications with SJP members
22   relating to the Pitt disciplinary process
23   that have not been provided to your counsel?
24       A   No.
25       Q   And I'll represent to you that in
```

1      ███████'s deposition, and of course the
2   testimony you gave earlier, it's become clear
3   that there are Signal chats at a minimum
4   about either the open letter or the
5   suspensions in this case that have not been
6   preserved and that you no longer have access
7   to; is that right?
8          A    Yes.
9          Q    Do you have a memory of what
10  appeared in those chats?
11         A    Vaguely.
12         Q    Could you tell me what appeared in
13  them, please?
14         A    Discourse surrounding the open
15  letter, the disciplinary process, the
16  suspension, things of that nature.
17         Q    And do you remember exactly what
18  was said and by whom?
19         A    No, I do not.
20         Q    To your knowledge, did SJP officers
21  or executive board members lie to the
22  University when asked whether or not they
23  were planning events?
24         A    Could you clarify your question?
25         Q    Sure.  To your knowledge when SJP