# Exhibit L

| Begin Bates | End Bates | Privilege Type | File Type | Date Created | Description |
|---|---|---|---|---|---|
| P000012 | P000012 | First Amendment Privilege | .pdf | 05/08/2025 5:21 pm (UTC) | Communication between Plaintiff and leaders of allied organizations in February 2025 about advocacy initiatives, including the February 4, 2025 Open Letter |
| P000018 | P000018 | First Amendment Privilege | .pdf | 05/07/2025 8:34 pm (UTC) | Internal messages between SJP at Pitt officers discussing organizational strategy during the Spring 2025 semester |
| P000019 | P000019 | First Amendment Privilege | .pdf | 05/08/2025 6:59 pm (UTC) | Communication between Plaintiff and signatories and allied groups in February 2025 about the February 4, 2025 Open Letter |
| P000020 | P000023 | Redacted for First Amendment Privilege | .pdf | | Communication between Plaintiff and signatories and allied groups in February 2025 about the February 4, 2025 Open Letter |
| P000027 | P000027 | First Amendment Privilege | .pdf | | Communication between Plaintiff and signatories and allied groups in February 2025 about the February 4, 2025 Open Letter |
| P000028 | P000028 | First Amendment Privilege | .pdf | 05/13/2025 6:35 pm (UTC) | Communication between Plaintiff and signatories and allied groups in February 2025 about the February 4, 2025 Open Letter |
| P000029 | P000029 | First Amendment Privilege | .xlsx | | Communication between Plaintiff and signatories and allied groups in February 2025 about the February 4, 2025 Open Letter |
| P000038 | P000042 | Redacted for First Amendment Privilege | .pdf | | Communication between Plaintiff and signatories and allied groups in February 2025 about the February 4, 2025 Open Letter |
| P000043 | P000043 | First Amendment Privilege | .pdf | | SJP at Pitt notes document from Spring 2025 semester discussing organizational strategy |
| P000045 | P000045 | First Amendment Privilege | .pdf | | SJP at Pitt meeting agenda from January 2025 |
| P000046 | P000046 | First Amendment Privilege | .pdf | | SJP at Pitt meeting agenda from March 2025 |
| P000047 | P000047 | First Amendment Privilege | .pdf | | SJP at Pitt meeting agenda from March 2025 |
| P000048 | P000048 | First Amendment Privilege | .doc | | SJP at Pitt notes document from Spring 2025 semester containing plans for a potential Spring 2025 event, which was canceled due to the interim suspension. |
| P000049 | P000049 | First Amendment Privilege | .doc | | SJP at Pitt notes document from Spring 2025 semester containing plans for previously approved and potential Spring 2025 events, which were canceled due to the interim suspension. |
| P000078 | P000078 | First Amendment Privilege | .pdf | 05/05/2025 9:30 pm (UTC) | Communication between Plaintiff and leader of student organization in February 2025 about advocacy initiatives, including the February 4, 2025 Open Letter |
| P000082 | P000082 | First Amendment Privilege | .PNG | 05/10/2025 2:52 pm (Unknown time zone) | Communication between Plaintiff and allied student during Spring 2025 semester about internal alert |
| P000083 | P000083 | First Amendment Privilege | .PNG | 05/10/2025 2:52 pm (Unknown time zone) | Communication between Plaintiff and allied student during Spring 2025 semester about internal alert |
| P000084 | P000084 | First Amendment Privilege | .PNG | 05/10/2025 2:52 pm (Unknown time zone) | Communication between Plaintiff and allied student during Spring 2025 semester about internal alert |
| P000090 | P000090 | First Amendment Privilege | .pdf | 05/07/2025 7:37 pm (UTC) | Communication between Plaintiff and allied student during Spring 2025 semester about internal alert |
| P000328 | P000328 | First Amendment Privilege | .pdf | 05/12/2025 7:32 pm (UTC) | Internal messages between SJP at Pitt officers discussing organizational strategy during the Fall 2024 and Spring 2025 semesters |
| P000337 | P000337 | First Amendment Privilege | .pdf | 05/13/2025 6:24 pm (UTC) | Internal messages between SJP at Pitt officers discussing organizational strategy during the Fall 2024 and Spring 2025 semesters |
| P000338 | P000338 | First Amendment Privilege | .pdf | 05/13/2025 6:28 pm (UTC) | Internal messages between SJP at Pitt officers discussing organizational strategy during the Spring 2025 semester |
| P000339 | P000339 | First Amendment Privilege | .pdf | 05/12/2025 8:48 pm (UTC) | Internal messages between SJP at Pitt officers discussing organizational strategy during the Fall 2024 and Spring 2025 semesters |
| P000340 | P000340 | First Amendment Privilege | .pdf | 05/13/2025 6:26 pm (UTC) | Internal messages between SJP at Pitt officers discussing organizational strategy during the Spring 2025 semester |
| P000341 | P000341 | First Amendment Privilege | .pdf | 05/13/2025 6:32 pm (UTC) | Internal messages between SJP at Pitt officers discussing organizational strategy during the Fall 2024 and Spring 2025 semesters |
| P000379 | P000379 | First Amendment Privilege | .docx | | Document containing draft language about advocacy and collaboration with other University entities |
| P000388 | P000388 | First Amendment Privilege | .docx | | SJP at Pitt meeting agenda from November 2024 |
| P000389 | P000389 | First Amendment Privilege | .docx | | SJP at Pitt meeting agenda from November 2024 |
| P000390 | P000390 | First Amendment Privilege | .docx | | SJP at Pitt meeting agenda from November 2024 |
| P000391 | P000391 | First Amendment Privilege | .docx | | SJP at Pitt meeting agenda from January 2025 |
| P000392 | P000392 | First Amendment Privilege | .docx | | SJP at Pitt meeting agenda from January 2025 |
| P000395 | P000395 | First Amendment Privilege | .docx | | SJP at Pitt meeting agenda from January 2025 |
| P000651 | P000651 | First Amendment Privilege | .doc | | SJP at Pitt notes document from Fall 2024 semester containing organizational strategy for the December 2024 study-in |
| P000652 | P000652 | First Amendment Privilege | .docx | 05/07/2025 8:43 pm (UTC) | SJP at Pitt notes document from Fall 2024 semester containing organizational strategy for the December 2024 study-in |
| P000665 | P000665 | First Amendment Privilege | .docx | 05/07/2025 8:51 pm (UTC) | SJP at Pitt notes document from Fall 2024 semester containing organizational strategy for the December 2024 study-in |
| P000666 | P000666 | First Amendment Privilege | .docx | 05/07/2025 8:52 pm (UTC) | SJP at Pitt notes document from Fall 2024 semester containing organizational strategy for the December 2024 study-in |
| P000678 | P000678 | First Amendment Privilege | .PNG | 05/08/2025 1:48 pm (Unknown time zone) | Communication between Plaintiff and allied professor about advocacy initiatives during the Fall 2024 semester |
| P000679 | P000679 | First Amendment Privilege | .PNG | 05/08/2025 1:48 pm (Unknown time zone) | Communication between Plaintiff and allied professor about advocacy initiatives during the Fall 2024 semester |
| P000680 | P000680 | First Amendment Privilege | .PNG | 05/08/2025 1:48 pm (Unknown time zone) | Communication between Plaintiff and allied professor about advocacy initiatives during the Fall 2024 semester |
| P000681 | P000681 | First Amendment Privilege | .MP4 | 05/08/2025 3:48 am (Unknown time zone) | Communication between Plaintiff and allied professor about advocacy initiatives during the Fall 2024 semester |