IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STUDENTS FOR JUSTICE IN )
PALESTINE AT PITT, )
) 2:25-cv-524
Plaintiff, )
)
v. )
)
UNIVERSITY OF PITTSBURGH; *et al.*, )
)
Defendants. )

| | |
|---|---|
| **Hearing Type:** | Preliminary Injunction Hearing |
| **Date:** | 8/28/2025 |
| **Before:** | Judge J. Nicholas Ranjan |

| Counsel for Plaintiff | Witold Walczak, Solomon Furious Worlds, and Ali Szemanski |
|---|---|
| Counsel for Defendants | Joshua Richards and Alexander Bilus |
| Court Reporter | V. Trettel |
| Law Clerk | ZS |
| Start Time | 10:05 a.m. |
| End Time | 11:40 a.m. |

**SUMMARY OF PROCEEDINGS:**

Hearing held on Plaintiff's pending revised Motion for Preliminary Injunction (ECF 45).

Plaintiff's Exhibit 1 admitted (attached).

Parties to order transcript of this proceeding, costs to be split equally between the sides. Corresponding Order to follow.