# U.S. District Court

## Pennsylvania Western - Pittsburgh

Receipt Date: Aug 29, 2025 12:00PM

Solomon F. Worlds, ACLU Foundation of PA

| Rcpt. No: 200015781 | | Trans. Date: Aug 29, 2025 12:00PM | | | Cashier ID: #ByRh (5462) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 701 | Treasury Registry | DPAW225CV000524 /001<br>SOLOMON F. WORLDS, ACLU FOUNDATION OF PA | 1 | 100.00 | 100.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $100.00 |

Total Due Prior to Payment: $100.00

Total Tendered: $100.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: Cash bond to be placed into local Court Registry as per Order of Court signed by Judge Ranjan on 08/28/2025 at ecf no. 80.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.