## EXHIBITS TABLE OF CONTENTS

**Exhibit 1**,
Deposition of SJP-Pitt Co-President, Transcript Excerpts

**Exhibit 2**,
SJP-Pitt and ACLU-PA Engagement Letter, March 2025

**Exhibit 3**,
Plaintiff's Responses and Objections to Defendants' First Requests for Production

**Exhibit 4**,
February 2, 2025 Emails, UPITT_1096-1100

**Exhibit 7**,
SJP-Pitt Declaration