# EXHIBIT 1

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2                        * * *

 3

 4   STUDENTS FOR JUSTICE IN   : NO.
     PALESTINE AT PITT,        : 2:25-cv-00524-NR
 5              Plaintiff      :
                               :
 6          vs.                :
                               :
 7   UNIVERSITY OF PITTSBURGH, :
     et al.,                   :
 8              Defendants     :

 9                        * * *

10         Zoom Deposition of ▮▮▮▮▮▮▮,

11   beginning at 12:00 p.m., on Friday, July 18,

12   2025, before Karen A. Stevens, Professional

13   Court Reporter and Notary Public, there being

14   remotely present:

15

16

17

18

19

20

21

22

23

24

25
```

```
                                    Page 2
 1      A P P E A R A N C E S :
 2
 3          ALI SZEMANSKI, ESQUIRE
            SOLOMON FURIOUS WORLDS, ESQUIRE
 4          ACLU OF PA
            P.O. BOX 60173
 5          Philadelphia, Pennsylvania  19103
            Sfworlds@aclupa.org
 6           -- Representing the Plaintiff
 7
 8          JOSHUA W.B. RICHARDS, ESQUIRE
            ALEXANDER BILUS, ESQUIRE
 9          MARY C. HUTCHINGS, ESQUIRE
            CHRISTOPHER SCHULTHEIS
10          SAUL EWING, LLP
            1500 Market Street, 38th Floor
11          Philadelphia, Pennsylvania 19102
            mary.hutchings@saul.com
12          joshua.richards@saul.com
            alexander.bilus@saul.com
13           -- Representing the Defendants
14
15
16      ALSO PRESENT: NIKKI RHODES, ESQUIRE
17
18
19
20
21
22
23
24
25
```

```
                                    Page 3
 1              I N D E X
 2                 * * *
 3   WITNESS: ▮▮▮▮▮▮▮
 4   QUESTIONED BY:                        PAGE
 5   Mr. Bilus                              5
 6   Ms. Szemanski                         112
 7
 8          D O C U M E N T   R E Q U E S T
 9                 * * *
10   PAGE    LINE          DESCRIPTION
11    32      9         Social Media Posts
12   100     22         Messages
13
14
15
16
17       WITNESS INSTRUCTED NOT TO ANSWER
18   PAGE   LINE
19   (None)
20
21
22
23
24
25
```

```
                                    Page 4
 1           E X H I B I T   I N D E X
 2                    * * *
 3
 4   MARKED         DESCRIPTION         PAGE
 5   Exhibit-13   Condemning Open Letter  82
 6   (Previously marked Exhibits 1, 3, 4, 7, 9,
 7   10, 11 and 12 are also attached herein.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                    Page 5
 1           (It is hereby stipulated by and
 2      among counsel for the respective
 3      parties that sealing, filing
 4      and certification are waived; and that
 5      all objections, except as to the form
 6      of the questions, be reserved until
 7      the time of trial.)
 8                 * * *
 9           ▮▮▮▮▮▮▮,
10      after having been first duly sworn,
11      was examined and testified as
12      follows:
13                 * * *
14           E X A M I N A T I O N
15                 * * *
16   BY MR. BILUS:
17      Q   ▮▮▮▮▮▮, my name is Alexander Bilus.
18   I go by Sandy Bilus.  I represent the
19   University of Pittsburgh and the other
20   Defendants in this matter.  Can you spell
21   your first name for me real quick?
22      A   ▮▮▮▮▮▮▮
23      Q   Have you ever been deposed before?
24      A   I have not.
25      Q   So I'd like to give you some
```

Page 34
1  communications regarding the open letter,
2  correct?
3     A   I believe that is factual.
4         MR. BILUS:  Chris, can you go
5     to the next page?
6  BY MR. BILUS:
7     Q   SJP has designated you to be their
8  witness for topic 14, SJP's communications
9  with University of Pittsburgh staff,
10 including administrators and/or faculty; is
11 that correct?
12    A   I believe that's correct.
13    Q   During your preparation for today's
14 deposition did you prepare to answer
15 questions about topics six, seven, eight and
16 fourteen?
17    A   Yes.
18    Q   Your counsel produced a number of
19 documents last night and has told us they're
20 going to continue to be producing some
21 documents.  I understand from your counsel a
22 different witness will be prepared to testify
23 about those documents during a future
24 deposition.
25        MR. BILUS:  I want to note for

Page 35
1     the record that to the extent any of
2     the documents that were produced
3     last night or that we are going to
4     receive over the next few days
5     relate to any of the topics of which
6     ▊▊▊▊ is testifying, we would
7     reserve our right to ask questions
8     at that future deposition about
9     those topics.  Does that work for
10    you, Ali?
11        MS. SZEMANSKI:  Yes, that
12    works.
13        MR. BILUS:  Thank you.  Chris,
14    you can take this Exhibit down.
15 BY MR. BILUS:
16    Q   ▊▊▊▊, did you participate in the
17 conduct hearing on February 4th, 2025?
18    A   I participated in it.
19    Q   What do you recall happening at the
20 conduct hearing?
21    A   I recall that the Complainants were
22 allowed to first present their case and ask
23 questions of us and then we were allowed to
24 present our case and ask questions and that
25 our support person was not allowed to speak,

Page 36
1  so we additionally communicated on behalf of
2  him during our closing argument.
3     Q   Who was that support person?
4     A   The person that was not allowed to
5  speak when he tried to speak was Jules Lobel.
6     Q   And specifically what did you do at
7  that conduct hearing?
8     A   I represented SJP.
9     Q   Did you discuss what had happened
10 at the library study-in event in December of
11 2024?
12    A   I discussed my recollection of that
13 event, yes.
14    Q   Had you been present at that event?
15    A   I was present for parts of that
16 event, though I would like to clarify that my
17 use of the word event differs from that which
18 the University is asserting.
19    Q   What do you mean by that?  Can you
20 explain?
21    A   The University has their
22 conceptualization of an event.
23    Q   How do you define event?
24    A   In the context of SJP events that
25 occurred on campus were those that had been

Page 37
1  registered and had, for example, bookings or
2  had funding.
3     Q   Did the library study-in thing in
4  December 2024 have a booking?
5     A   It did not, as there are no
6  bookings available for the first floor of the
7  human library.
8     Q   Had that event been registered?
9     A   The study-in had not been
10 registered.
11    Q   Did it have funding?
12    A   It did not have funding.
13    Q   Did you prepare for the
14 February 4th, 2025 conduct hearing before it
15 happened?
16    A   I prepared.
17    Q   How did you prepare for the
18 hearing?
19    A   I tried to recall the events as
20 they transpired and I submitted evidence to
21 the Student Conduct Office.
22    Q   Did you meet with anyone in person
23 to prepare for the hearing?
24    A   I believe I did.
25    Q   Who did you meet with?

Page 38
1  A   I met with ▮▮▮▮ prior to the
2  hearing.
3  Q   Anyone else?
4  A   I believe other SJP board members
5  were also present for -- at some of the times
6  when the preliminary -- or when the conduct
7  hearing came up as a topic of discussion.
8  Q   Any other executive board members
9  present for those discussions?
10 A   I don't believe we had met
11 specifically with other executive board
12 members to solely discuss preparations for
13 the disciplinary hearing.
14 A   However, as I said, the topic did
15 come up, for example, at board meetings
16 though that was not the primary focus of
17 those discussions.
18 Q   Were there any people outside of
19 SJP that you met with to prepare for the
20 hearing?
21 A   To prepare for the hearing? We
22 contacted our witnesses and instructed them,
23 or we let them know of the time of the
24 hearing and what they might be asked to talk
25 about.

Page 39
1  Q   Who were those witnesses?
2  A   They were members of the University
3  of Pittsburgh staff and faculty.
4  Q   How did you identify them to be
5  witnesses?
6  A   We selected witnesses based on
7  their presence at the study-in in December.
8  Q   Other than the witnesses did you
9  contact anyone else outside of SJP membership
10 to prepare for the conduct hearing?
11 A   We contacted -- by some means we
12 got into contact with Jules Lobel, though I
13 can't recall who exactly initiated that
14 conversation, nor exactly the people that --
15 or the person that ended up facilitating his
16 participation, or presence, at the hearing,
17 rather.
18 Q   Is Jules Lobel a member of SJP?
19 A   We don't keep track of our
20 membership. We don't have a membership
21 record.
22 Q   Do you know whether he is a member?
23 A   I can't attest to what he
24 identifies as, but my thought is that he
25 would likely not identify as a member of SJP.

Page 40
1  Q   Are there any non-Pitt students who
2  are members of SJP?
3  A   Non-Pitt students have attended our
4  events, yes. So I would say that there is
5  non-Pitt student participation in our events.
6  Q   What about on the board of SJP?
7  Any non-students of Pitt?
8  A   As of the most recent board, which
9  is last year's, there were no -- sorry.
10 There were no members of the board in
11 2024/2025 that were not Pitt students.
12 Q   Going back to your preparations for
13 the conduct hearing in February 2025, did you
14 send any E-mails as part of your preparation
15 for the hearing?
16 A   I believe I sent or forwarded
17 E-mails to let people know that they were to
18 participate in the hearing or that the
19 hearing was occurring.
20 Q   Were those E-mails sent using SJP's
21 E-mail account?
22 A   I don't believe the bulk of them
23 were.
24 Q   Were any?
25 A   I do not believe that E-mails were

Page 41
1  sent to the witnesses alerting them of their
2  participation or their soon to be
3  participation of the SJP E-mail, though --
4  yeah, I don't recall sending those E-mails
5  from the SJP account.
6  Q   Were any other E-mails sent from
7  the SJP account relating to the conduct
8  hearing?
9  A   Relating to the conduct hearing, I
10 believe there were.
11 Q   Who were those E-mails sent to or
12 from?
13 A   For example, I believe the open
14 letter, for example, was sent from the SJP
15 E-mail and that related to the conduct
16 hearing.
17 Q   Any others?
18 A   I believe that E-mails asking to
19 sign the open letter may have also originated
20 from the E-mail.
21 Q   Did you send those E-mails
22 personally?
23 A   I don't recall who sent those
24 E-mails.
25 Q   Were there any other E-mails?

Page 42
1     A    E-mails pertaining to?
2     Q    The conduct hearing or the open
3  letter.
4     A    From the SJP E-mail or any E-mail?
5     Q    Involving the SJP E-mail accounts,
6  either the G-mail account, the backup G-mail
7  account or the Proton Mail account.
8     A    I don't recall exactly what or if
9  other E-mails were sent relating specifically
10 to the conduct hearing from the SJP E-mail or
11 E-mails.  I believe there was an E-mail sent
12 which touched on the disciplinary
13 proceedings, but I'm not sure which E-mail
14 address that originated from.
15    Q    Who was that message sent to?
16    A    That E-mail was sent to attendees
17 of SJP's emergency meeting.
18    Q    When did you hold the emergency
19 meeting?
20    A    I believe the emergency meeting was
21 held towards the end of January 2025.
22    Q    Who attended that meeting?  If you
23 want you can give me the names of executive
24 board members, but if you want to say just
25 SJP members other than that, or if you have

Page 43
1  any non-SJP members attending, let me know
2  who they were.
3     A    SJP members attended, community
4  members attended and faculty and staff
5  attended.
6     Q    Why did you hold an emergency
7  meeting?
8     A    We held the emergency meeting in
9  response to the escalating attempt of student
10 conduct to subject SJP to disciplinary
11 proceedings.
12    Q    Where was that meeting held?
13    A    Sorry, you're asking where?
14    Q    Yes.
15    A    That meeting was held in the
16 assembly room of the William Pitt Union.
17    Q    Did you register that meeting?
18    A    I did register that meeting.
19    Q    Using the University's event
20 registration system?
21    A    I believe I did not use that system
22 to register the event.
23    Q    How did you register?
24    A    I registered the event by going to
25 talk in person to William Pitt Union staff.

Page 44
1     Q    Can you say that again?  I'm not
2  sure what you said.
3     A    I registered that event by talking
4  in-person to William Pitt Union staff.
5     Q    Why didn't you use the University
6  event registration system?
7     A    I did not use the University
8  registration system myself because the 21-day
9  deadline to register an event in that space
10 had already passed.
11    Q    You mentioned earlier that you have
12 used the Signal app on your phone to
13 communicate with certain people.
14    A    Uh-huh.
15    Q    Is that a yes?
16    A    Oh, yes.  I didn't realize that was
17 a question.
18    Q    How many -- I believe each
19 conversation between you and another person
20 on signal is called a chat.  Is that
21 understanding correct?
22    A    Yes, I would call them so.
23    Q    How many different chats have you
24 had with SJP members using the Signal app?
25    A    Numerous.

Page 45
1     Q    Can you estimate how many?
2     A    If I were to estimate the number of
3  individual chats I had where SJP members have
4  been in those chats?
5     Q    Yes.
6     A    Okay.  Dozens, probably.
7     Q    Were you using the Signal app
8  throughout your time as a member of the
9  executive board of SJP?
10    A    I was.
11    Q    When was the first time you used
12 the Signal app to communicate with SJP
13 members on the Signal app?
14    A    I first used Signal to communicate
15 with other SJP members in the fall semester
16 of 2023.
17    Q    Did you ever use the Signal chat --
18 sorry.  Strike that.  Did you ever use the
19 Signal app to communicate with SJP members
20 about the February 2025 conduct hearing?
21    A    I believe I did use the Signal app
22 to communicate about the February 2025
23 disciplinary hearing with SJP members.
24   (Whereupon, Josh Richards joined the Zoom.)
25 BY MR. BILUS:

| Page 46 | Page 47 |
|---|---|
| 1  Q   By chat, I'm saying it might be a thread of several conversations within the chat. But how many of those separate threads, separate chats did you have on that topic? | 1  the time of the February hearing still on your phone? |
| 6  A   I'm not sure exactly. | 3  A   From the time, yes, but pertaining to the hearing, I don't believe so. And I'd like to correct a previous response that I gave about having certain chats such as with ACLU lawyers at the time of the February hearing. I heard that as February 25, so at that time of the hearing we had not formally met with the lawyers. |
| 7  Q   Do you still have any of those chats? | |
| 9  A   Yes. | |
| 10 Q   Have any of them been deleted? | |
| 11 A   I believe that the discussions around the 25th hearing occurred somewhat in the chat with our lawyers and those discussions also occurred via voice, or via calling. | 11 Q   Were any of the chats that related to the February 4th, 2025 conduct hearing deleted? |
| | 14 A   Yes. |
| | 15 Q   How many chats have been deleted? |
| 16 Q   Did you have lawyers at the time of the February 2025 conduct hearing? | 16 A   At least two. |
| 18 A   By that do you mean the February 4th hearing? | 17 Q   It's my understanding the way the Signal app works is that there is a chat, it's a thread with a number of messages on it. And if you don't set the messages to be retained the messages themselves eventually get deleted but the chat remains. Is that your understanding as well? |
| 20 Q   Yes. | |
| 21 A   Okay. I misheard February 25th earlier. We had not formally met with the ACLU lawyers to discuss our situation by the time of the February 2025 hearing. | |
| 25 Q   Do you have any chat messages from | 24 A   I would -- if I understand this correctly, I would agree with the assertion |

| Page 48 | Page 49 |
|---|---|
| 1  that individual messages disappear after a specific time period. But the chat with the specific people in it won't get deleted unless you delete it yourself. | 1  signal chat or chats that had displaying messages on, yes, would have been deleted, yes. |
| 5  Q   Did you delete any of the chats yourself that contained messages relating to the February 4th, 2025 conduct hearing? | 4  Q   Do you know what the retention period was set for for those chats? |
| 8  A   I don't recall deleting the chats themselves. | 6  A   I don't recall exactly which chats -- which chats specifically contained those messages about the open letter. However, most -- however, it may have been one week. Though again, I don't recall exactly, because those messages were across various chats which may have had their own timelines. |
| 10 Q   So they should still be on your phone even though the messages within them may have been deleted? | |
| 13 A   The names of the chats, yes, should be retained but not the messages themselves. | |
| 15 Q   What about chats that contained messages that related to the open letter? Did you delete any of those chats yourself? | 14 Q   Sitting here today, do you have any chats on your phone that involve SJP that have not been set to retain all of the messages permanently? |
| 18 A   No. And I did not delete any of the chats themselves, but the messages therein would have disappeared, yes. | 18 A   I believe the SJP chats on my Signal app are now retaining messages, as well as the SJP chat with the lawyers. |
| 21 Q   So that the messages within the chat that related to the open letter, those would have been deleted. Is that what you're saying? | 21 Q   When did you make the change to that setting for the SJP-related chats? |
| 25 A   Those messages that were in our | 23 A   I'm not sure exactly when we set those -- set the timer to retain the messages for SJP chats. |

```
                                        Page 54                                                Page 55
 1      A    Yes, I would say so.                    1   is disappearing messages have been turned
 2      Q    Are there any non-SJP members who       2   off?
 3  are members of this chat?                        3       A    Yeah.  I mean, I can change the
 4      A    There are not.                          4   language settings, but, yeah, I would say so.
 5      Q    Is the disappearing messages            5       Q    What is the date that that message
 6  setting turned on or off for that chat?          6   was sent?
 7      A    It is turned off.                       7       A    That is also May 16th.
 8      Q    Can you scroll up to that chat and      8       Q    If you scroll up above that does it
 9  tell me the oldest message you see in the        9   give me more detail about when the chat was
10  chat?                                           10   created and whether disappearing messages
11      A    What was the question?                 11   were set to on or off?
12      Q    The oldest message that's in the       12       A    Yes, it does -- yes, for the
13  chat, how old is it?                            13   question about when it was created, and
14      A    It is from May 16th.                   14   yes -- sir, could you repeat the second
15      Q    Of 2025?                               15   question?
16      A    Of this year, yes.                     16       Q    Let me ask it in two places.  Does
17      Q    Prior to that May 16th, 2025           17   it show when you were added to the chat?
18  message is there a message in the chat that     18       A    It shows when I created the chat.
19  says that someone has changed the settings      19       Q    You created this chat?
20  for retaining messages?                         20       A    I did.
21      A    There is a message saying that         21       Q    When did you create it?
22  disappearing messages has been turned off.      22       A    On September 3rd, 2024.
23      Q    Is that exactly what it says?          23       Q    And does it show what the
24      A    No, because it's in Chinese.           24   messages -- the disappearing -- sorry.  Let
25      Q    Okay.  But the English translation     25   me get the right term.  Does it show at that

                                        Page 56                                                Page 57
 1  point whether it was set to disappearing         1       Q    Okay.  So from the time of the
 2  messages on or off?                              2   creation of the chat in September 2024 until
 3      A    It shows that disappearing messages    3   the change to turn off disappearing messages
 4  were set on that day to be on.                   4   in May 2025, are there any messages in that
 5      Q    And how long were they supposed to     5   chat that you see?
 6  be kept and then disappear for at that time?     6       A    I do not see messages from anyone
 7      A    At that time disappearing messages      7   in that period.
 8  were set to be -- or messages set to             8       Q    Do you know how many messages were
 9  disappear after two weeks.                       9   exchanged on that chat during that time
10      Q    And after that initial setting, did   10   period?
11  that setting change between then and the May   11       A    I could not say.
12  2025 change to turn off disappearing           12       Q    Can you give me an estimate?
13  messages?                                      13       A    Maybe in the hundreds of messages.
14      A    Yes.                                  14       Q    Could it have been over a thousand?
15      Q    What does it say?                     15       A    It could have been.  Though, again,
16      A    That disappearing messages were set   16   I'm not sure.
17  -- or messages were set to disappear after     17       Q    You said that you don't see any
18  one week.                                      18   messages during that time period from other
19      Q    When was that changed?                19   people.  Are there any messages that you sent
20      A    That was in October of 2024.          20   during that time period that are still in the
21      Q    And was that setting ever changed     21   chat?
22  after that until the May change?               22       A    There are not any messages that I
23      A    I do not see any other changes        23   sent during that time period still in that
24  to -- yeah, I don't see any other changes to   24   chat.
25  disappearing message settings until May.       25       Q    Do you remember why you created the
```

|   | Page 74 |
|---|---|
| 1 | Q   Back to Exhibit 4, do you know who |
| 2 | clicked the Send button on this E-mail? |
| 3 | A   I don't know exactly who pressed |
| 4 | that. |
| 5 | Q   I assume by that answer you were |
| 6 | not the person who clicked the Send button on |
| 7 | this E-mail, correct? |
| 8 | A   I don't believe I was the |
| 9 | individual who pressed Send on this E-mail. |
| 10 |      MR. BILUS:  Chris, can you |
| 11 |      scroll down to the page that shows |
| 12 |      the signatories?  You can stop.  Go |
| 13 |      back up to the beginning of that |
| 14 |      list.  Thank you. |
| 15 | BY MR. BILUS: |
| 16 | Q   ▓▓▓▓, as you can see on page two |
| 17 | of Exhibit 4, that's where the list of |
| 18 | signatories begins called University of |
| 19 | Pittsburgh Affiliated Organizations.  Do you |
| 20 | know who wrote that line, University of |
| 21 | Pittsburgh Affiliated Organizations that's in |
| 22 | bold and underlined there? |
| 23 | A   I am not sure exactly who typed |
| 24 | which word in this document. |
| 25 | Q   Do you know who -- I'll take that |

|   | Page 75 |
|---|---|
| 1 | back.  You see the third signatory on this |
| 2 | E-mail version of the open letter that says |
| 3 | University of Pittsburgh Law School?  Do you |
| 4 | know who SJP contacted to obtain the Law |
| 5 | School's permission to be a signatory? |
| 6 | A   We collected signatories through an |
| 7 | open Google form through which any -- anyone |
| 8 | could sign on behalf of their respective |
| 9 | organization. |
| 10 | Q   Do you know who filled out the |
| 11 | Google form and signed it on behalf of the |
| 12 | University of Pittsburgh School Of Law? |
| 13 | A   I do not know. |
| 14 | Q   Do you know whether -- do you know |
| 15 | now whether the University of Pittsburgh |
| 16 | School Of Law authorized for it to be listed |
| 17 | as a signatory on the open letter? |
| 18 | A   I now believe that this inclusion |
| 19 | was not authorized through the school.  I did |
| 20 | not know that -- |
| 21 | Q   Sorry, I didn't mean to cut you |
| 22 | off.  How did you become aware that this was |
| 23 | not authorized? |
| 24 | A   I believe that a few days after the |
| 25 | open letter was sent via E-mail and I had |

|   | Page 76 |
|---|---|
| 1 | been looking at the signatories and found it |
| 2 | curious that a school had signed onto the |
| 3 | letter. |
| 4 | Q   So when you noticed that and found |
| 5 | it curious, what did you do? |
| 6 | A   I removed that signatory from the |
| 7 | letter. |
| 8 | Q   Did you speak with anyone before |
| 9 | doing that? |
| 10 | A   I don't recall if I did. |
| 11 | Q   Did you contact anyone at the law |
| 12 | school about this? |
| 13 | A   I did not contact any member of the |
| 14 | law school specifically about the mistaken |
| 15 | signature that had been submitted to the |
| 16 | Google form for the open letter. |
| 17 | Q   Did anyone at SJP contact anyone at |
| 18 | the law school about the law school being |
| 19 | listed as a signatory on the open letter? |
| 20 | A   I don't believe any member |
| 21 | contacted any signatory to confirm their |
| 22 | listing on the open letter after it had been |
| 23 | signed. |
| 24 |      MR. BILUS:  Chris, you can |
| 25 |      take down Exhibit 4.  I'd like to |

|   | Page 77 |
|---|---|
| 1 |      put up Exhibit 3. |
| 2 |      (Whereupon, a document was displayed.) |
| 3 |      MR. BILUS:  And if you could |
| 4 |      scroll through this so he can see |
| 5 |      what it is, that would be helpful. |
| 6 |      THE WITNESS:  You may advance. |
| 7 |      You may advance.  Okay, I think I'm |
| 8 |      familiar with this document. |
| 9 | BY MR. BILUS: |
| 10 | Q   What is this document? |
| 11 | A   This is a version of the open |
| 12 | letter that was shared via our Instagram |
| 13 | account, which would be SJP, underscore, Pitt |
| 14 | at that time. |
| 15 | Q   I see on page two of Exhibit 3 the |
| 16 | accounts that are sharing it state, SUMUD |
| 17 | Pitt and SJP, underscore, PGH.  Is SJP, |
| 18 | underscore, PGH the new handle for SJP's |
| 19 | Instagram account? |
| 20 | A   It is. |
| 21 | Q   So this post says it was posted on |
| 22 | February 8th.  At the time that this was |
| 23 | first posted on Instagram on February 8th was |
| 24 | SJP's Instagram account using a different |
| 25 | handle? |

```
                                       Page 90                                         Page 91
 1      A    Yes.                                   1      Q    Do you remember discussing Exhibit
 2           MR. BILUS:  Chris, if you              2   7 with any other members of SJP?
 3      could go back to the top.                   3      A    Yes.
 4   BY MR. BILUS:                                  4           MR. BILUS:  Ali, I think it's
 5      Q    Exhibit 7 is an E-mail from Marlin     5      implied, but I am going to reserve
 6   Nabors regarding conduct hearing update sent   6      my right to ask who those people
 7   March 18, 2025 at 9:16 a.m.  Have you seen     7      were for all these topics.  We're
 8   this document before, ▮▮▮▮▮?                   8      not doing that right now.
 9      A    Yes, I have.                           9           MS. SZEMANSKI:  Right.  I'm
10      Q    What do you recall about the          10      going to give the same instruction
11   interim suspension of SJP?                    11      of identifying the executive board
12      A    Is there anything specific you'd      12      members and then generally giving
13   like me to address?                           13      descriptions of people not in the
14      Q    What's your understanding of that?    14      University.
15           MS. SZEMANSKI:  I'm going to          15   BY MR. BILUS:
16      object as vague.  Are you asking           16      Q    When did you discuss receiving this
17      about the terms of the suspension,         17   E-mail with the other SJP members?
18      the length?                                18      A    I believe it was the same day that
19           MR. BILUS:  I'll be more              19   they received it.
20      specific.                                  20      Q    What do you recall about the
21   BY MR. BILUS:                                 21   discussion?
22      Q    Did you receive this E-mail,          22      A    I recall that the various board
23   ▮▮▮▮▮?                                        23   members were concerned about this notice.
24      A    I believe I did receive this          24      Q    Was that discussion in person?
25   E-mail.                                       25      A    We discussed this notice both in

                                       Page 92                                         Page 93
 1   person and electronically.                     1      A    Students were concerned that this
 2      Q    When you say electronically can you    2   was a notice of individual suspension.
 3   be more specific?                              3      Q    They thought that they were being
 4      A    Both we discussed this notice over     4   suspended as individuals rather than the
 5   Signal and iMessage, I believe.                5   organization being suspended?
 6      Q    Are the messages in Signal where       6      A    Yes, for a brief period.
 7   you discussed this E-mail, do they still       7      Q    How was that resolved?
 8   exist?                                         8      A    That was resolved by examining the
 9      A    They do not.                           9   language of the letter that accompanied this
10      Q    What about the iMessages?  Do those   10   message.
11   still exist?                                  11      Q    And it made it clear that it was a
12      A    They do exist.                        12   suspension of the organization and not of the
13      Q    Have you provided those to your       13   individuals; is that correct?
14   lawyers?                                      14      A    It did state that the interim
15      A    We have.                              15   suspension applied to the organization.
16      Q    Were any people outside of SJP        16      (Whereupon, Ms. Rhodes re-entered the Zoom.)
17   involved in these discussions about this      17   BY MR. BILUS:
18   Exhibit 7?                                    18      Q    Did SJP take any action as a result
19      A    In the discussions I just             19   of receiving Exhibit 7?
20   referenced, those were composed of SJP        20      A    What kind of actions?
21   members.                                      21      Q    Anything at all.
22      Q    And what was the reaction to this     22      A    Yes.  Yes, I think so.
23   interim suspension?                           23      Q    What were those actions?
24      A    Fear.                                 24      A    We discussed this letter and the
25      Q    Fear of what?                         25   accompanying document as a board.
```

Page 94
1    Q   Any other actions?
2    A   I believe we also provided it to
3  our legal counsel.
4    Q   And other than providing it to
5  legal counsel, I don't want to ask what you
6  did with respect to legal counsel, but were
7  there any other actions that SJP took as a
8  result of receiving Exhibit 7?
9    A   Yes.
10   Q   What were those?
11   A   I believe I told my peers that I
12 had received this notice.
13   Q   Who do you mean by peers?
14   A   People, friends in my classes,
15 friends where we just talked.
16   Q   And did SJP take any other actions
17 other than what you already explained?
18   A   I think individuals were free to
19 talk about this letter as they pleased to
20 their own peers, so I imagine that would have
21 happened.
22   Q   Anything else?
23   A   I guess there are lots of granular
24 individual activities that people could have
25 talked in their communities about the

Page 95
1  suspension.  But again, it just gets further
2  and further removed.
3    Q   I guess what I'm asking you is
4  official actions of SJP where the group was
5  acting as a group.  Were there any other
6  actions that SJP itself took?
7    A   I don't recall specific
8  organization-wide actions stemming directly
9  from this notice.  Of course the suspension
10 did affect things, but I wouldn't say there
11 was a specific -- any additional specific
12 thing that SJP did in reaction to this
13 letter.  Is there anything more specific?
14   Q   No.  Just making sure I've heard
15 everything you had on that.
16        MR. BILUS:  Chris, you can
17     take Exhibit 7 down.
18 BY MR. BILUS:
19   Q   The University held another conduct
20 hearing involving SJP on May 23, 2025; is
21 that correct?
22   A   On May 3rd?
23   Q   May 23rd.
24   A   Oh, 23rd?  Yes, there was another
25 disciplinary hearing on May 23, 2025, I

Page 96
1  believe.
2    Q   Did you participate in that
3  hearing?
4    A   I did.
5         MR. BILUS:  Chris, can you
6      bring up Exhibit 9?
7      (Whereupon, a document was displayed.)
8  BY MR. BILUS:
9    Q   This is an April 14, 2025 letter
10 from the witness and          .
11        MR. BILUS:  Chris, if you can
12     scroll through that document for the
13     witness to review it, please.
14        THE WITNESS:  You may advance.
15     Okay.
16 BY MR. BILUS:
17   Q   Do you recognize this document?
18   A   I do recognize this document.
19   Q   What is this document?
20   A   This is a notice from the Office of
21 Student Conduct informing us of the
22 recommended sanctions and asking us to
23 respond with one of the three statements they
24 listed.
25   Q   This was sent following a

Page 97
1  disciplinary conference held on April 11th,
2  2025; is that correct?
3    A   I don't recall the exact date of
4  the conference, but that sounds reasonable to
5  me.
6    Q   Were you present for that
7  conference?
8    A   I believe I was present for the
9  conference.
10   Q   Do you know who else participated
11 in that conference?
12   A   I'm not sure exactly who.
13   Q   Was           there?
14   A   I believe she was.
15   Q   Do you remember how SJP responded
16 to Exhibit 9?  By that I mean if --
17        MR. BILUS:  Chris, if you can
18     scroll down a little bit.
19 BY MR. BILUS:
20   Q   You can see there are different
21 places to sign?
22   A   I believe we responded with the
23 first option which is to request a -- sorry.
24 I believe we selected the third option and we
25 requested a full hearing and did not admit to

Page 114
1  only visual would be to indicate that that
2  line should be a visual disruption of the
3  conceptualizations that we could continue
4  studying as if nothing had happened to the
5  University students in Gaza.
6      Q   Do you know if the documents with
7  that alternative language postdated Exhibit
8  12?
9      A   Yes, I believe that Exhibit 12
10 represents an earlier version of the document
11 than the version I just described.
12          MS. SZEMANSKI:  Chris, you can
13      take document 12 down.  Sandy, if
14      you would like to invite Nikki back
15      in, I just have a few more
16      questions.
17          MR. BILUS:  All right.  You
18      can go ahead.
19          MS. SZEMANSKI:  Nikki was here
20      for our discussion of the Signal
21      chats, right?
22          MR. BILUS:  Yes.
23          MS. SZEMANSKI:  Okay.  We can
24      wait for her if you'd like.
25          MR. BILUS:  I think you can go

Page 115
1      ahead.
2          MS. SZEMANSKI:  Sure.
3  BY MS. SZEMANSKI:
4      Q   ▓▓▓▓▓ earlier you testified or
5  answered questions about how many group chats
6  you may have discussed the conduct
7  proceedings in.  Do you remember that?
8      A   Uh-huh.
9      Q   And you were asked to review your
10 Signal account?
11     A   Yes.
12 (Whereupon, Ms. Rhodes re-entered the Zoom.)
13 BY MS. SZEMANSKI:
14     Q   You testified that you were able to
15 remember at least one group chat, the 2024-25
16 group chat where you know that there were
17 messages about the open letter and conduct
18 proceedings?
19     A   Yes, I believe that there were
20 discussions about various conduct proceedings
21 in that chat.
22     Q   Were there any group chats on
23 Signal that were established specifically for
24 the purpose of discussing the open letter?
25     A   I'm not sure.  The open letter was

Page 116
1  disclosed via group chat on iMessage.
2      Q   So an iMessage group specific to
3  discussing the open letter?
4      A   I believe so, yes.
5      Q   I want to ask a similar question as
6  to the study-in.  Were there any specific
7  group chats that were created specific to
8  planning the study-in on Signal?
9      A   Yes, I believe there were.
10     Q   How many Signal chats were created
11 specific to planning the study-in?
12     A   There were several.  Maybe three or
13 four.
14     Q   Were all of the participants in
15 those three to four Signal chats members of
16 the SJP?
17     A   No.  There were other -- there were
18 members from other organizations present in
19 those chats.
20     Q   In those chats with other
21 organizations did you have -- do you recall
22 if you had disappearing messages sent?
23     A   Yes, disappearing messages were
24 sent.
25     Q   Of the three to four chats

Page 117
1  potentially involving other -- how many
2  potentially involved other organizations?
3      A   I can't recall exactly.  Maybe one
4  or two of them.
5      Q   For the Signal group chats that
6  involved members of other organizations, do
7  you remember the time that was set for the
8  disappearing messages?
9      A   I don't recall exactly.
10     Q   When acting on behalf of SJP and
11 speaking to other organizations, was there a
12 typical window you would set on disappearing
13 messages on Signal?
14     A   I think I would typically set the
15 disappearing window of around a week, but
16 that varied with the topic of discussion in a
17 particular chat.
18     Q   Was the window ever longer than a
19 week?
20     A   The SJP board chat was briefly set
21 to have disappearing messages expire after
22 two weeks at the beginning of the school
23 year.
24     Q   Were there times when disappearing
25 messages on SJP group chats was ever shorter

```
                                          Page 118                                              Page 119
 1  than one week?                                      1      Q   Can you estimate how many group
 2      A   I would think so, yes.                      2  chats you may have discussed the open letter
 3      Q   Can you recall the shortest amount          3  in?
 4  of time that setting may have been set to?          4      A   I would say upwards of four, maybe.
 5      A   There may have been chats with              5      Q   You said upwards of four.  Do you
 6  messages of a day or less.                          6  think it was more than ten or less than ten?
 7      Q   I guess circling back to the group          7      A   If including chats where the link
 8  chats involving the open letter with other          8  to the letter was sent out, probably more
 9  organizations, I just wanted to confirm.  You       9  than ten.  But as to chats that were
10  said you testified you believe it might have       10  substantively -- or that included substantive
11  been a week or -- strike that.  Did                11  discussions about the contents or tone of the
12  conversations about the open letter appear in      12  letter, probably fewer than ten.
13  SJP group chats that were -- that did not          13      Q   In a similar question as to direct
14  have a specific focus or topic of                  14  messages, I'll limit it to direct messages
15  conversation?                                      15  about the drafting of the open letter prior
16      A   I imagine they would have.                 16  to it being sent.  Can you estimate about how
17      Q   Did conversations about the                17  many direct messages you may have sent -- not
18  study-in occur in like larger group chats          18  direct.  Let me start over.  With how many --
19  with no specific purpose?                          19  can you estimate with how many individuals
20      A   Yes, I would say that conversations        20  you engaged in direct messages with about the
21  about the study-in were created -- those           21  open letter prior to it being sent, you know,
22  group chats were created for the purpose of        22  such as during the drafting process?
23  the study-in and those kinds of conversations      23      A   Sorry, can you repeat the last
24  may have been in scattered across other            24  part?
25  chats.                                             25      Q   Yes.  Limiting it to the time

                                          Page 120                                              Page 121
 1  period while you were drafting and planning         1  between 10 and 20 where you may have
 2  the open letter, can you recall how many            2  discussed the open letter on Signal?
 3  individuals with whom you may have had direct       3      A   Sorry, that 10 to 20 was the
 4  Signal messages about the open letter?              4  study-in.
 5      A   Okay.  Just a handful, I think,             5      Q   Oh, sorry.  Thank you, the
 6  that pertained specifically to the drafting         6  study-in.  But you think you may have
 7  of the letter before it was published.  So          7  discussed the study-in on between 10 to 20
 8  maybe fewer than five.                              8  group chats on Signal?
 9      Q   Per group chats that you                    9      A   Group chats, yes.  Earlier you
10  participated in where there may have been          10  asked about chats or direct messages about
11  discussion of the library study-in, can you        11  the open letter.  Did you mean those that
12  estimate about how many you were                   12  discussed its contents and drafting or those
13  participating in?                                  13  that were asking people to sign?
14      A   At least five, I think.                    14      Q   I was asking specifically as to
15      Q   At least five, you said?                   15  drafting and contents.  Does that change your
16      A   Uh-huh.                                    16  answer?
17      Q   Do you think it was more than ten          17      A   Yeah, in that case I think it would
18  or less than ten?                                  18  be fewer than I think I said five to ten or
19      A   It may have been upwards of ten            19  something like that previously.  But in terms
20  group chats where the study-in was brought         20  of the direct messages with individuals
21  up.                                                21  talking about the drafting or substance of
22      Q   Are those -- would you say it's            22  the open letter, probably fewer than five, I
23  more than 20?                                      23  think.
24      A   I don't think it's more than 20.           24      Q   As to the library study-in
25      Q   You think it might be somewhere            25  planning, with how many people did you engage
```

Page 122

1  in direct messages on Signal about the
2  planning of the study-in?
3      A    In terms of directly planning for
4  the study-in I don't think I was extremely
5  involved in all of the discussions
6  specifically about the planning.  However, I
7  did send direct messages to people to let
8  them know that it was happening.
9      Q    Do you recall -- sorry.
10     A    I think I sent quite a few around
11 that time, maybe upwards of 15, letting
12 people know the study-in was happening.
13     Q    Were the recipients of those
14 messages members of SJP?
15     A    Some of them were, but some direct
16 messages just went to some of my friends and
17 my peers I had met through other
18 organizations.
19          MS. SZEMANSKI:  Sandy, those
20      are all the questions I had.  I
21      don't know if you have additional
22      questions.
23          MR. BILUS:  No.  I think we
24      can conclude for today.  We'll hold
25      open those topics as to the 30 B6

Page 123

1  portion of this deposition to
2  continue those.  ▇▇▇ you are
3  excused for the day.  Thank you very
4  much.
5          MS. SZEMANSKI:  Yes, thank
6  you, ▇▇▇
7          THE WITNESS:  Okay.
8          MR. BILUS:  I'll take a copy
9  as soon as you can get it to us.
10         MR. WORLDS:  We would like a
11 copy by Thursday, please.
12              * * *
13         (Witness excused.)
14              * * *
15    (Whereupon, the Zoom deposition
16 concluded at 4:08 p.m.)
17              * * *

Page 124

1              CERTIFICATION

3    I, Karen A. Stevens, a Court Reporter and
4  Notary Public, do hereby certify the
   foregoing to be a true and accurate
5  transcript of the proceedings in this matter,
   as transcribed from the stenographic notes
6  taken by me.

7  _____
   Karen A. Stevens
8  Court Reporter
   Notary Public

15    (The foregoing certification of this
   transcript does not apply to any reproduction
16 of the same by any means, unless under the
   direct control and/or supervision of the
17 certifying reporter.)

Page 125

                   - - -
              INSTRUCTIONS TO WITNESS
                   - - -

    Read your deposition over carefully.
It is your right to read your deposition and
make changes in form or substance.  You
should assign a reason in the appropriate
column on the ERRATA SHEET for any change
made.

    After making any change in form or
substance, and which have been noted on the
following ERRATA SHEET, along with the reason
for change, sign your name on the ERRATA
SHEET and date it.

    Then sign your deposition at the
end of your testimony in the space provided.
You are signing it subject to the changes you
have made in the ERRATA SHEET, which will be
attached to the deposition before filing.
You must sign in the space provided.  The
witness need not be a Notary Public.  Any
competent adult may witness your signature.