# EXHIBIT 2

March 18, 2025

University of Pittsburgh's
Students for Justice in Palestine Chapter
*Via email to sjppgh@gmail.com*

RE: Representation Pitt SJP

Dear Co-Presidents ███████████████:

Thank you for working with the American Civil Liberties Union of Pennsylvania ("ACLU") in connection with the University of Pittsburgh placing its Students for Justice in Palestine ("Pitt SJP") chapter on interim suspension – effective March 18, 2025 – in connection to the student organizations on-campus protest actions. I write to confirm the role that lawyers associated with the ACLU can play at this time and what we ask of you in return. The lawyers include Solomon Furious Worlds and Vic Walczak of the ACLU, and Jules Lobel. We agree to act as your lawyers for the limited purpose of evaluating how to respond to the interim suspension. Of course, there will be no charge to you for any of the work we perform.

It is also important that we all understand what we are *not* undertaking to do for you. We are not at this point agreeing to sue anyone on your behalf or advise you about pursuing claims in court or in the legal system. Nor can we advise you on what the time limits might be for you to bring any claims you might have against Pitt or others. As we learn more about the situation concerning Pitt SJP's suspension, we may revisit and possibly expand the scope of the work together. If so, we will spell that out in a future letter and may ask that you sign a retainer letter or a more robust engagement letter before undertaking any litigation work. For now, however, we can only do what is described in the first paragraph of this letter.

In exchange for this limited representation, we ask that you keep us up to date about any developments. In the event you are contacted by a member of the press or other media about this matter, we ask you to consult with the ACLU before talking with the media so that we may advise you about how such communication could impact you and your position with respect to the situation with Pitt. For the same reason, we ask you also to consult with the ACLU before contacting members of the press or other media to discuss this matter.

**ACLU**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Pennsylvania

Eastern Region Office
PO Box 60173
Philadelphia, PA 19102
215-592-1513 T
267-573-3054 F

Central Region Office
PO Box 11761
Harrisburg, PA 17108
717-238-2258 T
717-236-6895 F

Western Region Office
PO Box 23058
Pittsburgh, PA 15222
412-681-7736 T
412-345-1255 F

Page 2 of 2

Experience has shown that it is better if we all start out with a clear understanding of the precise role that the ACLU is agreeing to perform and what you are agreeing to do in return. If the above terms are acceptable to you, please sign the copy of this letter attached for that purpose and return it to me.

If you have any questions or would like to discuss this representation, please contact me via email at sfworlds@aclupa.org, phone at 856-409-0442, or Signal at Solomon.95.

Sincerely,

Solomon Furious Worlds
Staff Attorney

CC:   Sara Rose, Deputy Legal Director (*via email*)
      Vic Walczak, Legal Director (*via email*)
      Jules Lobel, Constitutional law scholar (*via email*)

**Accepted and Agreed:**

_____            3/18/2025
Client's Signature                         Date

**Acknowledged:**

_____            _____
Attorney's Signature                       Date

_____            _____
Attorney's Signature                       Date

_____            _____
Attorney's Signature                       Date