# EXHIBIT 4

Message
_____

**From:** ████████████████████████
**Sent:** 2/4/2025 11:15:06 AM
**To:** Lobel, Jules [jll4@pitt.edu]
**Subject:** Re: Notice of Options for Resolution

Thank you for sending the email, Professor Lobel! You are very welcome to join the hearing after your other commitment, but we also understand that you probably have better things to attend to than kangaroo court.

In any case, here is the link: https://pitt.zoom.us/j/99622010627?from=addon

Best,

████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

_____

**From:** Lobel, Jules <jll4@pitt.edu>
**Sent:** Tuesday, February 4, 2025 07:42
**To:** ████████████████████████████
**Subject:** FW: Notice of Options for Resolution

████████ I understand that you have a disciplinary hearing today at 1. I am booked up until 2, and my understanding is that a representative can't do anything at the hearing anyway. Below is the email I sent to Matthew Landy. Let me know if I can be helpful.

Prof Lobel

_____

**From:** Lobel, Jules
**Sent:** Tuesday, February 4, 2025 7:36 AM
**To:** ████████████████████████████; Landy, Matthew E <mal130@pitt.edu>; ████████████████████████
**Cc:** ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
**Subject:** RE: Notice of Options for Resolution

Dear Matthew Landy,

   I am writing to express my deep concern about the disciplinary proceedings that have been initiated against the student organization, Students for Justice in Palestine. I am the Bessie McKee Walthour Chaired Professor of Law at the University of Pittsburgh Law School, where I have taught Constitutional Law and other subjects for over 40 years. I am very troubled by both the process utilized by the University as well as what appears to be the infringement of students' first amendment rights.

   First, it is a basic principle of due process of law that a person or entity being disciplined must be given adequate notice of the charges against them. The totally vague and inadequate notice provided these students violates that

principle. Second, the lack of transparency and the apparent nature of the charges raises a strong inference that underlying these charges is an attempt to discipline this organization because of their political speech and positions. As you must be aware, for the University to do that would violate these students First Amendment rights.

    I apologize for not having written sooner, but I was out of the country until very recently. I write now in the hope of saving the University the embarrassment and expense of defending itself against claims that it has violated the constitutional rights of these students by taking disciplinary action against them which is based on their political views. In all my years at the University of Pittsburgh Law School I do not recall any University Administration taking such action against students who were peacefully protesting.

                     Yours truly,

                       Professor Jules Lobel
                       Bessie McKee Walthour Chaired Professor of Law
                       University of Pittsburgh Law School

---

**From:** [redacted]
**Sent:** Friday, January 24, 2025 4:51 PM
**To:** Landy, Matthew E <mal130@pitt.edu>; [redacted]
**Cc:** [redacted]
**Subject:** Re: Notice of Options for Resolution

Dear Matthew Landy,
   We find it deeply troubling that you are unable to provide a specific list of policies allegedly violated.

Additionally, our request for any supplementary documentation—beyond the Code of Conduct—detailing procedural information relevant to Level II hearings stems from concerning statements you made during the disciplinary conference process. Specifically, you characterised the Code of Conduct as outlining only the "broad strokes" of Level II hearings and not the procedures themselves.

This was in response to our inquiry about written documentation supporting your claim that questions must be submitted in advance of the hearing.

We, [redacted] having been informed of my rights as Presidents of our organisation, do not admit to the nature of the charge filed against my organization and request a Full Hearing.

Sincerely,

[redacted]

---

**From:** Landy, Matthew E <mal130@pitt.edu>
**Sent:** Friday, January 24, 2025 15:56
**To:** [redacted]
**Cc:** [redacted]

**Subject:** RE: Notice of Options for Resolution

**Policy, procedure or guideline'** is referring to, for example, the Library Space Use Policy. In a hearing, however, if there is evidence presented that would also be a violation of any other 'policy, procedure or guideline', the Level II Hearing Board may take that into consideration as an infraction. As I explained yesterday, you may review the Student Code of Conduct regarding the Level II conduct process which outlines topics such as evidence, witnesses, timelines, etc.

Sincerely,

**Matthew Landy**
Director of Student Conduct
University of Pittsburgh
725 William Pitt Union
Office: 412.648.7910
mal130@pitt.edu

**This message may contain confidential information and is intended only for the individual or individuals named. If this email message has not been addressed to you, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, please be aware that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.**

---

**From:**
**Sent:** Friday, January 24, 2025 1:58 PM
**To:** Landy, Matthew E <mal130@pitt.edu>;
**Cc:**

**Subject:** Re: Notice of Options for Resolution

Dear Matthew Landy,

We are concerned by the lack of particulars in your email and the implication this omission may have on the conduct process's provision of "due process and fundamental fairness to all persons."

We request that you provide a **detailed list of the specific policies, procedures, and/or guidelines that are alleged to have been violated**. A general reference to broad categories of violations does not provide sufficient information for us to adequately respond or prepare for the next steps in this process.

Additionally, please furnish us with **any and all supplementary documents** (i.e., outside of the Code of Conduct) detailing procedural information relevant to Level II hearings as mentioned during our meeting on Wednesday.

Sincerely,

**From:** Landy, Matthew E <mal130@pitt.edu>
**Sent:** Thursday, January 23, 2025 16:27
**To:**
**Cc:**
**Subject:** Notice of Options for Resolution

Dear Students for Justice in Palestine (SJP),

Following your disciplinary conference for the Registered Student Organization Students for Justice in Palestine held on January 22, 2025, please review the options for resolution below.

As a reminder, these are the alleged violations of the Student Code of Conduct and recommended sanctions.
List of Violation(s)
**19. Violates or assists in the Violation of any policy, procedure or guideline of the University including, but not limited to the following:**
**k. Any other policy, procedure, or guideline of the University whether or not listed in the Code**
**36. Fails without just cause to comply with the lawful direction of a University official, or other lawful authority having just cause and acting in the performance of their duties and authority.**

Recommended Sanction(s)
**Probation through December 31, 2025** — A designated period of time during which a registered student organization's status is conditioned upon future behavior. The issuance of additional sanctions may occur if the registered student organization is found to be in violation of any University regulation during the probationary period.
**Restriction of Privileges** — SJP cannot host, co-host or otherwise participate in any events effective immediately. This restriction will be lifted on May 5, 2025, if SJP completes the educational conversations. If SJP does not complete the educational conversations by May 5, 2025, the restriction will remain in place until that sanction is completed.
**Educational Conversations** — SJP leadership is required to meet with the Associate Director of Student Organizations & Advising to discuss the following topics:
- Process(es) and procedure(s) for scheduling space for events.
- A check list for scheduling space for events.
- The roles and responsibilities of leadership in student organizations.
- Effective leadership strategies in student organizations.
- Community impact that student organizations have.
- Posting and Chalking Guidelines and Demonstration Guidelines.
- Setting and managing expectations as a leader of a registered student organization.

Please respond to this email by 4:00pm Friday January 24, 2025, with one of the below statements.

I, _____, having been informed of my rights as a President of my organization, do hereby waive the right to a hearing, admit to the general nature of the charge filed against my organization, and accept the above-recommended sanctions.

I, _____, having been informed of my rights as a President of my organization, do admit to the general nature of the charge filed against my organization and request a Sanctions Only Hearing to be held on Tuesday, February 4, 2025.

I, _____, having been informed of my rights as a President of my organization, do not admit to the nature of the charge filed against my organization and request a Full Hearing to be held on Tuesday, February 4, 2025.

As always, please reference the Student Code of Conduct regarding information about the process, violations, etc.

Sincerely,


**Matthew Landy**
Director of Student Conduct
University of Pittsburgh
725 William Pitt Union
Office: 412.648.7910
mal130@pitt.edu

**This message may contain confidential information and is intended only for the individual or individuals named. If this email message has not been addressed to you, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, please be aware that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.**