# EXHIBIT 7

**DECLARATION OF** █████

I, █████, make this declaration and aver as follows:

1. I am a rising University of Pittsburgh senior studying █████ ████████████████████████████.

2. I was a co-president of the Students for Justice in Palestine at Pitt ("SJP-Pitt") during the 2024-25 school year and will again be a co-president in the upcoming year.

3. I am submitting this declaration in support of Plaintiff SJP-Pitt's May 30, 2025, Motion for a Protective Order.

4. Defendants seek discovery of all documents and communications related to:

   a. Subject Incidents,[1] including SJP-Pitt's organization, sponsorship, promotion, and planning;

   b. The event scheduling system's alert (*id.* at ¶¶ 28-29)

   c. The application of the Subject Policies[2] to the Subject Incidents;

   d. All documents and communications relating to the "various advocacy opportunities" referred (ECF No. 4 at 35)

   e. All documents and communications relating to the Open Letter (Verified Compl. ¶¶ 106-111)

---

[1] On pages 4 -5 of its First Request for Production, Defendants defined "Subject Incidents" as:
   a) the Sept. 25, 2024 demonstration (Verified Compl. ¶ 34),
   b) the October 9, 2024 rally (*id.* at ¶ 36),
   c) the October 10, 2024 teach-in (*id.* at ¶37),
   d) the Shabbat event (*id.* at ¶¶43-50), and
   e) the December 9-12, 2024 study-in (*id.* at ¶¶ 53-54, 56-58, 60).

[2] On page 5 of its First Request for Production, Defendants defined "Subject Policies" as:
   a) Student Organization Research Center Registration Guidelines (*id.* at Ex. 1);
   b) Student Code of Conduct (*id.* at Ex. 17);
   c) Demonstration and Protest Guidelines (*id.* at Ex. 9);
   d) RSO Event Planning Guidelines (*id.* at Ex. 18);
   e) Library Space use Policy (*id.* at Ex. 20); and
   f) Event Management System (Verified Compl. ¶ 41).

1

5. Disclosing all documents and communications Defendants requested would violate our rights; severely damage our ability to recruit and retain members; endanger our board and general members and subject them to harassment, doxing, and retaliation, all of which have already occurred; and ruin the trust we have built with our members, supporters, and allied organizations.

6. Additionally, because the bulk of our conversations took place on platforms that delete messages after a short period of time, we cannot retrieve the messages Defendants want.

7. Responses to these discovery requests would require the disclosure of personal, non-public communications between members of SJP-Pitt related to event planning, speech writing, and other operational logistics; board members' reactions to counter protests, safety concerns, and repressive tactics used against us; board members' impressions of what is happening on the ground in Palestine and on Pitt's campus; and board members' unfiltered views about various Pitt administrators and other members of the Pitt community.

8. Because board members are all friends, responses to these discovery requests would also require the disclosure of many jokes and personal "checking in" messages.

9. Board members often talked about events, opinions, and ideas that were never meant to see the light of day.

10. Everyone involved—board members, general body members, and supporters—in planning or discussing potential or actual events or social media posts expected that the content of those plans or discussions would stay private. Maintaining privacy is vital to allowing candid discussions, and being able to speak openly and honestly with each other is essential to effective organizing and advocacy.

11. During those internal discussions, SJP-Pitt board members would often form, discuss, debate, critique, abandon, and revive ideas in a free-flowing manner.

12. Some of the discussions involved allies from other organizations, who also had no expectation that their communications would be disclosed.

13. Some of the discussions involved SJP-Pitt board members acting in other capacities, including on behalf of other non-University-registered organizations. Sometimes SJP-Pitt partnered on those events, but other times the SJP-Pitt board members were acting purely as individuals or as members of the other organizations.

14. The communications also identify students and allies involved in SJP-Pitt strategizing and operations. Not all of these students' identities and affiliations with SJP-Pitt are known publicly or to the University.

15. I am certain that these if these communications were disclosed that it would reduce the amount of internal discussion and participation in SJP-Pitt, and it would have ripple effects that would extend beyond our group.

16. SJP-Pitt membership and participation increased after October 7, 2023, but so have repression from Pitt, criticism, threats of violence, and oppression from government officials.

17. While some groups share their officers' names and pictures on Pitt's campus community platform[3], like the Men's Ice Hockey Club at Pitt,[4] SJP-Pitt's page does not show our officers names and faces to the wider public.[5] Indeed, after receiving threats and harassment

---

[3] *See* Login, ExperiencePitt, https://experience.pitt.edu/home_login ("[t]he official campus community platform" for students "at University of Pittsburgh" to learn about student organizations) (last accessed May 28, 2025).
[4] *See* Men's Ice Hockey Club at Pitt, ExperiencePitt, https://experience.pitt.edu/icehockey/home/ (last accessed May 28, 2025).
[5] *See* Student for Justice in Palestine, ExperiencePitt, https://experience.pitt.edu/sjp/home/ (last accessed May 28, 2025).

3

last Fall from both other Pitt student groups opposed to our message and outside agitators, we restricted public access to identifies of SJP-Pitt officers on the website.

18. Due to the overly politicized nature of any advocacy in support of Palestine and in opposition to Israel, many of our board and general members do not want to be identified to Pitt or the public.

19. Since Pitt only requires the names of four (4) board members and ten (10) general members, the rest of our board and general members are unknown to Pitt and the public.

20. Disclosing the requested information would lead to Defendants, and possibly the public, learning who is in SJP-Pitt, the other organizations that support SJP-Pitt, the organizations SJP-Pitt supports, and the other organizations our board and general members are part of.

21. SJP-Pitt needs this anonymity to continue to recruit new members and encourage internal discussions given how much the University, law enforcement, and government officials target us and our advocacy.

22. I, and the rest of the SJP-Pitt board, know that the University and individual Pitt administrators—including Defendant Karin Asher—have surveilled our social media presence during the 2024-2025 academic year. I am concerned that if Defendants get the information they request, then they will use it to electronically and physically surveil us further.

23. I am concerned that Pitt administrators would use the requested information to initiate disciplinary actions against our organization, or individual members, for engaging in protected First Amendment activities. Indeed, we are already in court in this lawsuit alleging that Pitt has retaliated against us because of our political views.

4

24. I am concerned that Pitt administrators and Pitt police officers could learn how we organize and use that information to power map against us and other groups.

25. I am also concerned that the information could, through a leak or by accident, or if the documents are made public, get to a community member with bad intent.

26. Like the past on-campus harassment our organization[6] and our individual members[7] have faced from Pitt students in pro-Israel student organizations, I am concerned that the information could get out and lead to me personally being doxed or to one of our board members, general members, and supporters being doxed.

27. Especially in light of the bomb threat Betar USA made against us last year,[8] I am very concerned with our members receiving more threats and violence from right wing Zionist groups like Betar USA and groups like Canary Mission, which is dedicated to doxing pro-Palestine individuals.[9]

28. My concerns about violence from organizations like Betar USA are real and very present. In a recent article, Ross Glick, who was the Executive Director of Betar USA when the organization made bomb threats against us, said that he was investigated by the FBI in late 2024 for making the threats against SJP-Pitt, but the investigation or charges against him were dropped once Trump took office.[10]

---

[6] *See* Verified Compl. at ¶25 (regarding Student Supporting Israel's collaboration with Betar USA to post fliers on Pitt's campus that stated "SJP supports terrorism").
[7] *See id*. at ¶ 27 (regarding a member of SCIP's executive board member placing a note that said "Sinwar is dead you MF! Israel Will Always Be. Fuck you! Jew hating BITCH." on a former SJP-Pitt leader's car).
[8] *See id*. at ¶26 (regarding Betar USA's social media post wherein it joked that its director "look[ed] forward to giving" "@sjp_pitt" a "beeper" which was a reference to a September 17 Israeli attack that killed at least 37 people and wounded nearly 3,000 in Lebanon by detonating beepers it had distributed to people, including civilians and children) (see Will Oremus, A militant Zionist group threatens activists online with a 'deport list', WASH. POST (Mar. 29, 2025), available at https://www.washingtonpost.com/technology/2025/03/29/zionist-palestinians-deportations-x/.
[9] *See Our Mission*, Canary Mission, https://canarymission.org/about (last accessed May 29, 2025).
[10] *See* Neha Madhira, Pro-Israel group's threats to Palestine organizers send shockwaves through campus communities, Prism (May 27, 2025), https://prismreports.org/2025/05/27/betar-trump-palestine-student-protest/.

5

29. I am very concerned with the surge of local alt-right and Nazi activity in Pittsburgh, which has increased over the past year, with multiple incidents across the city.[11] I am concerned that I, along with many other marginalized students, could become targets of these groups if our names were made public.

30. I am concerned that the documents or communications could attract more scrutiny from local or federal prosecutors, especially even the political climate.

31. I am also concerned that the federal government would subpoena Defendants for the documents as a part of a politicized investigation into what it calls antisemitism—but is actually anti-Israel or pro-Palestine speech—and use them to justify massive funding cuts to the University or, worse, target non-U.S.-citizen pro-Palestine students.

32. At a time when anyone who publicly advocates for Palestine in any capacity is subject to doxing, loss of job opportunities, legal action being taken against them, harassment, and, in extreme cases, violence, SJP-Pitt members are terrified seeing how calls for equity and peace are being weaponized against individuals to ruin their lives in an extremely pro-Israel pro-Zionist political climate.

33. I, and all the members of SJP-Pitt's board, have a lot of concerns related to Defendants' requests and how disclosure to Defendants or anyone else could result in harassment, threats of violence, or retaliation from local or federal government actors.

34. In addition to the concerns regarding our ability to gather, speak, recruit, keep our members anonymous, University surveillance, harassment, physical threats, and government

---

[11] *See* One People's Project Pittsburgh, *Swastika Flag Waving Stunt Exposes Pittsburgh Patriot Front Members*, Idavox (Jan. 9, 2025), https://idavox.com/index.php/2025/01/09/swastika-flag-waving-stunt-exposes-pittsburgh-patriot-front-members/; Toby Tabachnick, *Antisemitic stickers and posters plastered throughout city*, Jewish Chronicle (Nov. 14, 2024), https://jewishchronicle.timesofisrael.com/antisemitic-stickers-and-posters-plastered-throughout-city/.

6

retaliation, I fear that disclosure of some of our communications could embarrass our organization and oppress our members.

35. I fear that requested documents could reveal discussions about small, but potentially impactful, strategy disputes within SJP-Pitt and between SJP-Pitt and allied groups. Because of this, disclosure could ruin relationships and fracture our political movement. Other groups will not want to coordinate or cooperate with us if they see confidential, candid communications being turned over to the very people they are protesting against.

36. I also fear that the requested information could be used to oppress our individual members based on their immigration status, race, ethnicity, religion, or political views. That oppression could be economic (e.g., losing an internship) or substantive (e.g., immigration detention).

37. Many SJP-Pitt's board and general members—including me—are afraid of their identities and involvement with SJP-Pitt being known by Pitt or the public because they do not want to experience (more) retaliation, harassment, and even arrests and detentions that pro-Palestinian activists have experienced across the country from the Trump administration. The Trump administration has abducted, detained, and deported noncitizens because of those individuals' pro-Palestine advocacy. This includes people like Columbia student Mahmoud Khalil, a lawful permanent resident who has been detained since March and missed the birth of his son; Tufts student Rümeysa Öztürk, a student visa holder who was held in ICE detention for over a month before recently being released; Michigan civil rights attorney Amir Makled, a U.S.-citizen that represents a pro-Palestine protester who was detained and questioned by federal immigration agents at the Detroit Metro Airport; and many others across the country who were held or jailed just for their pro-Palestinian advocacy.

38. Lastly, I know that disclosure of our WhatsApp and Signal messages would burden us with an expense I do not even know how to calculate because both platforms' use end-to-end encryption and messages surrounding the Subject Incidents were automatically deleted long before we even thought about a lawsuit against Defendants.

39. If the requested information is disclosed, then SJP-Pitt and its members would hesitate to gather, organize, and speak and outside groups would not want to work with us, and the effects would go beyond SJP-Pitt.

40. SJP-Pitt was set to co-sponsor an event in early April of this year but, after we were suspended, we could not support the event. Then, the allied organization we were co-sponsoring the event with decided not to go forward out of fear of retaliation from Defendants.[12]

41. Defendants' discovery request feels like another iteration of the same retaliation SJP-Pitt has faced over the last two years.

42. I am afraid that SJP-Pitt and other student organizations will be silenced by Pitt through retaliatory disciplinary actions and rights-violating discovery requests. I am afraid that, if left unchecked, other large institutions will follow Pitt's lead and use the same tactics to try to silence all the voices advocating for vulnerable people across the globe.

43. I can state with confidence that SJP-Pitt will not be able to fulfill its mission if we are required to disclose the requested information to Defendants.

44. This concludes my sworn statement.

---

[12] *See* Verified Compl. at ¶ 137.

9

I, ▮▮▮▮▮▮▮▮, declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.



05 / 30 / 2025
_____
Date

9

Doc ID: 5d4549e7b1ab767392ddf145cc9ced3ddc095617